**New Jersey Lawyers Service**
**2333 U.S. Hwy 22 West**
**Union, New Jersey 07083**
**908-686-7300**



JOB_NUM:   45032

PLAINTIFF

EASYTEX CORPORATION LIMITED VS PETER & FRANK OF NY, CORP. ET ALS

DEFENDANT

US DISTRICT COURT OF NEW YORK
DISTRICT OF NY
DOCKET: 07 CV 3907

AFFIDAVIT OF SERVICE

Attorney:    File #

THE PARK LAW GROUP, LLC
23 S. WARREN STREET-2ND FL.
TRENTON    NJ    08608
(609) 396-2800

Papers Served:  US DISTRICT SUMMONS AND COMPLAINT

Person to be served: CHUL KYU KIM AKA KIM CHUL KYU AKA ROBERT CHUL KIM AKA CHUL KYOO KIM AKA CHUL 13 CENTRAL AVE, APT 2 ALLENDALE NJ 07401

Served Successfully ✓   Not Served ☐   Date 6/13/2007   Time 8:40 PM

Attempts: _____

____ Delivered a copy to him/her personally

**X**  Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name  official title at right)

Description of Person Accepting Service:

Name of Person Served and relationship/title:
Address Served:

JAE KIM
WIFE

Sex: F    Age: 30-35    Weight: 110    Skin Color: WHITE    Hair Color: BROWN

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
15 day of June 2007

Notary Signature

SHARON E. CARLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Jan. 23, 2011

I MICHAEL COMPOFELICE, at the time of service a competent adult not having a direct interest in the litigation, I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service