New Jersey Lawyers Service
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB_NUM:   45034

**PLAINTIFF**

EASYTEX CORPORATION LIMITED VS PETER & FRANK OF NY, CORP. ET ALS

**DEFENDANT**

**US DISTRICT COURT OF NEW YORK**
**DISTRICT OF NY**
DOCKET: 07 CV 3907

AFFIDAVIT OF SERVICE

Attorney:   File #

THE PARK LAW GROUP, LLC
23 S. WARREN STREET-2ND FL.
TRENTON   NJ   08608
(609) 396-2800

Papers Served:  US DISTRICT SUMMONS AND COMPLAINT

Person to be served: GFA, INC.
99-A MURRAY HILL PARKWAY
EAST RUTHERFORD NJ 07073

Served Successfully ☑   Not Served ☐   Date **6/5/2007**   Time **12:50 PM**

Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

**X** Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Name of Person Served and relationship/title:
Address Served:

**JOSH KIM**
**AUTHORIZED AGENT**

Description of Person Accepting Service:

Sex: **M**   Age: **30-35**   Weight: **165**   Skin Color: **WHITE**   Hair Color: **BLACK**

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
____ day of _____ 2007

_____
Notary Signature
SHARON E. CARLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Jan. 23, 2011

I __LARRY SABLE__, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Service