INDEX #: 07-CV-3907
Date Filed: May 18, 2007

STATE OF NEW YORK       COUNTY OF
UNITED STATES DISTRICT COURT
DISTRICT: SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S): THE PARK LAW GROUP, LLC  PH: 908-686-7300
ADDRESS: 23 S. WARREN ST, 2ND FL. TRENTON NJ 08608  File No.: 45036

EASYTEX CORPORATION LIMITED

vs

PETER & FRANK OF NY, CORP., ET AL.

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

LEONARD SAFRAN, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Friday, June 15, 2007** at **8:05 AM**, at 230-59 INTERNATIONAL AIRPORT CENTER BLVD, SUITE 281, SPRINGFIELD GARDEN, NY 11413, deponent served the within SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT ECF CASE

on: **MERCURY**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. [X] By delivering thereat a true copy of each to **SAM KIM** personally, deponent knew said Domestic Corporation so served to be the Domestic Corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the Domestic Corporation, and said person stated that he/she was authorized to accept service on behalf of the Domestic Corporation.

#3 SUITABLE AGE PERSON/ PARTNERSHIP [ ] By delivering a true copy of each to _____, _____, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____
Address confirmed by _____, _____

#5 MAIL COPY [ ] On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESC. [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Male   Color of skin: Yellow   Color of hair: Black   Age: 21-35 Yrs   Height: 5' 4" - 5' 8"
Weight: 100 - 130 Lbs   Other Features: GLASSES

#7 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MIL. SRVC [ ] Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

#9 OTHER [ ]

Sworn to before me on    June 18, 2007

JANE BUTERA
NOTARY PUBLIC, State of New York
No. 01BU6135842, Qualified in Nassau County
Term Expires October 24, 2009

LEONARD SAFRAN
Server's Lic # 0741423
Invoice•Work Order # 0137443