**New Jersey Lawyers Service**
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB_NUM:    45039

---

PLAINTIFF

EASYTEX CORPORATION LIMITED VS PETER & FRANK OF NY, CORP. ET ALS

DEFENDANT

US DISTRICT COURT OF NEW YORK
DISTRICT OF NY

DOCKET: 07 CV 3907

AFFIDAVIT OF SERVICE

Attorney:    File #

THE PARK LAW GROUP, LLC
23 S. WARREN STREET-2ND FL.
TRENTON    NJ    08608
(609) 396-2800

Papers Served: US DISTRICT SUMMONS AND COMPLAINT

Person to be served: STOP & STOR
651 WILLOWBROOK RD SUITE 203
STATEN ISLAND NY 10314

Served Successfully ✓    Not Served ☐    Date  6/8/2007    Time  4:50 PM

Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

 X  Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Description of Person Accepting Service:

Name of Person Served and relationship/title:
Address Served:

**LEA BRIGHINA**
AUTHORIZED AGENT

Sex: F        Age: 25        Weight: 140        Skin Color: MEDIUM        Hair Color: BLACK

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
__12__ day of __July__, 2007

_____
Notary Signature

SHARON E. CARLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Jan. 23, 2011

I ____JOE PASSANTE____, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Service