SH_Rule_7_1_Statement.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EASYTEX CORPORATION LIMITED,

                 Plaintiff,

    -against-

PETER & FRANK OF NY, CORP., CHUL
KYU KIM a/k/a KIM CHUL KYU a/k/a
CHUK CHUL KIM a/k/a ROBERT CHUL
KIM a/k/a CHUL KYOO KIM a/k/a
CHULKYOO KIM a/k/a KIM K. CHUL,
BARO SHIPPING CO., LTD., TOP TEN
TRANS, INC., GFA, INC., 3 WIN INC.,
MERCURY, AMERICAN INTERNATIONAL
LINE, INC., SOON CHAN HONG a/k/a
SOON C. HONG  a/k/a SOONCHAN C.
HONG a/k/a SOON CHAN HONG a/k/a
CHAN S. HONG a/k/a HONG S. CHAN
a/k/a HONG SOON CHANG d/b/a
SOONCHAN HONG CUSTOM HOUSE BROKER,
STOP  & STOR, jointly and severally,

                 Defendants.

-----------------------------------------------------------------x

ECF CASE

07 CV 3907 (BAJ)

RULE 7.1 STATEMENT

      Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, **Soon Chan Hong** [an individual, sued herein as "Soon Chan Hong a/k/a Soon C. Hong  a/k/a Soonchan C. Hong a/k/a Soon Chan Hong a/k/a Chan S. Hong a/k/a Hong S. Chan a/k/a Hong Soon Chang d/b/a Soonchan Hong Custom House Broker"] certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  **NONE**.

Dated:   New York, New York
           July 5, 2007

                                         _____
                                         Carl E. Person  (CP  7637)
                                         Attorney for Defendant, Soon Chan Hong
                                         325 W. 45th Street - Suite 201
                                         New York, New York 10036-3803
                                         (212) 307-4444