SH_NoticeAppearance.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EASYTEX CORPORATION LIMITED,

                    Plaintiff,

-against-

PETER & FRANK OF NY, CORP., CHUL
KYU KIM a/k/a KIM CHUL KYU a/k/a
CHUK CHUL KIM a/k/a ROBERT CHUL
KIM a/k/a CHUL KYOO KIM a/k/a
CHULKYOO KIM a/k/a KIM K. CHUL,
BARO SHIPPING CO., LTD., TOP TEN
TRANS, INC., GFA, INC., 3 WIN INC.,
MERCURY, AMERICAN INTERNATIONAL
LINE, INC., SOON CHAN HONG a/k/a
SOON C. HONG  a/k/a SOONCHAN C.
HONG a/k/a SOON CHAN HONG a/k/a
CHAN S. HONG a/k/a HONG S. CHAN
a/k/a HONG SOON CHANG d/b/a
SOONCHAN HONG CUSTOM HOUSE BROKER,
STOP & STOR, jointly and severally,

                    Defendants.

------------------------------------------------------------X

ECF CASE

07 CV 3907 (BAJ)

NOTICE OF APPEARANCE

       Please take notice that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of Defendant, Soon Chan Hong [an individual, sued herein as "Soon Chan Hong a/k/a Soon C. Hong a/k/a Soonchan C. Hong a/k/a Soon Chan Hong a/k/a Chan S. Hong a/k/a Hong S. Chan a/k/a Hong Soon Chang d/b/a Soonchan Hong Custom House Broker"].

Dated:    New York, New York
             July 5, 2007

                                              Carl E. Person  (CP 7637)
                                              Attorney for Defendant,
                                                Soon Chan Hong [an individual, sued herein
                                                as "Soon Chan Hong a/k/a Soon C. Hong  a/k/a
                                                Soonchan C. Hong a/k/a Soon Chan Hong a/k/a
                                                Chan S. Hong a/k/a Hong S. Chan a/k/a Hong
                                                Soon Chang d/b/a Soonchan Hong Custom
                                                House Broker"]
                                                325 W. 45th Street - Suite 201
                                                New York, New York 10036-3803
                                                (212) 307-4444