SH2_Rule_7_1_Statement.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EASYTEX CORPORATION LIMITED,

                        Plaintiff,

-against-

PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,

                        Defendants.

------------------------------------------------------------------x

ECF CASE

07 CV 3907 (BSJ)

RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants, **American International Lines, Inc.** and **Mercury** [both corporations], certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held: **NONE**.

Dated:   New York, New York
            July 10, 2007

*/s/ Carl E. Person*

Carl E. Person  (CP 7637)
Attorney for Defendants, American International
    Lines, Inc. and Mercury
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444