SH2_NoticeAppearance.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------x
                                                          :
**EASYTEX CORPORATION LIMITED,**                          :
                                                          :        **ECF CASE**
                            Plaintiff,                     :
                                                          :        **07 CV 3907 (BSJ)**
            -against-                                      :
                                                          :        <u>**NOTICE OF APPEARANCE**</u>
                                                          :
**PETER & FRANK OF NY, CORP., CHUL**                      :
**KYU KIM a/k/a KIM CHUL KYU a/k/a**                      :
**CHUK CHUL KIM a/k/a ROBERT CHUL**                       :
**KIM a/k/a CHUL KYOO KIM a/k/a**                         :
**CHULKYOO KIM a/k/a KIM K. CHUL,**                       :
**BARO SHIPPING CO., LTD., TOP TEN**                      :
**TRANS, INC., GFA, INC., 3 WIN INC.,**                   :
**MERCURY, AMERICAN INTERNATIONAL**                       :
**LINE, INC., SOON CHAN HONG a/k/a**                      :
**SOON C. HONG  a/k/a SOONCHAN C.**                       :
**HONG a/k/a SOON CHAN HONG a/k/a**                       :
**CHAN S. HONG a/k/a HONG S. CHAN**                       :
**a/k/a HONG SOON CHANG d/b/a**                           :
**SOONCHAN HONG CUSTOM HOUSE BROKER,**                    :
**STOP  & STOR, jointly and severally,**                  :
                                                          :
                            Defendants.                    :
                                                          :
--------------------------------------------------------------------------x

Please take notice that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of

Defendants, **American International Line, Inc.** and **Mercury** (both corporations).

**Dated:**    **New York, New York**
              **July 10, 2007**

_____

**Carl E. Person   (CP  7637)**
**Attorney for Defendant, American International**
      **Line, Inc. and Mercury**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**