**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>Defendants. | Civil Action No. 07-CV-03907-BSJ<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF AND COUNTER DEFENDANT, EASYTEX CORPORATION LIMITED, TO COUNTERCLAIMS OF DEFENDANTS AND COUNTER CLAIMANTS, PETER & FRANK OF NY, CORP. AND CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL**<br><br>**ECF CASE** |

Plaintiff and Counter Defendant, Easytex Corporation Limited ("Easytex"), by way of Answer to Counterclaims of Defendants and Counter Claimants, Peter & Frank of NY, Corp. ("Counter Claimant Peter & Frank") and Chul Kyu Kim a/k/a Kim Chul Kyu a/k/a Chuk Chul Kim a/k/a Robert Chul Kim a/k/a Chul Kyoo Kim a/k/a Chulkyoo Kim a/k/a Kim K. Chul ("Counter Claimant Kim") (collectively, "Counter Claimants"), states:

5314_5

## FIRST COUNT OF COUNTERCLAIM

1. Easytex admits in part and denies in part the allegations of Counter Claimants in this paragraph. Easytex admits Counter Claimants' allegations in this paragraph to the extent that Easytex entered into a certain contract ("the Contract") with Counter Claimant Peter & Frank on or about August 17, 2006 with regard to "certain amount of textile or garment goods for the sum of $1,469,740." However, Easytex denies Counter Claimants' allegations in this paragraph that "Easytex was to deliver certain amount of textile or garment goods to Peter & Frank" under the Contract.

2. Easytex denies all allegations made by Counter Claimants in this paragraph.

3. Easytex denies all allegations made by Counter Claimants in this paragraph.

4. Easytex denies all allegations made by Counter Claimants in this paragraph.

5. Easytex denies all allegations made by Counter Claimants in this paragraph.

6. Easytex denies all allegations made by Counter Claimants in this paragraph.

## SECOND COUNT OF COUNTERCLAIM

7. Easytex repeats and reaffirms its responses to Counter Claimants' allegations of First Count of Counterclaim as if fully set forth herein.

8. Easytex denies all allegations made by Counter Claimants in this paragraph.

9. Easytex denies all allegations made by Counter Claimants in this paragraph.

10. Easytex denies all allegations made by Counter Claimants in this paragraph.

WHEREFORE, Easytex demands dismissal of the Counterclaims of Counter Claimants and for an award of counsel fees and costs and for such other and further relief as the Court may deem

5314_5

just and proper. Easytex reserves a right to file an appropriate motion to dismiss the Counterclaims of Counter Claimants.

## AFFIRMATIVE DEFENSES

11. With respect to the Counterclaims, Counter Claimants fail to state a claim upon which relief can be granted.

12. Counter Claimants did not incur any damages as a result of Easytex's alleged conduct, which conduct is denied.

13. The Counterclaims are barred by the applicable statute of limitations.

14. The Counterclaims are barred by the doctrine of laches.

15. The Counterclaims are barred by the doctrine of unclean hands.

16. The Counterclaims are barred by the doctrine of estoppel.

17. Counter Claimants waived any claim it may have, which is denied, to seek relief against Easytex.

18. The Counterclaims are barred because Counter Claimants failed to make required payments to Easytex under the Contract.

19. The Counterclaims are barred because Counter Claimants failed to give timely notice to Easytex regarding Counter Claimants' allegation that the goods that are the subject matter of this suit were defective, non-conforming with the Contract and not fit for intended purpose.

20. Counter Claimants are barred from relief due to its failure to mitigate any alleged damages suffered by Counter Claimants.

WHEREFORE, Easytex demands dismissal of the Counterclaims of Counter Claimants and for an award of counsel fees and costs and for such other and further relief as the Court may deem just and proper. Easytex reserves a right to file an appropriate motion to dismiss the Counterclaims of Counter Claimants.

