# AFFIDAVIT OF DUE DILIGENCE

**ORIGINAL**

ATTORNEY(S): THE PARK LAW GROUP, LLC  PH:
ADDRESS: 23 S. WARREN ST, 2ND FL. TRENTON NJ 08608  File No.: 45033

STATE OF NEW YORK

UNITED STATES DISTRICT COURT

INDEX NO.: 07-CV-3907

COUNTY OF

---

EASYTEX CORPORATION LIMITED

vs

PETER & FRANK OF NY, CORP., ET AL.

Plaintiff / Petitioner

Defendant Respondent

---

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**HARRY TORRES**, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in New York State; that on **June 18, 2007** at **12:27 PM**, at: 1239 BROADWAY, ROOM 810, New York, NY 10001

deponent attempted to serve the within
**SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT ECF CASE**

upon  **PETER & FRANK OF NY, CORP.**

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at the address listed above, deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [X] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [ ] house vacant
- [ ] address does not exist
- [ ] service cancelled by litigant
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: NO LONGER AT GIVEN ADDRESS. THE COMPANY IN SUITE 810 IS CALLED ACCENT USA INC.

ATTEMPTS WERE MADE AS FOLLOWS:
Date          Time          Place

Sworn to before me on   June 21, 2007

JANE BUTERA
NOTARY PUBLIC, State of New York
No. 01BU6135842, Qualified in Nassau County
Term Expires October 24, 2009

HARRY TORRES
Server's Lic # 0915257
Invoice•Work Order # 0137445