UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>　　　　　Defendants. | ECF CASE<br><br>CASE NO: 07-CV-3907<br><br>**Rule 7.1 Statement** |

　　　　Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants Peter & Frank of NY, Corp. and Chul Kyu Kim certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Upon reasonable investigation, there are no corporate parents, affiliates and/or subsidiaries of said Defendants, which are publicly held.

Dated: August 2, 2007　　　　　　　　　　/s/ Daniel K. Lee
　　　　　　　　　　　　　　　　　　　　DANIEL K. LEE (DL8636)
　　　　　　　　　　　　　　　　　　　　Law Office of Daniel K. Lee
　　　　　　　　　　　　　　　　　　　　410 Broad Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　Palisades Park, NJ  07650
　　　　　　　　　　　　　　　　　　　　(201) 944-0083 Fax (201) 947-2114
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　　　　　　　*Peter & Frank of NY, Corp. and Chul Kyu Kim*