UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

07 CV 3907 ECF

Easytex Corporation Limited v. Peter &
Frank of NY, Corp. et al

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2007

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 3907 (BSJ)(JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute:* _____ | __ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | __ | Habeas Corpus |
| | | __ | Social Security |
| __ | Settlement* | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| __ | Inquest After Default/Damages Hearing | | All such motions:____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
          8/3/07

/s/ Barbara S. Jones
United States District Judge