Law Offices of Patrick J. Maloney
Attorneys for Defendant STOP & STOR
Patrick J. Maloney, Esq. (PM2115)
Suite 2202
90 Broad Street
New York, New York 10004
(646) 428-2650

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――x

| | |
|---|---|
| EASYTEX CORPORATION LIMITED, | 07 Civ. 3907 (BSJ)(JCF) |
| Plaintiff, | |
| | NOTICE OF APPEARANCE FOR |
| -against- | DEFENDANT STOP & STOR |
| | |
| PETER & FRANK OF NY, CORP. et al, | |
| Defendants. | |

―――――――――――――――――――――x

The defendant, STOP & STOR hereby appears in the within action by the undersigned counsel of record.

Dated: New York, New York
       September 28, 2007

                                    Yours, etc.,

                                    **Law Offices of Patrick J. Maloney**
                                    Attorneys for defendant Stop & Stor


                          By:    /s/
                                 Patrick J. Maloney (PM2115)
                                 Suite 2202
                                 90 Broad Street
                                 New York, New York 10004
                                 (646) 428-2650