Law Offices of Patrick J. Maloney
Attorneys for Defendant STOP & STOR
Patrick J. Maloney, Esq. (PM2115)
Suite 2202
90 Broad Street
New York, New York 10004
(646) 428-2650

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————x

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br>                    Plaintiff,<br><br>           -against-<br><br>PETER & FRANK OF NY, CORP. et al,<br><br>                    Defendants. | 07 Civ. 3907 (BSJ)(JCF)<br><br>RULE 7.1 STATEMENT OF<br><u>DEFENDANT STOP & STOR</u> |

————————————————————x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the following are the corporate parents, subsidiaries, or affiliates of the defendant, STOP & STOR which are publicly traded:

NONE

Dated:   New York, New York
           September 28, 2007

                                        Yours, etc.,

                                        **Law Offices of Patrick J. Maloney**
                                        Attorneys for defendant Stop & Stor


                              By:    /s/
                                     Patrick J. Maloney (PM2115)
                                     Suite 2202
                                     90 Broad Street
                                     New York, New York 10004
                                     (646) 428-2650