# EXHIBIT A

**New Jersey Lawyers Service**
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB_NUM:    45031

PLAINTIFF

EASYTEX CORPORATION LIMITED VS PETER & FRANK OF NY, CORP. ET ALS

DEFENDANT

US DISTRICT COURT OF NEW YORK
DISTRICT OF NY

DOCKET: 07 CV 3907

AFFIDAVIT OF SERVICE

Attorney:    File #

THE PARK LAW GROUP, LLC
23 S. WARREN STREET-2ND FL.
TRENTON    NJ    08608
(609) 396-2800

Papers Served:  US DISTRICT SUMMONS AND COMPLAINT

Person to be served:  TOP TEN TRANS, INC.
99-A MURRAY HILL PARKWAY
EAST RUTHERFORD NJ 07073

Served Successfully ☑    Not Served ☐    Date  6/5/2007    Time  12:50 PM

Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

__X__ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc. (indicate name  official title at right)

Name of Person Served and relationship/title:
Address Served:

_____

JOSH KIM
AUTHORIZED AGENT

Description of Person Accepting Service:

Sex: M    Age: 25-30    Weight: 165    Skin Color: WHITE    Hair Color: BLACK

Military Service I asked the person whether recipient was in active military service of the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
_____ day of ___May___ 2007

_____
Notary Signature

SHARON E. CARLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Jan. 23, 2011

I __LARRY SABLE__, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Service