**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>Defendants. | Civil Action No. 07-CV-03907 (BSJ) (JCF)<br><br>ECF CASE<br><br>**CERTIFICATE OF HYUN SUK CHOI, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION FOR CLERK'S CERTIFICATE OF DEFAULT AGAINST DEFENDANT GFA, INC.** |

Hyun Suk Choi hereby certifies that:

      1.     I am a member of the Bar of this Court and am associated with The Park Law Group, LLC, attorneys for Plaintiff Easytex Corporation Limited ("Plaintiff") in this action.

      2.     I am familiar with all the facts and circumstances in this action.

      3.     I make this Certificate pursuant to Rule 55(a) of Federal Rules of Civil Procedure and Rule 55.1 of the Local Civil Rules for the Southern District of New York, in support of

6913_5

1

Plaintiff's application for Clerk's Certificate of Default against Defendant GFA, Inc. ("Defendant").

4.     On May 18, 2007, Plaintiff commenced this action by filing a summons and complaint against numerous defendants in this action.

5.     On June 5, 2007, Plaintiff personally served Josh Kim, authorized agent for Defendant, with a copy of the summons and complaint.

6.     On July 2, 2007, Plaintiff filed proof of such service.  A true and correct copy of an Affidavit of Service as to Defendant is attached as Exhibit A.

7.     As of October 8, 2007, Defendant has failed to timely plead or otherwise defend this action.

8.     A proposed form of Clerk's Certificate of Default against Defendant is attached as Exhibit B.


     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  October 8, 2007

_____
Hyun Suk Choi, Esq. (HC4208)
Attorney for Plaintiff Easytex Corporation Limited


6913_5

2