# EXHIBIT A

**New Jersey Lawyers Service**
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB_NUM:   45034

PLAINTIFF

EASYTEX CORPORATION LIMITED VS PETER & FRANK OF NY, CORP. ET ALS

DEFENDANT

US DISTRICT COURT OF NEW YORK
DISTRICT OF NY

DOCKET: 07 CV 3907

AFFIDAVIT OF SERVICE

Attorney:   File #

THE PARK LAW GROUP, LLC
23 S. WARREN STREET-2ND FL.
TRENTON   NJ   08608
(609) 396-2800

Papers Served: US DISTRICT SUMMONS AND COMPLAINT

Person to be served: GFA, INC.
99-A MURRAY HILL PARKWAY
EAST RUTHERFORD NJ 07073

Served Successfully ☑   Not Served ☐   Date 6/5/2007   Time 12:50 PM

Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

**X** Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name official title at right)

Description of Person Accepting Service:

Name of Person Served and relationship/title:
Address Served:

JOSH KIM
AUTHORIZED AGENT

Sex: M   Age: 30-35   Weight: 165   Skin Color: WHITE   Hair Color: BLACK

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
___ day of _____ 2007

Notary Signature
SHARON E. CARLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Jan. 23, 2011

I _____ LARRY SABLE _____, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Service