Jones/J

SH_Notice_Appearance_as_a_Pro_Se_Defendant.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
EASYTEX CORPORATION LIMITED,  :  ECF CASE
                              :  07 CV 3907 (BSJ)
            Plaintiff,        :
  -against-                   :  NOTICE OF APPEARANCE
                              :  AS A PRO SE DEFENDANT
PETER & FRANK OF NY, CORP., CHUL  :  (to be So Ordered)
KYU KIM a/k/a KIM CHUL KYU a/k/a  :
CHUK CHUL KIM a/k/a ROBERT CHUL   :
KIM a/k/a CHUL KYOO KIM a/k/a     :
CHULKYOO KIM a/k/a KIM K. CHUL,   :
BARO SHIPPING CO., LTD., TOP TEN  :
TRANS, INC., GFA, INC., 3 WIN INC.,  :
MERCURY, AMERICAN INTERNATIONAL   :
LINE, INC., SOON CHAN HONG a/k/a  :
SOON C. HONG a/k/a SOONCHAN C.    :
HONG a/k/a SOON CHAN HONG a/k/a   :
CHAN S. HONG a/k/a HONG S. CHAN   :
a/k/a HONG SOON CHANG d/b/a       :
SOONCHAN HONG CUSTOM HOUSE BROKER, :
STOP & STOR, jointly and severally,  :
                              :
            Defendants.       :
                              :
----------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

Please take notice that, subject to the Order of this Court, the undersigned Defendant, Soon Chan Hong, individual (the "Defendant"), hereby discharges his counsel, Carl E. Person ("Outgoing Counsel"), and henceforth is appearing in this action on a **Pro Se** basis, and all communications for and with the Defendant shall be as follows:

> Soon Chan Hong
> 161-15 Rockaway Blvd. - Suite 209
> Jamaica NY 11434
> Tel.: 718-978-1172
> Cell: 718-578-8677
> Fax: 718-978-1171
> Email: schong527@hotmail.com



By his signature below, the Outgoing Counsel consents to this termination.

Dated: New York, New York
October __, 2007

*[signature]*

Soon Chan Hong
Defendant, Pro Se
161-15 Rockaway Blvd. - Suite 209
Jamaica NY 11434
Tel.: 718-978-1172
Cell: 718-578-8677
Fax: 718-978-1171
Email: schong527@hotmail.com

*[signature]*

Carl E. Person  (CP  7637)
Outgoing Attorney for Defendant,
  Soon Chan Hong [an individual, sued herein
as "Soon Chan Hong a/k/a Soon C. Hong a/k/a
Soonchan C. Hong a/k/a Soon Chan Hong a/k/a
Chan S. Hong a/k/a Hong S. Chan a/k/a Hong
Soon Chang d/b/a Soonchan Hong Custom
House Broker"]
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444

SO ORDERED:

*[signature] Loretta A. Preska*
U.S.D.J. for Hon Barbara S. Jones, U.S.D.J.
October 25, 2007