```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EASYTEX CORPORATION LIMITED,         :
                                     :
                Plaintiff,           :
                                         07 Civ. 3907 (BSJ)
         v.                          :
                                         **Order**
                                     :
PETER & FRANK OF NY, CORP., ET AL.,  :
                                     :
                Defendants.          :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Plaintiff, having filed this action electronically and in accordance with this Court's Procedures for Electronic Case Filing, and Defendant Soon Chan Hong ("Hong"), having advised the Court that he intends to proceed pro se, it is hereby ordered that this action be exempt from electronic case filing and that all future filings be made in the traditional manner according to the rules of this Court. All counseled parties shall submit documents to the Cashier's Office, while Defendant Hong shall submit documents to the Pro Se Office. All parties are advised that service of all future documents should be made in the traditional manner according to the rules of this Court.

**SO ORDERED:**

*for* /s/ Loretta A. Preska
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         October 25, 2007