**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
| | |
|---|---|
| EASYTEX CORPORATION LIMITED, | Case No.: 07 CV 3907 (BSJ)(JCF) |
| Plaintiff, | |
| -against- | STIPULATION FOR VACATUR OF ENTRY OF DEFAULT AND WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT AGAINST GFA, INC. AND TOP TEN TRANS, INC. |
| PETER & FRANK OF NY, CORP. et al., | |
| Defendants. | |

-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the counsels for Plaintiff Easytex Corporation Limited and Defendants GFA Inc. ("GFA") and Top Ten Trans, Inc. ("Top Ten") that the Entry of Default against GFA and Top Ten, respectively, is vacated. Upon the Court's granting this Stipulation, Plaintiff's Motion for Default Judgment against GFA and Top Ten, respectively, is moot and/or withdrawn without prejudice.

IT IS FURTHER STIPULATED AND AGREED that GFA and Top Ten will file Answer to Complaint by February 8, 2008 and that this Stipulation may be executed in multiple counterparts and exchanged by e-mail or facsimile with the same force and effect as if executed and exchanged in the original.

By: _____
Chull S. Park, Esq. (CP 2061)
Hyun Suk Choi, Esq. (HC 4208)
The Park Law Group, LLC
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608
(609) 396-2800 Telephone
Attorneys for Plaintiff
Dated: January 3/, 2008

By: _____
Henry P. Gonzalez, LL.M. (HG 9238)
Rodriguez O'Donnell Gonzalez & Williams, P.C.
1211 Connecticut Ave., N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980 Telephone
Attorneys for GFA, Inc. and Top Ten Trans, Inc.
Dated: ~~January~~ February 8, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
2/22/08

DATE: 2/25/08 dc