UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASYTEX CORPORATION LIMITED,

        Plaintiff,

-against –

PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,

        Defendants.

07 Civ. 3907 (BSJ) (JCF)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned attorney hereby enters an appearance as counsel of record for Defendant, STOP & STOR, in the above-captioned matter.

DATED:    New York, New York
              March 21, 2008

        Respectfully submitted,

        LAW OFFICES OF DIFFENDERFER & SOLOMON

By:    **/s/ Hendrick Vandamme**
        Hendrick Vandamme (HV-7702)
        90 Broad Street, Suite 2202
        New York, New York 10004
        (646) 428-2650
        Attorneys for Defendant
        STOP & STOR