

MEMO ENDORSED



# COZEN
# O'CONNOR
### ATTORNEYS



CHAMBERS OF
JAMES C. FRANCIS IV
UNITED STATES

A PROFESSIONAL CORPORATION

16TH FLOOR    45 BROADWAY    NEW YORK, NY 10006-3792    212.509.9400    800.437.7040    212.509.9492 FAX    www.cozen.com

**David Y. Loh**
Direct Phone 212-908-1202
Direct Fax    866-790-1914
dloh@cozen.com

April 16, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

The Honorable Barbara S. Jones
United States District Judge
United States District Court
500 Pearl Street
New York, New York  10007-1312

Re:  *Easytex Corporation Limited v. Peter & Frank of NY, Inc., et al.*
     Docket No. 07 Civ. 3907 (BSJ)(JCF)
     Our File No.:  221912

Dear Judge Jones:

We are attorneys retained by defendant SOON CHAN HONG (improperly sued herein as "Soon Chan Hong also known as Soon C. Hong also known as Soonchan C. Hong also known as Hong Soon Chan also known as Chan S. Hong doing business as Soonchan Hong Customs House Broker also known as Hong S. Chan") in the above captioned matter.

Enclosed herewith is a courtesy copy of our Notice of Appearance and the October 25, 2007 Order exempting this matter from the Court's ECF.

We write to respectfully request that this matter be restored to ECF and that defendant Hong be relieved of the requirement of filing documents with the Court's *Pro Se* office. 

We thank the Court for its attention and courtesies, and remain,

Respectfully yours,

COZEN O'CONNOR

*[signature]*

By:   David Y. Loh

> 4/18/08
> Application granted.
> SO ORDERED.
> James C. Francis IV
> USMJ

DYL
Enclosures

cc:   *(w/enclosures)*
      Hon. James C. Francis, IV
      Hyun Suk Choi, Esq.
      Carl E. Person, Esq.
      Hendrick Vandamme, Esq.
      Henry P. Gonzalez, Esq.