THE PARK LAW GROUP, LLC
Attorneys for Plaintiff
Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>　　　　　Defendants. | Civil Action No. 07-CV-03907 (BSJ) (JCF)<br><br>ECF CASE<br><br>CERTIFICATE OF HYUN SUK CHOI, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION FOR CLERK'S CERTIFICATE OF DEFAULT AGAINST DEFENDANT CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL |

Hyun Suk Choi hereby certifies that:

　　1.　I am a member of the Bar of this Court and am associated with The Park Law Group, LLC, attorneys for Plaintiff Easytex Corporation Limited ("Plaintiff") in this action.

　　2.　I am familiar with all the facts and circumstances in this action.

3. I make this Certificate pursuant to Rule 55(a) of Federal Rules of Civil Procedure and Rule 55.1 of the Local Civil Rules for the Southern District of New York, in support of Plaintiff's application for Clerk's Certificate of Defendant Chul Kyu Kim a/k/a Kim Chul Kyu a/k/a Chuk Chul Kim a/k/a Robert Chul Kim a/k/a Chul Kyoo Kim a/k/a Chulkyoo Kim a/k/a Kim K. Chul ("Defendant").

4. On May 18, 2007, Plaintiff commenced this action by filing a summons and complaint against numerous defendants in this action.

5. On June 29, 2007, Defendant filed an Answer and Counterclaim ("Answer").

6. On January 11, 2008, counsel for Defendant filed a Motion to Withdraw as Attorney with the Court ("the Motion").

7. On January 22, 2008, the Court granted the Motion. A true and correct copy of the Order concerning the Motion ("the Order") is attached as Exhibit A.

8. In the Order, the Court ordered Defendant to appear by new counsel or *pro se* by February 22, 2008. See id.

9. Defendant has not complied with the Order to date.

10. The Order further states that Defendant's failure to comply with the Order will result in entry of judgment by default against Defendant. See id.

11. A proposed form of Clerk's Certificate of Default against Defendant is attached as Exhibit B.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2008

_____
Hyun Suk Choi, Esq. (HC4208)
Attorney for Plaintiff
Easytex Corporation Limited