# EXHIBIT A



**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

EASYTEX CORPORATION LIMITED,

      Plaintiff,

vs.

PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,

      Defendants.

CASE NO: 07-CV-3907 (BSJ)(JCF)

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS PETER & FRANK OF NY, CORP. AND CHUL KYU KIM**

**S I R S:**

    **PLEASE TAKE NOTICE,** that upon the annexed Affirmation of Daniel K. Lee, Esq. affirmed on January 8, 2008, the undersigned will apply to this Court by Motion for Leave to Withdraw as Attorney, returnable on a date to be determined by the Court, for an Order granting withdrawal of Daniel K. Lee, Esq. as attorney for the Defendants Peter & Frank of NY, Corp. and Chul Kyu Kim and such other and further relief as this Court may deem just and proper.

Dated: January 8, 2008

[signature]

DANIEL K. LEE (DL8636)
Law Office of Daniel K. Lee
410 Broad Avenue, Suite 200
Palisades Park, NJ 07650
(201) 944-0083 Fax (201) 947-2114
*Attorney for Defendants*
*Peter & Frank of NY, Corp. and*
*Chul Kyu Kim*

**TO:**

Chul Kyu Kim and Peter & Frank of NY, Corp.
13 Central Avenue
Allendale, NJ 07401
*Defendants*

Hyun Suk Choi, Esq.
The Park Law Group, LLC
23 South Warren Street, 2nd Floor
Trenton, NJ 08608
*Attorney for Plaintiff*
*Easytex Corporation Limited*

Carl E. Person, Esq.
325 W. 45th Street, Suite 201
New York, NY 10036
*Attorney for Defendants*
*American International Line, Inc.*
*and Mercury*

Patrick J. Maloney, Esq.
Law Offices of Patrick J. Maloney
90 Broad Street, Suite 2202
New York, NY 10004
*Attorney for Defendant*
*Stop & Stor*

Soon Chan Hong
161-15 Rockaway Blvd., Suite 209
Jamaica, NY 11434
*Pro Se Defendant*

1/22/08

Application granted. By February 22, 2008, Chul Kyu Kim and Peter & Frank of NY Corp. shall appear by new counsel. Mr. Kim may, if he wishes, appear pro se, in which case he must so advise the Court. The corporate defendant, however, must appear through counsel. Failure to comply with this order will result in entry of judgment by default.

SO ORDERED.
James C. Francis IV
USMJ