**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>Defendants. | Civil Action No. 07-CV-03907 (BSJ) (JCF)<br><br>ECF CASE<br><br><br>**CERTIFICATION OF SERVICE** |

**CERTIFICATION OF SERVICE**

I, Hyun Suk Choi, hereby certify that:

1.  Certification of Hyun Suk Choi, Esq. in Support of Plaintiff's Application for Clerk's Certificate of Default Against Defendant Chul Kyu Kim a/k/a Kim Chul Kyu a/k/a Chuk Chul Kim a/k/a Robert Chul Kim a/k/a Chul Kyoo Kim a/k/a Chulkyoo Kim a/k/a Kim K. Chul ("Application for Certificate of Default") is being filed through the ECF System within the time set forth in the court rules and pursuant to the Court's Order, dated January 22, 2008, with the:

10399_3

        Clerk of Court
        United States District Court
        Southern District of New York
        Daniel Patrick Moynihan
        United States Courthouse
        500 Pearl Street
        1st Floor
        New York, New York 10007-1312;

2.    A copy of the Application for Certificate of Default is being served upon all counsel on the attached service list through the ECF System within the time set forth in the court rules; and

3.    A copy of the Application for Certificate of Default is being served upon Defendant Chul Kyu Kim a/k/a Kim Chul Kyu a/k/a Chuk Chul Kim a/k/a Robert Chul Kim a/k/a Chul Kyoo Kim a/k/a Chulkyoo Kim a/k/a Kim K. Chul, located at 13 Central Avenue, Apartment 2, Allendale, New Jersey 07401-1506, by regular mail within the time set forth in the court rules.

By: _____
     Hyun Suk Choi, Esq.

Dated: April 21, 2008

<u>**Easytex Corporation Limited v. Peter & Frank of NY, Corp., et al.,**</u>
**Civil Action No. 07-cv-03907 (BSJ) (JCF)**
**1043.001**

## SERVICE LIST

**Counsel for Defendants:**

1.  Carl E. Person, Esq. (CP7637)
    **Attorneys for Defendants**
    **American International Line, Inc.**
    **and Mercury**
    325 W. 45th Street – Suite 201
    New York, New York 10036
    *Tel.:*   *212.307.4444*
    *Fax.:*   *212.307.0247*
    *Email:*  *carlpers@ix.netcom.com*

2.  Hendrick Vandamme, Esq. (HV7702)
    Law Offices of Diffenderfer &
    Solomon
    **Attorneys for Defendant**
    **Stop & Stor**
    90 Broad Street, Suite 2202
    New York, New York 10004
    *Tel.:*   *646.428.2654*
    *Fax.:*   *800.730.5705*
    *Email:*  *henvan@safeco.com*

3.  Henry P. Gonzalez, LL.M. (HG9238)
    Rodriguez O'Donnell Gonzalez &
    Williams, P.C.
    **Attorneys for Defendants**
    **GFA, Inc. and Top Ten Trans, Inc.**
    1211 Connecticut Avenue, N.W.
    Suite 800
    Washington, D.C. 20036
    *Tel.:*   *202.973.2992*
    *Fax:*    *202.293.3307*
    *Email:*  *gonzalez@rorlaw.com*

4.  David Y. Loh, Esq. (DL0460)
    Cozen O'Conner
    **Attorneys for Defendant**
    **Soon Chan Hong**
    45 Broadway Atrium
    Suite 1600
    New York, New York 10006-3792
    *Tel.:*   *212.908.1202*
    *Fax:*    *866.790.1914*
    *Email:*  *dloh@cozen.com*