# EXHIBIT B

Case 1:07-cv-03907-BSJ-JCF    Document 56-3    Filed 04/21/2008    Page 1 of 3

**EXHIBIT B**

**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>　　　　　　　　Defendants. | Civil Action No. 07-CV-03907 (BSJ) (JCF)<br><br>**CLERK'S CERTIFICATE<br>OF<br>DEFAULT AGAINST DEFENDANT<br>PETER & FRANK OF NY, CORP.** |

　　　　I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that (1) this action commenced on May 18, 2007 with the filing of a summons and complaint; (2) the Court granted a Motion to Withdraw as Attorney filed by counsel for Defendant Peter & Frank of NY, Corp. ("Defendant") on January 22, 2008; (3) an Order ("the Order") was entered on January 22, 2008 in which the Court ordered Defendant to appear by new counsel by

10300_3                                                       1

February 22, 2008; and (4) the Order further states that Defendant's failure to comply with the Order will result in entry of judgment by default against Defendant.

I further certify that the docket entries indicate that Defendant has not entered an appearance by new counsel to date. The default of Defendant is hereby noted.

Dated:  New York, New York

_____, 2008

                                                  **J. MICHAEL MCMAHON**
                                                  Clerk of the Court

                                                  By: _____
                                                          Deputy Clerk