```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08 dc
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
EASYTEX CORPORATION LTD.,

                Plaintiff,

     -v-

PETER & FRANK OF NY, CORP., ET AL.,

                Defendants.
----------------------------------X

07 CV 3907 (BSJ)(JCF)

<u>ORDER</u>

**BARBARA S. JONES**
**UNITED STATES DISTRICT COURT JUDGE**

    This Action was commenced on May 18, 2007 by filing a Summons and Complaint. A copy of the Summons and Complaint was served upon defendant 3 Win, Inc. ("3 Win") by personal service on Ms. Lilly, authorized agent for 3 Win, and proof of such service was filed on July 20, 2007. Defendant did not answer the Complaint and the time for answer has expired.

    Accordingly, it is hereby ordered and adjudged that Plaintiff shall have judgment against the defendant 3 Win, in the sum of $1,469,740.00.

**SO ORDERED:**

Dated:   New York, New York
          April 21, 2008

*(signature)*
BARBARA S. JONES
United States District Judge