```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
EASYTEX CORPORATION LIMITED,        : 07 Civ. 3907 (BSJ) (JCF)
                                    :
              Plaintiff,            :      O R D E R
                                    :
     - against -                    :
                                    :
PETER & FRANK OF NY, CORP., CHUL    :
KYU KIM a/k/a KIM CHUL KYU a/k/a    :
CHUK CHUL KIM a/k/a ROBERT CHUL     :
KIM a/k/a CHUL KYOO KIM a/k/a       :
CHULKYOO KIM a/k/a KIM K. CHUL,     :
BARO SHIPPING CO, LTD., TOP TEN     :
TRANS, INC., GFA, INC., 3 WIN INC., :
MERCURY AMERICAN INTERNATIONAL      :
LINE, INC, SOON CHAN HONG a/k/a     :
SOON C. HONG a/k/a SOONCHAN C.      :
HONG a/k/a SOON CHAN HONG a/k/a     :
CHAN S. HONG a/k/a HONG S. CHAN     :
a/k/a HONG SOON CHANG d/b/a         :
SOONCHAN HONG CUSTOM HOUSE BROKER,  :
STOP & STOR, jointly and severally, :
                                    :
              Defendants.           :
- - - - - - - - - - - - - - - - - - :
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Plaintiff having moved to amend the Complaint to name additional defendants, and no party having opposed amendment, it is hereby ORDERED that the motion is granted; plaintiff shall serve and file the Amended Complaint forthwith.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       May 20, 2008

1

Copies mailed this date:

Hyun Suk Choi, Esq.
The Park Law Group, LLC
23 South Warren Street, 2nd Floor
Trenton, New Jersey 08608

Carl E. Person, Esq.
325 West 45th Street - Suite 201
New York, New York 10036

Hendrick Vandamme, Esq.
SafeCo Insurance Company
90 Broad Street, Suite 2202
New York, New York 10004

Henry P. Gonzalez, Esq.
Rodriguez O'Donnell Gonzalez & Williams, PC
1211 Connecticut Avenue, NW
Suite 800 Washington, DC 20036

Soon Chan Hong
161-15 Rockaway Boulevard
Suite 209
Jamaica, New York 11434