```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
EASYTEX CORPORATION LTD.,           :
                                    :
                  Plaintiff,        :
                                    :     07 CV 3907 (BSJ)(JCF)
         -v-                        :
                                    :     ORDER
PETER & FRANK OF NY, CORP., ET      :
AL.,                                :
                                    :
                  Defendants.       :
                                    :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT COURT JUDGE**

This Action was commenced on May 18, 2007 by filing a Summons and Complaint. By Order dated January 22, 2008, Magistrate Judge James C. Francis IV granted the Motion to Withdraw as Attorney filed by Counsel for Defendant Peter & Frank of NY, Corp. ("Defendant" or "Peter & Frank"). The Order stated that Defendant must appear by new counsel. The Order further stated that "[f]ailure to comply with this order will result in entry of judgment by default." Defendant has not entered an appearance by new counsel to date. Accordingly, it is hereby ordered and adjudged that Plaintiff shall have judgment against Defendant Peter & Frank, in the sum of $1,469,740.00.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

**SO ORDERED:**

Dated:   New York, New York
         May 21, 2008

_____
BARBARA S. JONES
United States District Judge

Case 1:07-cv-03907-BSJ-JCF   Document 60   Filed 05/22/2008   Page 2 of 2

**SO ORDERED:**

Dated:   New York, New York
         May 21, 2008

BARBARA S. JONES
United States District Judge