**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street, 2nd Floor
Trenton, New Jersey 08608

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>　　　　　　　　Defendants. | Civil Action No. 07-CV-03907 (BSJ) (JCF)<br><br>ECF CASE<br>#08,0870<br><br>**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT PETER & FRANK OF NY, CORP.**<br><br> |

　　This action having been commenced on May 18, 2007 by the filing of the Summons and Complaint, and an Answer and Counterclaim having been filed by Defendant Peter & Frank of NY, Corp. ("Defendant Peter & Frank") on June 29, 2007, and for failure on the part of Defendant Peter & Frank to comply with a Court Order entered on January 22, 2008 to appear by new counsel by February 22, 2008, it is

ORDERED, ADJUDGED AND DECREED: That Plaintiff Easytex Corporation Limited have judgment against Defendant Peter & Frank in the amount **$1,469,740.00** plus interest and the disbursements of this action.

Dated: New York, New York

*May 21, 2008*

_____
U.S.D.J.

This document was entered on the docket

on _____.