UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
EASYTEX CORPORATION LIMITED
vs.
Defendant
PETER & FRANK OF NY, CORP., ET AL.,

Case No.:  07 CV 3907
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on ___5 - 22 - 08___

I, Eddie W. Null, Sr., being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on May 28 2008 4:30PM, I executed service of LETTER; SUMMONS; VERIFIED COMPLAINT on BARO SHIPPING CO., LTD. at OFFICE OF SECRETARY FEDERAL MARITIME COMMISSION, 800 N CAPITOL Street NW, WASHINGTON, Dist of Columbia County, DC 20573

By Personal Service to: Peter J. King, General Counsel (Acting), Federal Maritime Commission, A white male approx. 40-45 years of age 6'0"-6'2" in height weighing 200-220 lbs with brown hair and glasses

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.



_____        Execute on May 28, 2008
Eddie W. Null, Sr. ·

State of Virginia County of __Spotsylvania__
Subscribed and sworn to before me, a notary public on May 28, 2008


Notary Public

FOR: THE PARK LAW GROUP, LLC

Order No. 5350802 SEA

Kimberly Ann Konias
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7079694
My Commission Expires
June 30, 2010