AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 07-CV-03907 (BSJ) (JCF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WESTY STORAGE CENTERS

I certify that I am admitted to practice in this court.

| 7/8/2008 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | JEFFREY S. STEPHENS | JSS9212 |
| | Print Name | Bar Number |
| | 14 Duncan Drive | |
| | Address | |
| | Greenwich | CT | 06831 |
| | City | State | Zip Code |
| | (203) 531-5800 | (203) 531-1417 |
| | Phone Number | Fax Number |