**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>Defendants. | Civil Action No. 07-CV-03907-BSJ<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF AND COUNTER DEFENDANT, EASYTEX CORPORATION LIMITED, TO COUNTERCLAIMS OF DEFENDANT STOP & STOR**<br><br>**ECF CASE** |

Plaintiff and Counter Defendant, Easytex Corporation Limited ("Easytex"), by way of

Answer to Counterclaims of Defendant Stop & Stor ("Stop&Stor"), states:

12016_2

## FIRST COUNT OF COUNTERCLAIM AGAINST PLAINTIFF

167.  Easytex denies Stop&Stor's allegations in this paragraph that Stop&Stor is entitled to an apportionment of damages from Easytex.

## SECOND COUNT OF COUNTERCLAIM

168.  Easytex denies Stop&Stor's allegations in this paragraph that Stop&Stor is entitled to indemnification from Easytex.

WHEREFORE, Easytex demands dismissal of the Counterclaims of Stop&Stor and for an award of counsel fees and costs and for such other and further relief as the Court may deem just and proper. Easytex reserves a right to file an appropriate motion to dismiss the Counterclaims of Stop&Stor.

## AFFIRMATIVE DEFENSES

1.  With respect to the Counterclaims, Stop&Stor fails to state a claim upon which relief can be granted.

2.  Stop&Stor did not incur any damages as a result of Easytex's alleged conduct, which conduct is denied.

3.  The Counterclaims are barred by the doctrine of unclean hands.

4.  The Counterclaims are barred by the doctrine of estoppel.

5.  Stop&Stor is barred from relief due to its failure to mitigate any alleged damages suffered by Stop&Stor.

WHEREFORE, Easytex demands dismissal of the Counterclaims of Stop&Stor and for an award of counsel fees and costs and for such other and further relief as the Court may deem just and proper. Easytex reserves a right to file an appropriate motion to dismiss the Counterclaims of Stop&Stor.

Dated: July 9, 2008

                                                                                                   _____
                                                                                                   Chull S. Park, Esq. (CP2061)
                                                                                                   THE PARK LAW GROUP, LLC
                                                                                                   Attorneys for Plaintiff
                                                                                                   **Easytex Corporation Limited**
                                                                                                   23 S. Warren Street, 2nd Floor
                                                                                                   Trenton, New Jersey 08608
                                                                                                   Tel.: 609.396.2800
                                                                                                   Fax: 609.396.2801

## CERTIFICATION OF SERVICE

I hereby certify that:

1. Answer of Plaintiff and Counter Defendant, Easytex Corporation Limited, to Counterclaims of Defendant Stop & Stor is being filed by electronic means within the time set forth in the court rules with the:

> Clerk of Court
> United States District Court
> Southern District of New York
> Daniel Patrick Moynihan
> United States Courthouse
> 500 Pearl Street
> 1st Floor
> New York, New York 10007-1312;

2. Pursuant to Section 1.E of the Individual Practices of Judge Barbara S. Jones, Answer of Plaintiff and Counter Defendant, Easytex Corporation Limited, to Counterclaims of Defendant Stop & Stor, is being forwarded to the Judge's Chamber by regular mail that is located as follows:

> Honorable Barbara S. Jones
> United States District Court
> Southern District of New York
> Daniel Patrick Moynihan
> United States Courthouse
> 500 Pearl Street, Room 620
> Courtroom 18B
> New York, New York 10007; and

3. Answer of Plaintiff and Counter Defendant, Easytex Corporation Limited, to Counterclaims of Defendant Stop & Stor, is being served upon the attorneys on the attached service list through the Electronic Court Filing system within the time set forth in the court rules.

By: _____
Chull S. Park, Esq.

Dated: July 9, 2008

<u>Easytex Corporation Limited v. Peter & Frank of NY, Corp., et al.,</u>
ECF Case No. 07-cv-03907 (BSJ) (JCF)
1043.001

## SERVICE LIST

**Counsel for Defendants:**

1.  Carl E. Person, Esq. (CP7637)
    **Attorneys for Defendants**
    **American International Line, Inc.**
    **and Mercury**
    325 W. 45th Street – Suite 201
    New York, New York 10036
    *Tel.:* 212.307.4444
    *Fax.:* 212.307.0247
    *Email:* carlpers@ix.netcom.com

2.  Hendrick Vandamme, Esq. (HV7702)
    Law Offices of Diffenderfer &
    Solomon
    **Attorneys for Defendant**
    **Stop & Stor**
    90 Broad Street, Suite 2202
    New York, New York 10004
    *Tel.:* 646.428.2654
    *Fax.:* 800.730.5705
    *Email:* henvan@safeco.com

3.  Henry P. Gonzalez, LL.M. (HG9238)
    Rodriguez O'Donnell Gonzalez &
    Williams, P.C.
    **Attorneys for Defendants**
    **GFA, Inc. and Top Ten Trans, Inc.**
    1211 Connecticut Avenue, N.W.
    Suite 800
    Washington, D.C. 20036
    *Tel.:* 202.973.2992
    *Fax:* 202.293.3307
    *Email:* gonzalez@rorlaw.com

4.  David Y. Loh, Esq. (DL0460)
    Cozen O'Conner
    **Attorneys for Defendant**
    **Soon Chan Hong**
    45 Broadway Atrium
    Suite 1600
    New York, New York 10006-3792
    *Tel.:* 212.908.1202
    *Fax:* 866.790.1914
    *Email:* dloh@cozen.com

5.  Jeffrey S. Stephens, Esq.
    **Attorneys for Defendant**
    **Westy Storage Centers**
    14 Duncan Drive
    Greenwich, Connecticut 06831
    *Tel.:* 203.531.5800
    *Fax:* 203.531.1417
    *Email:* jeff@jsspc.com