SH2_Answer_to_Cross-Claims_of_StopAndStor.doc F1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                                          :
**EASYTEX CORPORATION LIMITED,**                                          :      ECF CASE
                                                                          :
                                              **Plaintiff,**              :      07 CV 3907 (BSJ)
                                                                          :
                    -against-                                             :      ANSWER TO CROSS-CLAIMS
                                                                          :      OF DEFENDANT STOP & STOR --
**PETER & FRANK OF NY, CORP., CHUL**                                      :      BY CO-DEFENDANT AMERICAN
**KYU KIM a/k/a KIM CHUL KYU a/k/a**                                      :      INTERNATIONAL
**CHUK CHUL KIM a/k/a ROBERT CHUL**                                       :      <u>LINE, INC. (d/b/a Mercury)   .</u>
**KIM a/k/a CHUL KYOO KIM a/k/a**                                         :
**CHULKYOO KIM a/k/a KIM K. CHUL,**                                       :      **(Jury Demand)**
**BARO SHIPPING CO., LTD., TOP TEN**                                      :
**TRANS, INC., GFA, INC., 3 WIN INC.,**                                   :
**MERCURY, AMERICAN INTERNATIONAL**                                       :
**LINE, INC., SOON CHAN HONG a/k/a**                                      :
**SOON C. HONG  a/k/a SOONCHAN C.**                                       :
**HONG a/k/a SOON CHAN HONG a/k/a**                                       :
**CHAN S. HONG a/k/a HONG S. CHAN**                                       :
**a/k/a HONG SOON CHANG d/b/a**                                           :
**SOONCHAN HONG CUSTOM HOUSE**                                            :
**BROKER, STOP  & STOR, NEXXON**                                          :
**TRADING, INC., SOLUTION USA, INC.,**                                    :
**GAVIN FASHION, INC., KOREA**                                            :
**EXPRESS USA, JKM USA, CORP.,**                                          :
**WESTY STORAGE CENTERS, jointly and severally,**                         :
                                                                          :
                                              **Defendants.**             :
                                                                          :
-------------------------------------------------------------------------x

Carl E. Person, appearing on behalf of the Defendant, **American International Line, Inc.**, also, sued herein under its trade name "**Mercury**" (hereinafter, "American" or "Defendant"), respectfully alleges as and for American's **Answer to the Cross-Claims of Co-Defendant Stop & Stor** (hereinafter, "Stop & Stor") asserted in Stop & Stor's Answer to the Plaintiff's First Amended Verified Complaint (the "Stop & Stor Cross-Claim Pleading"):

1.      DENIES each of the allegations in paragraph 169 of the Stop & Stor Cross-Claim Pleading, and further DENIES that American has any liability for apportionment of damages or

1

other liability to co-defendant Stop & Stor or any other party as alleged in paragraph 169 of said pleading.

2.DENIES each of the allegations in paragraph 170 of the Stop & Stor Cross-Claim Pleading, and further DENIES that American has any liability for indemnification to co-defendant Stop & Stor or any other party as alleged in paragraph 170 of said pleading.

**WHEREFORE**, American respectfully requests that the Stop & Stor Cross-Claim Pleading against American be dismissed in its entirety, with costs and attorneys' fees.

### Jury Demand

American hereby demands a trial by jury of all issues properly triable to a jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

**Dated:**New York, New York
July 15, 2008

_____

**Carl E. Person   (CP  7637)**
**Attorney for Defendant, American**
   **International Line, Inc. (also sued herein**
   **under its trade name "Mercury")**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing

**ANSWER TO CROSS-CLAIMS OF STOP & STORE-- BY
CO-DEFENDANT AMERICAN INTERNATIONAL LINE, INC. (d/b/a Mercury)**

was served on the respective attorneys for the Plaintiff and Co-Defendants by causing the same to be delivered by first class mail, postage pre-paid to:

| | |
|---|---|
| Chull S. Park, Esq.<br>Hyun Suk Choi, Esq.<br>The Park Law Group, LLC<br>23 S. Warren Street - 2nd Floor<br>Trenton NJ  08608 | Jeffrey S. Stephens, Esq.<br>Jeffrey S. Stephens, P.C.<br>14 Duncan Drive<br>Greenwich CT  06831 |

Hendrick Vandamme, Esq.
Patrick Joseph Maloney, Esq.
Law Offices of Harvey & Vandamme
90 Broad Street – Suite 2202
New York NY  10004

David Yita Loh, Esq.
Cozen O'Conner
45 Broadway Atrium – Suite 1600
New York NY  10006

Henry P. Gonzalez, Esq.
Rodriguez O'Donnell Gonzalez & Williams, P.C.
1211 Connecticut Avenue, N.W. – Suite 800
Washington DC  20036

An electronic copy was also forwarded via email to the above counsel at:

cpark@theparklawgroup.com; hchoi@theparklawgroup.com; patmal@safeco.com; dloh@cozen.com; henvan@safeco.com; gonzalez@rorfgw.com; jss50@mail.com

**Dated:   July 15, 2008**

_____
**Carl E. Person  (CP 7637)**