UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
EASYTEX CORPORATION LIMITED
vs.
Defendant
PETER & FRANK OF NY, CORP., ET AL.,

Case No.: 07-CV-03907 (BSJ)(JCF)
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____

I, Mario Martini, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jun 16 2008 2:16PM, I executed service of SUMMONS; FIRST AMENDED VERIFIED COMPLAINT on KOREA EXPRESS USA at 901 CASTLE Road, SECAUCUS, Hudson County, NJ 07094

By Personal Service to: Shyun Kim, Assistant Manager, A white female approx. 40-45 years of age 5'2"-5'4" in height weighing 120-140 lbs with brown hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Mario Martini, NJ

Execute on Jun 16, 2008

State of New Jersey County of Somerset
Subscribed and sworn to before me, a notary public on Jun 16, 2008

Maria Weingartner
Notary Public

FOR: THE PARK LAW GROUP, LLC

Order No. 5281465 SEA

MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2013