# EXHIBIT A

# EXHIBIT A

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
EASYTEX CORPORATION LIMITED
vs.
Defendant
PETER & FRANK OF NY, CORP., ET AL.,

Case No.: 07 CV 3907
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on 5-22-08

I, Eddie W. Null, Sr., being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on May 28 2008 4:30PM, I executed service of LETTER; SUMMONS; VERIFIED COMPLAINT on BARO SHIPPING CO., LTD. at OFFICE OF SECRETARY FEDERAL MARITIME COMMISSION, 800 N CAPITOL Street NW, WASHINGTON, Dist of Columbia County, DC 20573

By Personal Service to: Peter J. King, General Counsel (Acting), Federal Maritime Commission, A white male approx. 40-45 years of age 6'0"-6'2" in height weighing 200-220 lbs with brown hair and glasses

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Eddie W. Null, Sr.    Execute on May 28, 2008

State of Virginia County of Spotsylvania
Subscribed and sworn to before me, a notary public on May 28, 2008

Notary Public

FOR: THE PARK LAW GROUP, LLC

Order No. 5350802 SEA




Kimberly Ann Konias
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7079694
My Commission Expires
June 30, 2010