# EXHIBIT B

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
EASYTEX CORPORATION LIMITED
vs.
Defendant
PETER & FRANK OF NY, CORP., ET AL.,

Case No.: 07-CV-03907 (BSJ)(JCF)
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on $\underline{\text{Jue 15, 2008}}$
I, Eddie W. Null, Sr., being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jun 16 2008 3:35PM, I executed service of SUMMONS; FIRST AMENDED VERIFIED COMPLAINT on BARO SHIPPING CO., LTD. at OFFICE OF THE SECRETARY, 800 N CAPITOL Street NW FEDERAL MARITIME COMMISSION, WASHINGTON, Dist of Columbia County, DC 20573

By Personal Service to: Peter J. King, General Counsel (acting), A white male approx. 45-55 years of age 6'0"-6'2" in height weighing 200-220 lbs with black/balding hair and glasses

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge

_____
Eddie W. Null, Sr.

Execute on Jul 09, 2008

State of Virginia County of Spotsylvania
Subscribed and sworn to before me, a notary public on Jul 09, 2008

_____
Notary Public

FOR: THE PARK LAW GROUP, LLC

Order No. 5281468 SEA



Kimberly Ann Konias
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7079694
My Commission Expires
June 30, 2010