# EXHIBIT C

**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>Defendants. | Civil Action No. 07-CV-03907 (BSJ) (JCF)<br><br>ECF CASE<br><br><br>CLERK'S CERTIFICATE<br>OF DEFAULT<br>AGAINST DEFENDANT<br>BARO SHIPPING CO., LTD. |

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1. This action commenced on May 18, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Baro Shipping Co.,

12037_3

Ltd. ("Defendant") by personal service on Peter J. King, Acting General Counsel of the Federal Maritime Commission, which is the current legal agent for service of process for Defendant, and affidavit of such service thereof was filed on June 23, 2008.

2. On June 3, 2008, Plaintiff Easytex Corporation Limited ("Plaintiff") also filed summons and amended complaint against numerous defendants in this action, personally served Peter J. King, Acting General Counsel for the Federal Maritime Commission, which is the current legal agent for service of process for Defendant, with a copy of the summons and amended complaint on June 16, 2008, and filed affidavit of such service thereof on July 18, 2008.

3. The docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to either the complaint or the amended complaint herein as of the date of this Certificate. Accordingly, the default of Defendant is hereby noted.

Dated: New York, New York

_____, 2008

                                            **J. MICHAEL MCMAHON**
                                            Clerk of the Court

                                            By: _____