UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EASYTEX CORPORATION LIMITED,

                Plaintiff

    -against-

PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHANGE HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,

                Defendants
------------------------------------------------------------------------X

ECF CASE

Index No. 07-CV-03907 (BSJ)

**ANSWER TO CROSS-CLAIMS OF DEFENDANT AMERICAN INTERNATIONAL LINE, INC. (d/b/a Mercury)**

      Defendant, STOP & STOR, by and through its attorneys, the Law Offices of Harvey and Vandamme, as and for an answer to the cross-claims of the co-defendant American International Line, Inc. (d/b/a Mercury), alleges as follows upon information and belief:

1. DENIES each of the allegations in ¶ 181 of the Complaint for First Cross-Claim against Co-Defendant Stop & Stor– for Apportionment.

2. DENIES each of the allegation in ¶ 182 of the Complaint for Second Cross-Claim against Co-Defendant Stop & Stor – for Indemnification

    **WHEREFORE**, Stop & Stor respectfully requests that the claims and actions against it be dismissed in their entirety, with cost and attorneys' fees.

**Jury Demand**

Stop & Stor hereby demands a trial by jury of all issues properly triable to a jury pursuant to Rule 38 (b) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
        July 28, 2008

By:  s/ _____
        Hendrick Vandamme (HV – 7702)
        Law Offices of Harvey & Vandamme
        Attorneys for Defendant
        STOP & STOR
        90 Broad Street, Suite 2202
        New York, NY 10004
        (646) 428-2650

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing:

**ANSWER TO CROSS-CLAIMS OF DEFENDNAT AMERICAN INTERNATIONAL LINE, INC. (d/b/a Mercury)**

was served on the attorney for Plaintiff and Co-Defendants by causing the same to be delivered by first class mail, postage prepaid to:

TO:    THE PARK LAW GROUP, LLC
EASYTEX CORPORATION LIMITED
23 S. Warren Street - 2nd Floor
Trenton, New Jersey 08608
(609) 396-2800

COZEN O'CONNER
45 Broadway Atrium – Suite 1600
New York, NY 10006
RODRIGUEZ O'DONNEL GONZALEZ & WILLIAMS, P.C.
1211 Connecticut Avenue, N.W. – Suite 800
Washington DC 20036

JEFFREY S. STEPHENS, P.C.
14 Duncan Drive
Greenwich, CT 06831

CARL E. PERSON, ESQ.
325 W. 45th Street - Suite 201
New York, New York 10036

An electronic was copy also was forwarded via email to the above counsel at:

cpark@theparklawgroup.com;
hchoi@theparklawgroup.com;
dloh@cozen.com;
Gonzalez@rofgw.com; and
jss50@mail.com

Dated:  New York, New York
         July 28, 2008

                                          _s/_____
                                         Hendrick Vandamme ( HV – 7702)