UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASYTEX CORPORATION LIMITED          Plaintiff,

-v-

PETER & FRANK OF NY, CORP., ET AL.

Defendant.

Case No. 07-CV-3907

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KOREA EXPRESS U.S.A., INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

KOREA EXPRESS U.S.A., INC., is a subsidiary of KOREA EXPRESS COMPANY, a Korean corporation.

**Date:** August 1, 2008

**Signature of Attorney**

**Attorney Bar Code:** JL2569

Form Rule7_1.pdf  SDNY Web 10/2007