UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
EASYTEX CORPORATION LIMITED,

              Plaintiff,

  -against-

PETER & FRANK OF NY, CORP., CHUL KYU KIM
a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a
ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a
CHULKYOO KIM a/k/a KIM K. CHUL, BARO
SHIPPING CO., LTD., TOP TEN TRANS, INC.,
GFA, INC., 3 WIN INC., MERCURY, AMERICAN
INTERNATIONAL LINE, INC., SOON CHAN HONG
a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG
a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a
HONG S. CHAN a/k/a HONG SOON CHANG d/b/a
SOONCHAN HONG CUSTOM HOUSE BROKER,
STOP & STOR, NEXXON TRADING, INC., SOLUTION
USA, INC., GAVIN FASHION, INC., KOREA EXPRESS
USA, JKM USA, CORP., WESTY STORAGE
CENTERS, jointly and severally,

              Defendants.
------------------------------------------------------------------X

Civil Action No.
07-CV-3907 (BSJ) (JCF)

STIPULATION
EXTENDING TIME
TO ANSWER
PLAINTIFF'S FIRST
AMENDED COMPLAINT

      IT IS HEREBY STIPULATED that the time for the defendant, Korea Express USA Inc., to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the Summons or to the Complaint in this action, be and the same hereby is extended up to and including August 1, 2008.

Dated:  July 14, 2008

_____
Hyun Suk Choi, Esq. (HC4208)
THE PARK LAW GROUP, LLC
23 South Warren Street, 2nd Floor
Trenton, New Jersey 08608
609-396-2800

_____
John C. Lane, Esq. (JL2569)
LAW OFFICES OF JOHN C. LANE
191 Godwin Avenue
Wyckoff, New Jersey 07481
201-848-6000

2