## CERTIFICATE OF SERVICE

I certify that under penalty of perjury pursuant to 28 U.S.C. §1746 that on August 1, 2008, I caused to be served upon the following, by First Class United States Mail, postage prepaid, true copies of the ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, STIPULATION EXTENDING TIME TO ANSWER, and RULE 7.1 STATEMENT, on behalf of defendant, Korea Express U.S.A., Inc., by depositing same in a U.S. Postal Box within the State of New Jersey addressed to the following:

TO:    Hyun Suk Choi, Esq. (HC4208)
The Park Law Group, LLC
Attorneys for Plaintiff
23 South Warren Street, 2nd Floor
Trenton, New Jersey 08608
609-396-2800

Henry P. Gonzalez, Esq. (HG9238)
Rodriguez O'Donnell Gonzalez & Williams
Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.
1211 Connecticut Avenue NW, Suite 800
Washington, DC 20036
202-973-2980

Carl E. Person, Esq. (CP7637)
Attorneys for Defendants, Mercury and American International Line, Inc.
325 West 45th Street, Suite 201
New York, New York 10036
212-307-4444

David Y. Loh, Esq. (DL0460)
Cozen O'Connor, Esqs.
Attorneys for Defendant, Soon Chan Hong
45 Broadway Atrium, 16th Floor
New York, New York 10006
212-509-9400

Hendrick Vandamme, Esq. (HV7702)
Law Offices of Diffenderfer & Solomon
Attorneys for Defendant, Stop & Stor
90 Broad Street, Suite 2202
New York, New York 10004
646-428-2650

Jeffrey S. Stephens, Esq. (JSS9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC,
sued as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800


Dated:   New York, New York
         August 1, 2008

_____
JOHN C. LANE, ESQ. (JL 2569)


*Easytex Corporation Limited v. Peter & Frank of NY, et al.*
S.D.N.Y., Case No. 07-CV-3907 (BSJ) (JCF)
Our File: TM.1921