UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   ECF CASE
EASYTEX CORPORATION LIMITED,

                Plaintiff

   -against-

PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHANGE HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,

                Defendants
------------------------------------------------------------------------X

Index No. 07-CV-03907 (BSJ)

**ANSWER TO CROSS-CLAIMS OF DEFENDANT KOREA EXPRESS, USA, Inc.**

      Defendant, STOP & STOR, by and through its attorneys, the Law Offices of Harvey and Vandamme, as and for an answer to the cross-claim of the co-defendant Korea Express USA, Inc., alleges as follows upon information and belief:

1. DENIES all cross-claims of Korea Express USA, Inc., as asserted against Stop & Stor in its August 1, 2008 Answer to Amended Complaint.

      **WHEREFORE**, Stop & Stor respectfully requests that the claims, cross-claims, and actions against it be dismissed in their entirety, with cost and attorneys' fees.

**Jury Demand**

Stop & Stor hereby demands a trial by jury of all issues properly triable to a jury pursuant to Rule 38 (b) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
        August 1, 2008

                                        By:__s/_____
                                            Hendrick Vandamme (HV – 7702)
                                        Law Offices of Harvey & Vandamme
                                        Attorneys for Defendant
                                        STOP & STOR
                                        90 Broad Street, Suite 2202
                                        New York, NY 10004
                                        (646) 428-2650