Henry P. Gonzalez, LL.M. (HG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
Attorneys for GFA, Inc.
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980   Telephone
(202) 293-3307   Facsimile

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
EASYTEX CORPORATION LIMITED,        :    **ECF CASE**
                                    :
            Plaintiff,              :    **Case No.: 07 CV 3907 (BSJ)(JCF)**
                                    :
    -against-                       :    **DEFENDANT TOP TEN TRANS,**
                                    :    **INC.'S ANSWER TO**
PETER & FRANK OF NY, CORP. et al.,  :    **STOP & STOR'S CROSS-CLAIM**
                                    :
            Defendants.             :
----------------------------------------------------------X

Defendant Top Ten Trans, Inc. ("Top Ten"), by its undersigned attorney, files this Answer to Stop & Stor's Cross-Claim against co-defendants and does hereby admit, deny, aver, and allege as follows:

### ANSWER

Paragraphs 1 through 168 of Stop & Stor's Verified Answer to First Amended Complaint contain Stop & Stor's Answer and Affirmative Defenses, which do not require responses from Top Ten.

169.   Deny.

170.   Deny.

**WHEREFORE**, Top Ten respectfully prays that Stop & Stor's Cross-Claim against Top Ten be dismissed in its entirety.

Respectfully Submitted,

By: *[signature]*

Henry P. Gonzalez, LL.M. (HPG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980 – Telephone
(202) 293-3307 – Facsimile

Dated: August 7, 2008