Henry P. Gonzalez, LL.M. (HG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
Attorneys for GFA, Inc.
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980   Telephone
(202) 293-3307   Facsimile

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EASYTEX CORPORATION LIMITED,       :   ECF CASE
                                   :
           Plaintiff,              :   Case No.: 07 CV 3907 (BSJ)(JCF)
                                   :
    -against-                      :   DEFENDANT TOP TEN TRANS,
                                   :   INC.'S ANSWER TO
PETER & FRANK OF NY, CORP. et al., :   AMERICAN INTERNATINAL
                                   :   LINE, INC.'S CROSS-CLAIM
           Defendants.             :
-----------------------------------------------------------X

Defendant Top Ten Trans, Inc. ("Top Ten"), by its undersigned attorney, files this Answer to American International Line, Inc. ("AIL")'s Cross-Claim against co-defendants and does hereby admit, deny, aver, and allege as follows:

### ANSWER

Paragraphs 1 through 180 of AIL's Amended Answer to First Amended Verified Complaint contain AIL's Answer and Affirmative Defenses, which do not require responses from Top Ten.

    181.   Deny.

    182.   Deny.

2

**WHEREFORE**, Top Ten respectfully prays that AIL's Cross-Claim against Top Ten be dismissed in its entirety.

Respectfully Submitted,

By: *[signature]*

Henry P. Gonzalez, LL.M. (HPG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980 – Telephone
(202) 293-3307 – Facsimile

Dated: August 7, 2008

2