Henry P. Gonzalez, LL.M. (HG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
Attorneys for GFA, Inc.
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980   Telephone
(202) 293-3307   Facsimile

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EASYTEX CORPORATION LIMITED,        :    **ECF CASE**
                                    :
              Plaintiff,            :    **Case No.: 07 CV 3907 (BSJ)(JCF)**
                                    :
       -against-                    :    **DEFENDANT GFA, INC.'S**
                                    :    **ANSWER TO**
PETER & FRANK OF NY, CORP. et al.,  :    **STOP & STOR'S CROSS-CLAIM**
                                    :
              Defendants.           :
-----------------------------------------------------------X

Defendant GFA, Inc. ("GFA"), by its undersigned attorney, files this Answer to Stop & Stor's Cross-Claim against co-defendants and does hereby admit, deny, aver, and allege as follows:

## ANSWER

Paragraphs 1 through 168 of Stop & Stor's Verified Answer to First Amended Complaint contain Stop & Stor's Answer and Affirmative Defenses, which do not require responses from GFA.

169.   Deny.

170.   Deny.

2

**WHEREFORE**, GFA respectfully prays that Stop & Stor's Cross-Claim against GFA be dismissed in its entirety.

Respectfully Submitted,

By: /s/

Henry P. Gonzalez, LL.M. (HPG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980 – Telephone
(202) 293-3307 – Facsimile

Dated: August 7, 2008