Henry P. Gonzalez, LL.M. (HG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
Attorneys for GFA, Inc.
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980   Telephone
(202) 293-3307   Facsimile

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EASYTEX CORPORATION LIMITED,          :   ECF CASE
                                      :
            Plaintiff,                :   Case No.: 07 CV 3907 (BSJ)(JCF)
                                      :
    -against-                         :   DEFENDANT GFA, INC.'S
                                      :   ANSWER TO
PETER & FRANK OF NY, CORP. et al.,    :   AMERICAN INTERNATINAL
                                      :   LINE, INC.'S CROSS-CLAIM
            Defendants.               :
-----------------------------------------------------------X

Defendant GFA, Inc. ("GFA"), by its undersigned attorney, files this Answer to American International Line, Inc. ("AIL")'s Cross-Claim against co-defendants and does hereby admit, deny, aver, and allege as follows:

### ANSWER

Paragraphs 1 through 180 of AIL's Amended Answer to First Amended Verified Complaint contain AIL's Answer and Affirmative Defenses, which do not require responses from GFA.

181.   Deny.

182.   Deny.

**WHEREFORE**, GFA respectfully prays that AIL's Cross-Claim against GFA be dismissed in its entirety.

Respectfully Submitted,

By: /s/

Henry P. Gonzalez, LL.M. (HPG 9238)
**RODRIGUEZ O'DONNELL**
**GONZALEZ & WILLIAMS, P.C.**
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980 – Telephone
(202) 293-3307 – Facsimile

Dated: August 7, 2008