UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

EASYTEX CORPORATION LIMITED,

                  Plaintiff,

  -against-

PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, NEXXON TRADING, INC., SOLUTION USA, INC., GAVIN FASHION, INC., KOREA EXPRESS USA, JKM USA, CORP., WESTY STORAGE CENTERS, jointly and severally,

                  Defendants.
------------------------------------------------------------------------X

DEFENDANTS DEMAND TRIAL BY JURY

Civil Action No.
07-CV-3907 (BSJ) (JCF)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that the undersigned attorney, PETER C. BOBCHIN (PB 6076) hereby enters an appearance as counsel of record for Defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA, in the above-captioned matter.

      **PLEASE TAKE FURTHER NOTICE**, that my partner, attorney JOHN C. LANE (JL 2569) has already appeared in this action on behalf of Defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA, and all future electronic notices and papers should be served upon PETER C. BOBCHIN, instead.

Dated:  New York, New York        Yours, etc.
        August 12, 2008

                                  LAW OFFICES OF JOHN C. LANE

                                  /s/ Peter C. Bobchin
                                  PETER C. BOBCHIN (PB 6076)
                                  Attorneys for Defendant, Korea Express U.S.A., Inc.
                                  191 Godwin Avenue
                                  Wyckoff, New Jersey 07481
                                  201-848-6000
                                  E-mail: pcbobchin@jclane.com
                                  **Our File No. TM.1921**


TO:   Hyun Suk Choi, Esq. (HC 4208)
      The Park Law Group, LLC
      23 South Warren Street, 2nd Floor
      Trenton, New Jersey 08608
      609-396-2800

      Henry P. Gonzalez, Esq. (HG 9238)
      Rodriguez O'Donnell Gonzalez & Williams
      Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.
      1211 Connecticut Avenue NW, Suite 800
      Washington, DC  20036
      202-973-2980

      Carl E. Person, Esq. (CP 7637)
      Attorneys for Defendants, Mercury and American International Line, Inc.
      325 West 45th Street, Suite 201
      New York, New York 10036
      212-307-4444

      David Y. Loh, Esq. (DL 0460)
      Cozen O'Connor, Esqs.
      Attorneys for Defendant, Soon Chan Hong
      45 Broadway Atrium, 16th Floor
      New York, New York 10006
      212-509-9400

      Hendrick Vandamme, Esq. (HV 7702)
      Law Offices of Diffenderfer & Solomon
      Attorneys for Defendant, Stop & Stor
      90 Broad Street, Suite 2202
      New York, New York 10004
      646-428-2650

Jeffrey S. Stephens, Esq. (JS 9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC, sued as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800