UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EASYTEX CORPORATION LIMITED,

             Plaintiff,

-against-

PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, NEXXON TRADING, INC., SOLUTION USA, INC., GAVIN FASHION, INC., KOREA EXPRESS USA, JKM USA, CORP., WESTY STORAGE CENTERS, jointly and severally,

             Defendants.
-------------------------------------------------------------------X

DEFENDANTS DEMAND
TRIAL BY JURY

Civil Action No.
07-CV-3907 (BSJ)(JCF)

**ANSWER TO**
**TOP TEN TRANS, INC.'S**
**CROSS-CLAIMS**

      Defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA, answering the Cross-Claims of defendant Top Ten Trans, Inc., by and through its attorneys, the Law Offices of John C. Lane, alleges upon information and belief as follows:

      1.     This answering defendant denies each and every allegation set forth in the paragraphs 178, 179 and 180, of defendant Top Ten Trans, Inc.'s Cross-Claims asserted in Top Ten Trans, Inc.'s Answer to Plaintiff's First Amended Complaint.

      **WHEREFORE**, defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA, demands judgment dismissing the Cross-Claims of defendant Top Ten Trans, Inc. in their entirety together with costs and disbursements, and such other and further relief as this Court deems just and proper.

Dated:   New York, New York  
         August 15, 2008

Yours, etc.

LAW OFFICES OF JOHN C. LANE

_____  
PETER C. BOBCHIN (PB 6076)  
Attorneys for Defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA  
191 Godwin Avenue  
Wyckoff, New Jersey 07481  
201-848-6000  
**Our File No. TM.1921**

TO:   Hyun Suk Choi, Esq. (HC 4208)  
The Park Law Group, LLC  
Attorneys for Plaintiff, Easytex Corporation Limited  
23 South Warren Street, 2nd Floor  
Trenton, New Jersey 08608  
609-396-2800

Henry P. Gonzalez, Esq. (HG 9238)  
Rodriguez O'Donnell Gonzalez & Williams  
Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.  
1211 Connecticut Avenue NW, Suite 800  
Washington, DC 20036  
202-973-2980

Carl E. Person, Esq. (CP 7637)  
Attorneys for Defendant, American International Lines, Inc., sued herein under its trade name Mercury  
325 West 45th Street, Suite 201  
New York, New York 10036  
212-307-4444

David Y. Loh, Esq. (DL 0460)  
Cozen O'Connor, Esqs.  
Attorneys for Defendant, Soon Chan Hong  
45 Broadway Atrium, 16th Floor  
New York, New York 10006  
212-509-9400

**CONTINUED ON NEXT PAGE**

Hendrick Vandamme, Esq. (HV 7702)
Law Offices of Diffenderfer & Solomon
Attorneys for Defendant, Stop & Stor
90 Broad Street, Suite 2202
New York, New York 10004
646-428-2650

Jeffrey S. Stephens, Esq. (JS 9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC,
sued herein as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800

## CERTIFICATE OF SERVICE

      I certify that under penalty of perjury pursuant to 28 U.S.C. §1746 that on August 15, 2008, I caused to be served upon the following, by First Class United States Mail, postage prepaid, a true copy of defendant, Korea Express U.S.A., Inc.'s Answer to the Cross-Claims asserted by Top Ten Trans, Inc., by depositing same in a U.S. Postal Box within the State of New Jersey, addressed to the following:

TO:    Hyun Suk Choi, Esq. (HC4208)
          The Park Law Group, LLC
          Attorneys for Plaintiff, Easytex Corporation Limited
          23 South Warren Street, 2nd Floor
          Trenton, New Jersey 08608
          609-396-2800

          Henry P. Gonzalez, Esq. (HG9238)
          Rodriguez O'Donnell Gonzalez & Williams
          Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.
          1211 Connecticut Avenue NW, Suite 800
          Washington, DC 20036
          202-973-2980

          Carl E. Person, Esq. (CP7637)
          Attorneys for Defendant, American International Lines, Inc., sued herein
          under its trade name Mercury
          325 West 45th Street, Suite 201
          New York, New York 10036
          212-307-4444

          David Y. Loh, Esq. (DL0460)
          Cozen O'Connor, Esqs.
          Attorneys for Defendant, Soon Chan Hong
          45 Broadway Atrium, 16th Floor
          New York, New York 10006
          212-509-9400

          Hendrick Vandamme, Esq. (HV7702)
          Law Offices of Diffenderfer & Solomon
          Attorneys for Defendant, Stop & Stor
          90 Broad Street, Suite 2202
          New York, New York 10004
          646-428-2650

**CONTINUED ON NEXT PAGE**

Jeffrey S. Stephens, Esq. (JS9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC,
sued as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800

### COURTESY COPIES TO:

Honorable Barbara S. Jones, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 620
500 Pearl Street
New York, New York 10007

Honorable James C. Francis, IV, U.S.M.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 1960
500 Pearl Street
New York, New York 10007

Dated: New York, New York
August 15, 2008

_____
PETER C. BOBCHIN (PB 6076)

*Easytex Corporation Limited v. Peter & Frank of NY, et al.*
S.D.N.Y., Case No. 07-CV-3907 (BSJ)(JCF)
Our File: TM.1921