UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>              Plaintiff,<br><br>  -against-<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, NEXXON TRADING, INC., SOLUTION USA, INC., GAVIN FASHION, INC., KOREA EXPRESS USA, JKM USA, CORP., WESTY STORAGE CENTERS, jointly and severally,<br><br>              Defendants. | **DEFENDANTS DEMAND TRIAL BY JURY**<br><br>Civil Action No.<br>07-CV-3907 (BSJ)(JCF)<br><br><br><br>**ANSWER TO HICKSVILLE PROJECT, LLC, s/h/a WESTY STORAGE CENTERS' <u>CROSS-CLAIM</u>** |

------------------------------------------------------------------------X

      Defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA, answering the Cross-Claim of defendant Hicksville Project, LLC, sued herein as Westy Storage Centers (hereinafter "Westy"), by and through its attorneys, the Law Offices of John C. Lane, alleges upon information and belief as follows:

      1.     This answering defendant denies each and every allegation set forth in paragraph 160 of defendant Westy's Cross-Claim asserted in Westy's Answer to Plaintiff's First Amended Complaint.

      **WHEREFORE**, defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA, demands judgment dismissing the Cross-Claim of defendant Westy in its entirety, together with costs and disbursements, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
August 15, 2008

Yours, etc.

LAW OFFICES OF JOHN C. LANE

_____
PETER C. BOBCHIN (PB 6076)
Attorneys for Defendant, Korea Express U.S.A., Inc.,
sued herein as Korea Express USA
191 Godwin Avenue
Wyckoff, New Jersey 07481
201-848-6000
**Our File No. TM.1921**

TO: Hyun Suk Choi, Esq. (HC 4208)
The Park Law Group, LLC
Attorneys for Plaintiff, Easytex Corporation Limited
23 South Warren Street, 2nd Floor
Trenton, New Jersey 08608
609-396-2800

Henry P. Gonzalez, Esq. (HG 9238)
Rodriguez O'Donnell Gonzalez & Williams
Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.
1211 Connecticut Avenue NW, Suite 800
Washington, DC 20036
202-973-2980

Carl E. Person, Esq. (CP 7637)
Attorneys for Defendant, American International Lines, Inc., sued herein
under its trade name Mercury
325 West 45th Street, Suite 201
New York, New York 10036
212-307-4444

David Y. Loh, Esq. (DL 0460)
Cozen O'Connor, Esqs.
Attorneys for Defendant, Soon Chan Hong
45 Broadway Atrium, 16th Floor
New York, New York 10006
212-509-9400

**CONTINUED ON NEXT PAGE**

Hendrick Vandamme, Esq. (HV 7702)
Law Offices of Diffenderfer & Solomon
Attorneys for Defendant, Stop & Stor
90 Broad Street, Suite 2202
New York, New York 10004
646-428-2650

Jeffrey S. Stephens, Esq. (JS 9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC,
sued herein as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800

## CERTIFICATE OF SERVICE

I certify that under penalty of perjury pursuant to 28 U.S.C. §1746 that on August 15, 2008, I caused to be served upon the following, by First Class United States Mail, postage prepaid, a true copy of defendant, Korea Express U.S.A., Inc.'s Answer to the Cross-Claims asserted by Hicksville Project, LLC, sued herein as Westy Storage Centers, by depositing same in a U.S. Postal Box within the State of New Jersey, addressed to the following:

TO:   Hyun Suk Choi, Esq. (HC4208)
      The Park Law Group, LLC
      Attorneys for Plaintiff, Easytex Corporation Limited
      23 South Warren Street, 2nd Floor
      Trenton, New Jersey 08608
      609-396-2800

      Henry P. Gonzalez, Esq. (HG9238)
      Rodriguez O'Donnell Gonzalez & Williams
      Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.
      1211 Connecticut Avenue NW, Suite 800
      Washington, DC  20036
      202-973-2980

      Carl E. Person, Esq. (CP7637)
      Attorneys for Defendant, American International Lines, Inc., sued herein
      under its trade name Mercury
      325 West 45th Street, Suite 201
      New York, New York 10036
      212-307-4444

      David Y. Loh, Esq. (DL0460)
      Cozen O'Connor, Esqs.
      Attorneys for Defendant, Soon Chan Hong
      45 Broadway Atrium, 16th Floor
      New York, New York 10006
      212-509-9400

      Hendrick Vandamme, Esq. (HV7702)
      Law Offices of Diffenderfer & Solomon
      Attorneys for Defendant, Stop & Stor
      90 Broad Street, Suite 2202
      New York, New York 10004
      646-428-2650

**CONTINUED ON NEXT PAGE**

Jeffrey S. Stephens, Esq. (JS9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC,
sued as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800

**COURTESY COPIES TO:**

Honorable Barbara S. Jones, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 620
500 Pearl Street
New York, New York 10007

Honorable James C. Francis, IV, U.S.M.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 1960
500 Pearl Street
New York, New York 10007

Dated: New York, New York
       August 15, 2008

                                  _____
                                  PETER C. BOBCHIN (PB 6076)

*Easytex Corporation Limited v. Peter & Frank of NY, et al.*
S.D.N.Y., Case No. 07-CV-3907 (BSJ)(JCF)
Our File: TM.1921