UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

EASYTEX CORPORATION LIMITED,

Plaintiff,

-against-

PETER & FRANK OF NY, CORP., CHUL KYU KIM
a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a
ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a
CHULKYOO KIM a/k/a KIM K. CHUL, BARO
SHIPPING CO., LTD., TOP TEN TRANS, INC.,
GFA, INC., 3 WIN INC., MERCURY, AMERICAN
INTERNATIONAL LINE, INC., SOON CHAN HONG
a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG
a/k/a  SOON CHAN HONG a/k/a CHAN S. HONG a/k/a
HONG S. CHAN a/k/a HONG SOON CHANG d/b/a
SOONCHAN HONG CUSTOM HOUSE BROKER,
STOP & STOR, NEXXON TRADING, INC., SOLUTION
USA, INC., GAVIN FASHION, INC., KOREA EXPRESS
USA, JKM USA, CORP., WESTY STORAGE
CENTERS, jointly and severally,

Defendants.

-----------------------------------------------------------------------X

DEFENDANTS DEMAND
TRIAL BY JURY

Civil Action No.
07-CV-3907 (BSJ)(JCF)

**ANSWER TO
AMERICAN
INTERNATIONAL
LINES, INC. d/b/a
MERCURY'S
CROSS-CLAIMS**

Defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA, answering the

Cross-Claims of defendant American International Lines, Inc., sued herein under its trade name

Mercury (hereinafter "American"), by and through its attorneys, the Law Offices of John C. Lane,

alleges upon information and belief as follows:

1.        This answering defendant denies each and every allegation set forth in paragraphs 181

and 182, of defendant American's Cross-Claims asserted in American's Answer to Plaintiff's First

Amended Complaint.

**WHEREFORE**, defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA,

demands judgment dismissing the Cross-Claims of defendant American in their entirety, together

with costs and disbursements, and such other and further relief as this Court deems just and proper.

Dated:    New York, New York                    Yours, etc.
          August 15, 2008
                                                LAW OFFICES OF JOHN C. LANE


                                                _____
                                                PETER C. BOBCHIN (PB 6076)
                                                Attorneys for Defendant, Korea Express U.S.A., Inc.,
                                                sued herein as Korea Express USA
                                                191 Godwin Avenue
                                                Wyckoff, New Jersey 07481
                                                201-848-6000
                                                **Our File No. TM.1921**


TO:    Hyun Suk Choi, Esq. (HC 4208)
       The Park Law Group, LLC
       Attorneys for Plaintiff, Easytex Corporation Limited
       23 South Warren Street, 2nd Floor
       Trenton, New Jersey 08608
       609-396-2800

       Henry P. Gonzalez, Esq. (HG 9238)
       Rodriguez O'Donnell Gonzalez & Williams
       Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.
       1211 Connecticut Avenue NW, Suite 800
       Washington, DC  20036
       202-973-2980

       Carl E. Person, Esq. (CP 7637)
       Attorneys for Defendant, American International Lines, Inc., sued herein
       under its trade name Mercury
       325 West 45th Street, Suite 201
       New York, New York 10036
       212-307-4444

       David Y. Loh, Esq. (DL 0460)
       Cozen O'Connor, Esqs.
       Attorneys for Defendant, Soon Chan Hong
       45 Broadway Atrium, 16th Floor
       New York, New York 10006
       212-509-9400

**CONTINUED ON NEXT PAGE**

Hendrick Vandamme, Esq. (HV 7702)
Law Offices of Diffenderfer & Solomon
Attorneys for Defendant, Stop & Stor
90 Broad Street, Suite 2202
New York, New York 10004
646-428-2650

Jeffrey S. Stephens, Esq. (JS 9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC,
sued herein as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800

**CERTIFICATE OF SERVICE**

I certify that under penalty of perjury pursuant to 28 U.S.C. §1746 that on August 15, 2008,

I caused to be served upon the following, by First Class United States Mail, postage prepaid, a true

copy of defendant, Korea Express U.S.A., Inc.'s Answer to the Cross-Claims asserted by American

International Lines, Inc., sued herein under its trade name Mercury, by depositing same in a U.S.

Postal Box within the State of New Jersey, addressed to the following:

TO:   Hyun Suk Choi, Esq. (HC4208)
The Park Law Group, LLC
Attorneys for Plaintiff, Easytex Corporation Limited
23 South Warren Street, 2nd Floor
Trenton, New Jersey 08608
609-396-2800

Henry P. Gonzalez, Esq. (HG9238)
Rodriguez O'Donnell Gonzalez & Williams
Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.
1211 Connecticut Avenue NW, Suite 800
Washington, DC  20036
202-973-2980

Carl E. Person, Esq. (CP7637)
Attorneys for Defendant, American International Lines, Inc., sued herein
under its trade name Mercury
325 West 45th Street, Suite 201
New York, New York 10036
212-307-4444

David Y. Loh, Esq. (DL0460)
Cozen O'Connor, Esqs.
Attorneys for Defendant, Soon Chan Hong
45 Broadway Atrium, 16th Floor
New York, New York 10006
212-509-9400

Hendrick Vandamme, Esq. (HV7702)
Law Offices of Diffenderfer & Solomon
Attorneys for Defendant, Stop & Stor
90 Broad Street, Suite 2202
New York, New York 10004
646-428-2650

**CONTINUED ON NEXT PAGE**

Jeffrey S. Stephens, Esq. (JS9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC,
sued as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800

## COURTESY COPIES TO:

Honorable Barbara S. Jones, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 620
500 Pearl Street
New York, New York 10007

Honorable James C. Francis, IV, U.S.M.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 1960
500 Pearl Street
New York, New York 10007

Dated: New York, New York
August 15, 2008

PETER C. BOBCHIN (PB 6076)

*Easytex Corporation Limited v. Peter & Frank of NY, et al.*
S.D.N.Y., Case No. 07-CV-3907 (BSJ)(JCF)
Our File: TM.1921