UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

EASYTEX CORPORATION LIMITED,

            Plaintiff,

-against-

PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, NEXXON TRADING, INC., SOLUTION USA, INC., GAVIN FASHION, INC., KOREA EXPRESS USA, JKM USA, CORP., WESTY STORAGE CENTERS, jointly and severally,

            Defendants.

------------------------------------------------------------------X

DEFENDANTS DEMAND
TRIAL BY JURY

Civil Action No.
07-CV-3907 (BSJ)(JCF)

**ANSWER TO
STOP & STOR'S
<u>CROSS-CLAIMS</u>**

    Defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA, answering the Cross-Claims of defendant Stop & Stor, by and through its attorneys, the Law Offices of John C. Lane, alleges upon information and belief as follows:

    1.    This answering defendant denies each and every allegation set forth in paragraphs 169, 170 and 171 of defendant Stop & Stor's Cross-Claims asserted in Stop & Stor's Answer to Plaintiff's First Amended Complaint.

    **WHEREFORE**, defendant, Korea Express U.S.A., Inc., sued herein as Korea Express USA, demands judgment dismissing the Cross-Claims of defendant Stop & Stor in their entirety, together with costs and disbursements, and such other and further relief as this Court deems just and proper.

Dated:   New York, New York    Yours, etc.
         August 15, 2008
                                 LAW OFFICES OF JOHN C. LANE

                                 _____
                                 PETER C. BOBCHIN (PB 6076)
                                 Attorneys for Defendant, Korea Express U.S.A., Inc.,
                                 sued herein as Korea Express USA
                                 191 Godwin Avenue
                                 Wyckoff, New Jersey 07481
                                 201-848-6000
                                 **Our File No. TM.1921**

TO:   Hyun Suk Choi, Esq. (HC 4208)
      The Park Law Group, LLC
      Attorneys for Plaintiff, Easytex Corporation Limited
      23 South Warren Street, 2nd Floor
      Trenton, New Jersey 08608
      609-396-2800

      Henry P. Gonzalez, Esq. (HG 9238)
      Rodriguez O'Donnell Gonzalez & Williams
      Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.
      1211 Connecticut Avenue NW, Suite 800
      Washington, DC  20036
      202-973-2980

      Carl E. Person, Esq. (CP 7637)
      Attorneys for Defendant, American International Lines, Inc., sued herein
      under its trade name Mercury
      325 West 45th Street, Suite 201
      New York, New York 10036
      212-307-4444

      David Y. Loh, Esq. (DL 0460)
      Cozen O'Connor, Esqs.
      Attorneys for Defendant, Soon Chan Hong
      45 Broadway Atrium, 16th Floor
      New York, New York 10006
      212-509-9400

      **CONTINUED ON NEXT PAGE**

Hendrick Vandamme, Esq. (HV 7702)
Law Offices of Diffenderfer & Solomon
Attorneys for Defendant, Stop & Stor
90 Broad Street, Suite 2202
New York, New York 10004
646-428-2650

Jeffrey S. Stephens, Esq. (JS 9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC,
sued herein as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800

## CERTIFICATE OF SERVICE

      I certify that under penalty of perjury pursuant to 28 U.S.C. §1746 that on August 15, 2008, I caused to be served upon the following, by First Class United States Mail, postage prepaid, a true copy of defendant, Korea Express U.S.A., Inc.'s Answer to the Cross-Claims asserted by Stop & Stor, by depositing same in a U.S. Postal Box within the State of New Jersey, addressed to the following:

TO:    Hyun Suk Choi, Esq. (HC4208)
           The Park Law Group, LLC
           Attorneys for Plaintiff, Easytex Corporation Limited
           23 South Warren Street, 2nd Floor
           Trenton, New Jersey 08608
           609-396-2800

           Henry P. Gonzalez, Esq. (HG9238)
           Rodriguez O'Donnell Gonzalez & Williams
           Attorneys for Defendants, GFA, Inc. and Top Ten Trans, Inc.
           1211 Connecticut Avenue NW, Suite 800
           Washington, DC 20036
           202-973-2980

           Carl E. Person, Esq. (CP7637)
           Attorneys for Defendant, American International Lines, Inc., sued herein under its trade name Mercury
           325 West 45th Street, Suite 201
           New York, New York 10036
           212-307-4444

           David Y. Loh, Esq. (DL0460)
           Cozen O'Connor, Esqs.
           Attorneys for Defendant, Soon Chan Hong
           45 Broadway Atrium, 16th Floor
           New York, New York 10006
           212-509-9400

           Hendrick Vandamme, Esq. (HV7702)
           Law Offices of Diffenderfer & Solomon
           Attorneys for Defendant, Stop & Stor
           90 Broad Street, Suite 2202
           New York, New York 10004
           646-428-2650

**CONTINUED ON NEXT PAGE**

Jeffrey S. Stephens, Esq. (JS9212)
Jeffrey S. Stephens, P.C.
Attorney for Defendant, Hicksville Project, LLC,
sued as Westy Storage Centers
14 Duncan Drive
Greenwich, CT 06831
203-531-5800

**COURTESY COPIES TO:**

Honorable Barbara S. Jones, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 620
500 Pearl Street
New York, New York 10007

Honorable James C. Francis, IV, U.S.M.J.
United States District Court
Southern District of New York
U.S. Courthouse, Room 1960
500 Pearl Street
New York, New York 10007

Dated: New York, New York
August 15, 2008

_____
PETER C. BOBCHIN (PB 6076)

*Easytex Corporation Limited v. Peter & Frank of NY, et al.*
S.D.N.Y., Case No. 07-CV-3907 (BSJ)(JCF)
Our File: TM.1921