UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

EASYTEX CORPORATION LIMITED,

          Plaintiff,

   - against -

PETER & FRANK OF NY, CORP.;
CHUL KYU KIM a/k/a KIM CHUL KYU
a/k/a CHUK CHUL KIM a/k/a ROBERT
CHUL CHULKYOO KIM a/k/a KIM K.
CHUL; BARO SHIPPING CO., LTD.;
TOP TEN TRANS, INC.; GFA, INC.;
3 WIN INC.; MERCURY; AMERICAN
INTERNATIONAL LINE, INC.; SOON
CHAN HONG a/k/a SOON C. HONG
a/k/a SOONCHAN C. HONG a/k/a SOON
CHAN HONG a/k/a CHAN S. HONG a/k/a
CHAN S. HONG a/k/a HONG S. CHAN
a/k/a HONG SOON CHANG d/b/a
SOONCHAN HONG CUSTOM HOUSE
BROKER; STOP & STOR; NEXXON
TRADING, INC.; SOLUTION USA, INC.;
GAVIN FASHION, INC.; KOREA
EXPRESS USA; JKM USA, CORP.;
WESTY STORAGE CENTERS,
jointly and severally;

          Defendants.
-----------------------------------------------------X

Docket No. 07 Civ. 3907

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record;

    Enter my appearance in this case as counsel for Cross-Defendant SOON CHAN

HONG, improperly sued herein as "Soon Chan Hong also known as Soon C. Hong also

known as Soonchan C. Hong also known as Hong Soon Chan also known as Chan S. Hong

doing business as Soonchan Hong Custom House Broker also known as Hong S. Chang.

I certify that I am admitted to practice in this Court.

Dated:  August 15, 2008

COZEN O'CONNOR
Attorneys for Cross-Defendant
SOON CHAN HONG

By: _____
DAVID Y. LOH (DL 0460)
45 Broadway Atrium, Suite 1600
New York, New York  10006-3792
Tel:  (212) 509-9400
Fax:  (212) 509-9492
Email:  dloh@cozen.com
Our file:  221912