UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
EASYTEX CORPORATION LIMITED,  :  Docket No. 07 Civ. 3907 (BSJ)
:
               Plaintiff,  :
:
   - against -  :
:  **AFFIDAVIT OF SERVICE**
PETER & FRANK OF NY, CORP.;  :
CHUL KYU KIM a/k/a KIM CHUL KYU  :
a/k/a CHUK CHUL KIM a/k/a ROBERT  :
CHUL CHULKYOO KIM a/k/a KIM K.  :
CHUL; BARO SHIPPING CO., LTD.;  :
TOP TEN TRANS, INC.; GFA, INC.;  :
3 WIN INC.; MERCURY; AMERICAN  :
INTERNATIONAL LINE, INC.; SOON  :
CHAN HONG a/k/a SOON C. HONG  :
a/k/a SOONCHAN C. HONG a/k/a SOON  :
CHAN HONG a/k/a CHAN S. HONG a/k/a  :
CHAN S. HONG a/k/a HONG S. CHAN  :
a/k/a HONG SOON CHANG d/b/a  :
SOONCHAN HONG CUSTOM HOUSE  :
BROKER; STOP & STOR; NEXXON  :
TRADING, INC.; SOLUTION USA, INC.;  :
GAVIN FASHION, INC.; KOREA  :
EXPRESS USA; JKM USA, CORP.;  :
WESTY STORAGE CENTERS,  :
jointly and severally;  :
:
               Defendants.  :
-----------------------------------------------------X  :

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
) ss:
COUNTY OF NEW YORK  )

Evelyn A. Ortiz, being duly sworn, deposes and says:

      I am not a party to this action, am over 18 years of age, and reside in East Stroudsburg, PA. On August 15, 2008, I served the within Notice of Appearance on behalf

of Cross-Defendant Soon Chan Hong by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to the following counsel at the addresses set forth below:

> The Honorable James C. Francis, IV
> United States Magistrate Judge
> United States Courthouse
> 500 Pearl Street
> New York, New York 10007-1312
>
> Henry P. Gonzalez, Esq.
> Rodriguez O'Donnell Gonzalez & Williams, PC
> 1211 Connecticut Avenue NW – Suite 800
> Washington, D.C. 20036
>
> Carl E. Person, Esq.
> 325 West 45th Street - Suite 201
> New York, New York 10036
>
> Hendrick Vandamme, Esq.
> SafeCo Insurance Company
> 90 Broad Street
> New York, New York 10004 – Suite 2202
>
> Hyun Suk Choi, Esq.
> The Park Law Group, LLC
> 23 South Warren Street – 2nd Floor
> Trenton, New Jersey 08608

Sworn to before me this 15th day of August, 2008.

_____
Notary Public

Evelyn A. Ortiz

KAREN LYON
COMMISSIONER OF DEEDS
CITY OF NEW YORK #5-569
CERTIFICATE FILED IN: NEW YORK COUNTY
COMMISSION EXPIRES 06/01/20 10