SH2_Mot1SJM_Notice_of_Motion.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                                         :   ECF CASE
**EASYTEX CORPORATION LIMITED,**                                         :
                                                                         :   07 CV 3907 (BSJ) (JCF)
                                        **Plaintiff,**                   :
               -against-                                                 :   NOTICE OF MOTION FOR SUMMARY
                                                                         :   JUDGMENT AND OTHER RELIEF BY
**PETER & FRANK OF NY, CORP., CHUL**                                     :   <u>AMERICAN INTERNATIONAL LINE</u>
**KYU KIM a/k/a KIM CHUL KYU a/k/a**                                     :
**CHUK CHUL KIM a/k/a ROBERT CHUL**                                      :
**KIM a/k/a CHUL KYOO KIM a/k/a**                                        :
**CHULKYOO KIM a/k/a KIM K. CHUL,**                                      :
**BARO SHIPPING CO., LTD., TOP TEN**                                     :
**TRANS, INC., GFA, INC., 3 WIN INC.,**                                  :
**MERCURY, AMERICAN INTERNATIONAL**                                      :
**LINE, INC., SOON CHAN HONG a/k/a**                                     :
**SOON C. HONG a/k/a SOONCHAN C.**                                       :
**HONG a/k/a SOON CHAN HONG a/k/a**                                      :
**CHAN S. HONG a/k/a HONG S. CHAN**                                      :
**a/k/a HONG SOON CHANG d/b/a**                                          :
**SOONCHAN HONG CUSTOM HOUSE**                                           :
**BROKER, STOP & STOR, NEXXON**                                          :
**TRADING, INC., SOLUTION USA, INC.,**                                   :
**GAVIN FASHION, INC., KOREA**                                           :
**EXPRESS USA, JKM USA, CORP.,**                                         :
**WESTY STORAGE CENTERS, jointly and severally,**                        :
                                                                         :
                                        **Defendants.**                  :
                                                                         :
-------------------------------------------------------------------------x

   **PLEASE TAKE NOTICE** that upon the annexed declarations of Yoona Choi and Carl E. Person, Rule 56.1 Statement, Memorandum of Law by American International Line, Inc. in Support of Its Motion for Summary Judgment; Posting of a Bond by Plaintiff under Local Civil Rule 54.2; and a Stay of Proceedings Pending Decision on this Motion, and all prior papers and proceedings, the Defendant, **American International Line, Inc.** (hereinafter, "American"), the undersigned attorney will make a motion before the Honorable Barbara S. Jones, United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New

1

York 10007, Courtroom 18B, on the 9th day of September, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order

      (i) pursuant to Rule 56, F.R.Civ.P., granting summary judgment to American, together with attorneys' fees and costs;

      (ii) pursuant to Local Civil Rule 54.2, requiring Plaintiff to post a bond in the amount of $500,000 as security for costs and sanctions that may be awarded to the remaining co-defendants, including American;

      (iii) staying all proceedings in this action until the Plaintiff has posted the bond in the amount to be determined by the Court; and

      (iv) for such other and further relief which the Court deems just and proper.

**Dated:**   **New York, New York**
           **August 21, 2008**

_____
**Carl E. Person   (CP 7637)**
**Attorney for Defendant, American**
  **International Line, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

## CERTIFICATE OF SERVICE

It is hereby certified that on August 21, 2008 a true and correct copy of the foregoing Notice of Motion for Summary Judgment by American International Line was served on the respective attorneys for the Plaintiff and Co-Defendants by causing the same to be delivered by first class mail, postage pre-paid to:

| | |
|---|---|
| Chull S. Park, Esq.    [Pltf]<br>Hyun Suk Choi, Esq.<br>The Park Law Group, LLC<br>23 S. Warren Street - 2nd Floor<br>Trenton NJ  08608 | Jeffrey S. Stephens, Esq. [Westy]<br>Jeffrey S. Stephens, P.C.<br>14 Duncan Drive<br>Greenwich CT  06831 |
| Hendrick Vandamme, Esq.  [Stop&Stor]<br>Patrick Joseph Maloney, Esq.<br>Law Offices of Harvey & Vandamme<br>90 Broad Street – Suite 2202<br>New York NY  10004 | John Cooper Lane, Esq.  [Korea]<br>Law Offices of John C. Lane<br>191 Godwin Avenue<br>Wyckoff NJ 07481 |
| David Yita Loh, Esq. [Hong, incl Hong's CrossCl]<br>Cozen O'Connor<br>45 Broadway Atrium – Suite 1600<br>New York NY  10006 | Peter Caccamo-Bobchin, Esq. [Westy]<br>Law Offices of John C. Lane<br>140 Broadway – 46th Fl. PMB46103<br>New York NY  10005 |
| Henry P. Gonzalez, Esq.  [GFA]<br>Rodriguez O'Donnell Gonzalez & Williams, P.C.<br>1211 Connecticut Avenue, N.W. – Suite 800<br>Washington DC  20036 | |

**Dated:  August 21, 2008**

_____
   **Carl E. Person  (CP 7637)**