SH2_Mot1SJM_Notice_of_Motion.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x

| | |
|---|---|
| EASYTEX CORPORATION LIMITED, | ECF CASE |
| Plaintiff, | 07 CV 3907 (BSJ) (JCF) |
| -against- | NOTICE OF MOTION FOR SUMMARY JUDGMENT AND OTHER RELIEF BY <u>AMERICAN INTERNATIONAL LINE</u> |
| PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG  a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP  & STOR, NEXXON TRADING, INC., SOLUTION USA, INC., GAVIN FASHION, INC., KOREA EXPRESS USA, JKM USA, CORP., WESTY STORAGE CENTERS, jointly and severally, | |
| Defendants. | |

-------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed declarations of Yoona Choi and Carl E. Person, Rule 56.1 Statement, Memorandum of Law by American International Line, Inc. in Support of Its Motion for Summary Judgment; Posting of a Bond by Plaintiff under Local Civil Rule 54.2; and a Stay of Proceedings Pending Decision on this Motion, and all prior papers and proceedings, the Defendant, **American International Line, Inc.** (hereinafter, "American"), the undersigned attorney will make a motion before the Honorable Barbara S. Jones, United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New

1

York 10007, Courtroom 18B, on the 9th day of September, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order

      (i) pursuant to Rule 56, F.R.Civ.P., granting summary judgment to American, together with attorneys' fees and costs;

      (ii) pursuant to Local Civil Rule 54.2, requiring Plaintiff to post a bond in the amount of $500,000 as security for costs and sanctions that may be awarded to the remaining co-defendants, including American;

      (iii) staying all proceedings in this action until the Plaintiff has posted the bond in the amount to be determined by the Court; and

      (iv) for such other and further relief which the Court deems just and proper.

**Dated:**   **New York, New York**
          **August 21, 2008**

*/s/ Carl E. Person*
_____
**Carl E. Person   (CP  7637)**
**Attorney for Defendant, American**
  **International Line, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

## CERTIFICATE OF SERVICE

It is hereby certified that on August 21, 2008 a true and correct copy of the foregoing Notice of Motion for Summary Judgment by American International Line was served on the respective attorneys for the Plaintiff and Co-Defendants by causing the same to be delivered by first class mail, postage pre-paid to:

Chull S. Park, Esq.     [Pltf]
Hyun Suk Choi, Esq.
The Park Law Group, LLC
23 S. Warren Street - 2nd Floor
Trenton NJ   08608

Jeffrey S. Stephens, Esq. [Westy]
Jeffrey S. Stephens, P.C.
14 Duncan Drive
Greenwich CT  06831

Hendrick Vandamme, Esq.  [Stop&Stor]
Patrick Joseph Maloney, Esq.
Law Offices of Harvey & Vandamme
90 Broad Street – Suite 2202
New York NY  10004

John Cooper Lane, Esq.  [Korea]
Law Offices of John C. Lane
191 Godwin Avenue
Wyckoff NJ 07481

David Yita Loh, Esq. [Hong, incl Hong's CrossCl]
Cozen O'Connor
45 Broadway Atrium – Suite 1600
New York NY  10006

Peter Caccamo-Bobchin, Esq. [Westy]
Law Offices of John C. Lane
140 Broadway – 46th Fl. PMB46103
New York NY  10005

Henry P. Gonzalez, Esq.  [GFA]
Rodriguez O'Donnell Gonzalez & Williams, P.C.
1211 Connecticut Avenue, N.W. – Suite 800
Washington DC  20036

**Dated:   August 21, 2008**

_____
**Carl E. Person  (CP 7637)**