# EXHIBIT A

EXHIBIT A

## Chull S. Park

| | |
|---|---|
| **From:** | Carl Person [carlpers@ix.netcom.com] |
| **Sent:** | Wednesday, December 19, 2007 4:58 PM |
| **To:** | Hyun Suk Choi; cpark@theparklawgroup.com; danielklee@hotmail.com; PATMAL@SAFECO.com; Soon Chan Hong |
| **Cc:** | Carl E. Person |
| **Subject:** | Copy of documents being produced by American International Line, Inc. |
| **Attachments:** | 07cv3907_Document_Production_AIL0001_thru_AIL0151.pdf |

Attached is a copy of the documents being produced by my client, American International Line, Inc. pursuant to the Plaintiff's document request.

Carl E. Person