# EXHIBIT B

**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>                 Plaintiff,<br><br>      v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>                 Defendants. | Civil Action No. 07-CV-03907 (BSJ) (JCF)<br><br>**NOTICE OF DEPOSITION** |

TO:    Carl E. Person, Esq.
           Attorneys for Defendants
           American International Line, Inc. and Mercury
           325 W. 45th Street – Suite 201
           New York, New York 10036

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiff Easytex Corporation Limited will take the deposition upon oral examination of a representative of Defendant American International Line, Inc. and Mercury at your office on February 26, 2008 at 10:00 A.M. The deposition shall be recorded by stenographic means.

Dated: January 22, 2008

                                                          THE PARK LAW GROUP, LLC
                                                          Attorneys for Plaintiff Easytex Corporation Limited
                                                          By: _____
                                                               Chull S. Park, Esq. (CP2061)

**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street, 2nd Floor
Trenton, New Jersey 08608

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, jointly and severally,<br><br>Defendants. | Civil Action No. 07-CV-03907 (BSJ) (JCF)<br><br>CERTIFICATION OF SERVICE |

I, Chull S. Park, hereby certify that the Notice of Deposition of Defendants American International Line, Inc. and Mercury is being served upon all counsel of record and *Pro se* party on the attached service list by regular mail within the time set forth in the court rules.

By: _____
Chull S. Park, Esq. (CP2061)

Dated: January 22, 2008

8803

<u>Easytex Corporation Limited v. Peter & Frank of NY, Corp., et al.,</u>
Civil Action No. 07-cv-03907 (BSJ) (JCF)
1043.001

### SERVICE LIST

**Counsel for Defendants:**

1.  Carl E. Person, Esq.
    **Attorneys for Defendants**
    **American International Line, Inc.**
    **and Mercury**
    325 W. 45th Street – Suite 201
    New York, New York 10036
    *Tel.:* 212.307.4444
    *Fax.:* 212.307.0247
    *Email:* carlpers@ix.netcom.com

2.  Patrick J. Maloney, Esq.
    Law Offices of Patrick J. Maloney
    **Attorneys for Defendant**
    **Stop & Stor**
    90 Broad Street, Suite 2202
    New York, New York 10004
    *Tel.:* 646.428.2650
    *Fax.:* 800.730.5705
    *Email:* patmal@safeco.com

3.  Daniel S. Lee, Esq.
    Rodriguez O'Donnell Gonzalez &
    Williams, P.C.
    **Attorneys for Defendants**
    **GFA, Inc. and Top Ten Trans, Inc.**
    1211 Connecticut Avenue, N.W.
    Suite 800
    Washington, D.C. 20036
    *Tel.:* 202.973.2992
    *Fax:* 202.293.3307
    *Email:* dlee@rorlaw.com

**Pro se Defendant:**

1.  Mr. Soon Chan Hong
    161-15 Rockaway Boulevard
    Suite 209
    Jamaica, New York 11434
    *Tel.:* 718.978.1172
    *Cell:* 718.578.8677
    *Fax:* 718.978.1171
    *Email:* schong527@hotmail.com