# EXHIBIT C

## Chull S. Park

| | |
|---|---|
| **From:** | Carl E. Person [carlpers@ix.netcom.com] |
| **Sent:** | Friday, February 15, 2008 1:13 PM |
| **To:** | Chull S. Park; Hyun Suk Choi; Carl E. Person; Patrick J. Maloney; Henry P. Gonzalez / SH2 |
| **Cc:** | Carl E. Person |
| **Subject:** | SPAM-LOW: Easytex v Peter & Frank of NY, SDNY 07 cv 3907 (BSJ) - Deposition Date of 2/26 Needs Change |

[Def't Soon Chan Hong, Pro Se - by fax to **718-978-1172**]

Please be advised that the date of 2/26/08 for the deposition of defendant **American International Line Inc.** does not work.

Please suggest alternative dates.

Thank you.

**Carl E. Person**
**Tel: 212-307-4444**
**Fax: 212-307-0247**

9/2/2008