# EXHIBIT D

## Chull S. Park

| | |
|---|---|
| **From:** | Carl E. Person [carlpers@ix.netcom.com] |
| **Sent:** | Friday, April 11, 2008 1:46 PM |
| **To:** | Hyun Suk Choi; Chull Soon Park / SH2 |
| **Cc:** | Carl E. Person; Henry P. Gonzalez / SH2; Hendrick Vandamme / SH2; Patrick Joseph Maloney / SH2 |
| **Subject:** | Re: Easytex Corporation Limited v. Peter & Frank of NY, Corp., et al., Case No. 07-CV-03907 (BSJ)(JCF) |

My client does not consent to amending the complaint to include additional defendants. Can you just file a complaint against the new defendants and call it a related case. My client is a small company and your expansion of the case with more defendants and more discovery and more time at trial is a cost they can't handle.
Carl E. Person

> ----- Original Message -----
> **From:** Hyun Suk Choi
> **To:** CarlPers@ix.netcom.com ; gonzalez@rorlaw.com ; schong527@hotmail.com
> **Sent:** Friday, April 11, 2008 9:25 AM
> **Subject:** Easytex Corporation Limited v. Peter & Frank of NY, Corp., et al., Case No. 07-CV-03907 (BSJ)(JCF)
>
> Dear Gentlemen:
>
> As a reminder, I will appreciate it if you execute the Stipulation we sent to you yesterday and fax a copy of the executed Stipulation to our office by today.
> Thanks for your anticipated cooperation.
>
> Regards,
>
> Hyun Choi
> **The Park Law Group, LLC**
> 23 S. Warren Street, 2nd Floor
> Trenton, New Jersey 08608
> Tel.: 609.396.2800
> Fax.: 609.396.2801
> www.theparklawgroup.com
>
> Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, or an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.
>
> **IRS Circular 230 Disclaimer:** To ensure compliance with IRS Circular 230, any U.S. federal tax advice provided in this communication is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer (i) for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or (ii) in promoting, marketing or recommending to another party a partnership or other entity, investment plan, arrangement or other transaction addressed herein.

9/2/2008