# EXHIBIT E

# The Park Law Group, LLC

theparklawgroup.com

NJ Office: 23 S. Warren Street, 2nd Floor ■ Trenton, New Jersey 08608 ■ Voice: 609.396.2800 ■ Fax: 609.396.2801
PA Office: 5126 N. 5th Street ■ Philadelphia, Pennsylvania 19120 ■ Voice: 215.329.0999 ■ Fax: 215.329.0900

PLEASE REPLY TO THE NEW JERSEY OFFICE

May 21, 2008

**VIA FACSIMILE ONLY: 212.307.0247**
Carl E. Person, Esq.
325 W. 45th Street – Suite 201
New York, New York 10036

Re: **Easytex Corporation Limited v. Peter & Frank of NY, Corp., et al.,**
**ECF Case No. 07-CV-03907 (BSJ) (JCF)**
**United States District Court, Southern District of New York**

Dear Mr. Person:

I write to request the availability of the following representatives of Defendant American International Line, Inc./Mercury for depositions for a date between June 2, 2008 through June 6, 2008:

1. Ms. Yoona Choi, Assistant Operation Manager; and

2. Mr. Benjamin Yoon, Regional Directing Manager.

Please contact Mr. Hyun Suk Choi or me regarding your clients' response to the proposed deposition dates.

Very truly yours,

Chull S. Park

CSP/SSP/ssp
File No. 1043.001
cc:   All counsel on attached service list (via facsimile only)

11066_3