# EXHIBIT F

## Chull S. Park

| | |
|---|---|
| **From:** | Carl E. Person [carlpers@ix.netcom.com] |
| **Sent:** | Thursday, May 29, 2008 10:47 PM |
| **To:** | Chull Soon Park / SH2 |
| **Cc:** | Carl E. Person |
| **Subject:** | SH2: On trial week of 6/2 - require different dates for depositions |

In response to your letter dated 5/21/08, please be advised that I am on trial the week of 6/2 and need to have different dates for the depositions of Yoona Choi and Benjamin Yoon.

Carl E. Person
212-307-4444