# EXHIBIT G

# Hyun Suk Choi

| | |
|---|---|
| **From:** | Chull S. Park [cpark@theparklawgroup.com] |
| **Sent:** | Friday, May 30, 2008 12:14 PM |
| **To:** | 'Carl E. Person' |
| **Cc:** | 'Hyun Suk Choi'; 'Sang Park' |
| **Subject:** | RE: SH2: On trial week of 6/2 - require different dates for depositions |

Dear Mr. Person,

Thank you for your response. In order to plan this more efficiently, please provide possible dates when you, Ms. Choi and Mr. Yoon would be available in the month of June for depositions.

If you have any questions, please do not hesitate to contact me.

Very truly yours,
Chull S. Park

**The Park Law Group, LLC**
23 S. Warren Street, 2nd Floor
Trenton, New Jersey 08608
Tel.: 609.396.2800
Fax.: 609.396.2801
www.theparklawgroup.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, or an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

IRS Circular 230 Disclaimer: To ensure compliance with IRS Circular 230, any U.S. federal tax advice provided in this communication is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer (i) for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or (ii) in promoting, marketing or recommending to another party a partnership or other entity, investment plan, arrangement or other transaction addressed herein.

**From:** Carl E. Person [mailto:carlpers@ix.netcom.com]
**Sent:** Thursday, May 29, 2008 10:47 PM
**To:** Chull Soon Park / SH2
**Cc:** Carl E. Person
**Subject:** SH2: On trial week of 6/2 - require different dates for depositions

In response to your letter dated 5/21/08, please be advised that I am on trial the week of 6/2 and need to have different dates for the depositions of Yoona Choi and Benjamin Yoon.

Carl E. Person
212-307-4444

9/4/2008