# EXHIBIT H

Case 1:07-cv-03907-BSJ-JCF   Document 111-9   Filed 09/04/2008   Page 1 of 2

# The Park Law Group, LLC

theparklawgroup.com

NJ Office: 23 S. Warren Street, 2nd Floor ■ Trenton, New Jersey 08608 ■ Voice: 609.396.2800 ■ Fax: 609.396.2801
PA Office: 5126 N. 5th Street ■ Philadelphia, Pennsylvania 19120 ■ Voice: 215.329.0999 ■ Fax: 215.329.0900

PLEASE REPLY TO THE NEW JERSEY OFFICE

July 30, 2008

**VIA FACSIMILE ONLY**
Carl E. Person, Esq.
325 W. 45th Street – Suite 201
New York, New York 10036

Re: **Easytex Corporation Limited v. Peter & Frank of NY, Corp., et al.,
ECF Case No. 07-CV-03907 (BSJ) (JCF)
United States District Court, Southern District of New York**

Dear Mr. Person:

I write again to request the availability of the following representatives of Defendant American International Line, Inc./Mercury for depositions as soon as possible:

1. Ms. Yoona Choi, Assistant Operation Manager; and

2. Mr. Benjamin Yoon, Regional Directing Manager.

We propose two dates within the week of August 18 through August 22, 2008.

Please contact Mr. Hyun Suk Choi or me regarding your clients' response to the proposed deposition dates.

Very truly yours,

Chull S. Park

CSP/csp
File No. 1043.001

cc: All counsel on attached service list (via facsimile only)

12259_2