# EXHIBIT I

# Hyun Suk Choi

| | |
|---|---|
| **From:** | Hyun Suk Choi [hchoi@theparklawgroup.com] |
| **Sent:** | Tuesday, August 05, 2008 1:03 PM |
| **To:** | 'CarlPers@ix.netcom.com' |
| **Cc:** | 'henvan@safeco.com'; 'gonzalez@rorlaw.com'; 'dloh@cozen.com'; 'jeff@jsspc.com'; 'law@jclane.com' |
| **Subject:** | Easytex Corporation Limited v. Peter & Frank of NY, et al (1043.001) |

Dear Mr. Person:

We previously sent you letters to request the availability of Ms. Yoona Choi and Mr. Benjamin Yoon for depositions within the week of August 18 through August 22, 2008.
However, we have not yet heard from you.
Please advise us the availability of Ms. Choi and Mr. Yoon as soon as possible.
As you know, the discovery end date is August 29, 2008, and we sent deposition notice to you early this year.

In addition, please also advise us the availability of Mr. Jin Sung of AIL during the above-stated period.

Thank you for your expected cooperation.

Regards,

Hyun Choi

**The Park Law Group, LLC**
23 S. Warren Street, 2nd Floor
Trenton, New Jersey 08608
Tel.: 609.396.2800
Fax.: 609.396.2801
www.theparklawgroup.com

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, or an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**IRS Circular 230 Disclaimer:** To ensure compliance with IRS Circular 230, any U.S. federal tax advice provided in this communication is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer (i) for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer, or (ii) in promoting, marketing or recommending to another party a partnership or other entity, investment plan, arrangement or other transaction addressed herein.