# EXHIBIT J

**Hyun Suk Choi**

| | |
|---|---|
| **From:** | Carl E. Person [carlpers@ix.netcom.com] |
| **Sent:** | Tuesday, August 26, 2008 6:02 AM |
| **To:** | gonzalez@rorfgw.com; dloh@cozen.com; henvan@safeco.com; patmal@safeco.com; jclane@jclane.com; pcbobchin@jclane.com; jss50@mail.com; Carl E. Person; cpark@theparklawgroup.com; hchoi@theparklawgroup.com |
| **Cc:** | Carl E. Person |
| **Subject:** | SH2: PLEASE TAKE NOTICE that the Deposition Date of 8/28/08 for American's witnesses Needs to be Rescheduled |

**Wednesday's 8/28/08 noticed deposition for two American International Line, Inc.'s witnesses must be rescheduled.**

The recent flurry of additional defendants and pleadings has made it impossible to prepare for the deposition(s).

Also, American International Line, Inc. has moved for a stay of discovery as well as for a summary judgment dismissing the action against American International Line, Inc.

A third-party deposition can be taken after grant of summary judgment, assuming of course that it is granted.

Carl E. Person
Attorney for American International Line, Inc., d/b/a Mercury

Tel: 212-307-4444
email: carlpers@ix.netcom.com