# EXHIBIT K

# The Park Law Group, LLC

theparklawgroup.com

NJ Office: 23 S. Warren Street, 2nd Floor ■ Trenton, New Jersey 08608 ■ Voice: 609.396.2800 ■ Fax: 609.396.2801
PA Office: 5126 N. 5th Street ■ Philadelphia, Pennsylvania 19120 ■ Voice: 215.329.0999 ■ Fax: 215.329.0900

PLEASE REPLY TO THE NEW JERSEY OFFICE

August 28, 2008

<u>VIA FACSIMILE ONLY: 212.307.0247</u>
Carl E. Person, Esq.
325 W. 45th Street – Suite 201
New York, New York 10036

Re: <u>Easytex Corporation Limited v. Peter & Frank of NY, Corp., et al.,
ECF Case No. 07-CV-03907 (BSJ) (JCF)
United States District Court, Southern District of New York</u>

Dear Mr. Person:

We represent Easytex Corporation Limited ("Easytex") in the above-referenced action. Pursuant to our previous correspondence to you, I write again to you regarding the deposition of the representatives of Defendant American International Line, Inc./Mercury ("AIL").

I received your email, dated August 26, 2008, where you indicated that "a third-party deposition can be taken after grant of summary judgment." While I understand your position in terms of AIL's desired adjournment of the pending depositions of its representatives due to the pending motion of AIL, the Court has ordered that discovery should be completed by October 31, 2008 in accordance with the Court's Order, dated August 11, 2008. As you are fully aware, since January of 2008, we have made numerous requests to you regarding proposed dates for the deposition of the representatives of AIL. However, you either requested an adjournment due to your time conflict or did not respond to our requests at all. Therefore, I propose the following schedule of depositions of the representatives of AIL:

1. Wednesday, September 24, 2008 for Ms. Yoona Choi, Assistant Operation Manager;
2. Thursday, September 25, 2008 for Mr. Benjamin Yoon, Regional Directing Manager; and
3. Friday, September 26, 2008 for Mr. Jin Sung.

I propose that all the above depositions be conducted from 10:00 am at your office. Please let us know whether the above individuals need a Korean interpreter for their depositions. Unless I hear otherwise from you, we will proceed to depose the above individuals according to the schedule stated above.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Hyun Suk Choi

HSC/hsc
File No. 1043.001
cc: All counsel except Mr. Jeffrey Stephens on attached service list (via facsimile only)
cc: Mr. Jeffrey Stephens (via electronic mail only)

12531_3