Dated: July 18, 2007

_____
Chull S. Park, Esq. (CP2061)
THE PARK LAW GROUP, LLC
Attorneys for Plaintiff
**Easytex Corporation Limited**
23 S. Warren Street, 2nd Floor
Trenton, New Jersey 08608
Tel.: 609.396.2800
Fax: 609.396.2801

## CERTIFICATION OF SERVICE

I hereby certify that:

1. Answer of Plaintiff and Counter Defendant, Easytex Corporation Limited, to Counterclaims of Defendants and Counter Claimants, Peter & Frank of NY, Corp. and Chul Kyu Kim a/k/a Kim Chul Kyu a/k/a Chuk Chul Kim a/k/a Robert Chul Kim a/k/a Chul Kyoo Kim a/k/a Chulkyoo Kim a/k/a Kim K. Chul, is being filed through the ECF system within the time set forth in the court rules with the:

> Clerk of Court
> United States District Court
> Southern District of New York
> Daniel Patrick Moynihan
> United States Courthouse
> 500 Pearl Street
> 1st Floor
> New York, New York 10007-1312; and

2. Pursuant to Section 1.E of the Individual Practices of Judge Barbara S. Jones, Answer of Plaintiff and Counter Defendant, Easytex Corporation Limited, to Counterclaims of Defendants and Counter Claimants, Peter & Frank of NY, Corp. and Chul Kyu Kim a/k/a Kim Chul Kyu a/k/a Chuk Chul Kim a/k/a Robert Chul Kim a/k/a Chul Kyoo Kim a/k/a Chulkyoo Kim a/k/a Kim K. Chul, is being forwarded to the Judge's Chamber by regular mail that is located as follows:

> Honorable Barbara S. Jones
> United States District Court
> Southern District of New York
> Daniel Patrick Moynihan
> United States Courthouse
> 500 Pearl Street
> New York, New York 10007

3. Answer of Plaintiff and Counter Defendant, Easytex Corporation Limited, to Counterclaims of Defendants and Counter Claimants, Peter & Frank of NY, Corp. and Chul Kyu

Kim a/k/a Kim Chul Kyu a/k/a Chuk Chul Kim a/k/a Robert Chul Kim a/k/a Chul Kyoo Kim a/k/a Chulkyoo Kim a/k/a Kim K. Chul, is being served upon the attorneys and pro se parties on the attached service list by regular mail within the time set forth in the court rules.

By: _____
Chull S. Park, Esq.

Dated: July 18, 2007

<u>Easytex Corporation Limited v. Peter & Frank of NY, Corp., et al.,</u>
Docket No. 07-CV-3907-BSJ
1043.001

## SERVICE LIST

**Counsel for Defendants:**

1.  Daniel K. Lee, Esq.
    Law Office of Daniel K. Lee
    **Attorneys for Defendants**
    **Peter & Frank of NY, Corp. and**
    **Chul Kyu Kim a/k/a Kim Chul**
    **Kyu a/k/a Chuk Chul Kim a/k/a**
    **Robert Chul Kim a/k/a Chul Kyoo**
    **Kim a/k/a Chulkyoo Kim a/k/a**
    **Kim K/ Chul**
    410 Broad Avenue, Suite 200
    Palisades Park, New Jersey 07650
    *Tel.:*   *201.944.0083*
    *Fax.:*   *201.947.2114*
    *Email:*  *danielklee@hotmail.com*

2.  Carl E. Person, Esq.
    **Attorneys for Defendants**
    **Soon Chan Hong a/k/a Soon C.**
    **Hong a/k/a Soonchan C. Hong**
    **a/k/a Soon Chan Hong a/k/a Chan**
    **S. Hong a/k/a Hong S. Chan a/k/a**
    **Hong Soon Chang d/b/a Soonchan**
    **Hong Custom House Broker,**
    **American International Line, Inc.**
    **and Mercury**
    325 W. 45th Street – Suite 201
    New York, New York 10036
    *Tel.:*   *212.307.4444*
    *Fax.:*   *212.307.0247*
    *Email:*  *carlpers@ix.netcom.com*

3.  Wendy Winslow-Nason RPLU, ARM
    Strategic Risk Claims
    Safeco Insurance Company of America
    **Insurance Carrier for Defendant**
    **Stop & Stor**
    P.O. Box 515097
    Los Angeles, California 90051-5097
    *Tel.:*   *800.545.2271x33340*
    *Fax.:*   *888.268.8840*
    *Email:*  *wenwin@safeco.com*

**Pro Se Defendants:**

1.  Top Ten Trans, Inc.
    99-A Murray Hill Parkway
    East Rutherford, New Jersey 07073

2.  GFA, Inc.
    99-A Murray Hill Parkway
    East Rutherford, New Jersey 07073

3.  3 WIN, Inc.
    147-29 183rd Street
    Floor 2nd, Room 201
    Jamaica, New York 11413