# EXHIBIT L

# AMERICAN INTERNATIONAL LINE, INC.

147-38 182ND STREET, JAMAICA, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: ail@ailnyc.com

## PICK-UP & DELIVERY INSTRUCTION

*REVISED DELIVERY DATE & TIME

| To Trucking Co. | | Date | By |
|---|---|---|---|
| DAYBREAK FAST FREIGHT, INC.<br>500 AVENUE, P<br>NEWARK, NJ 07105-4802<br>TEL: 973-589-5931<br>FAX: 973-589-3762<br>RICHY | QUOTE<br># 395 + 161-<br>PER RICHY | 11/21/2007 | Yoona |
| | | Commodity | Total Pkgs. |
| | | JEANS | |
| Pick-Up At : | | Pick-Up Ref. No. | Pick-Up Contact |
| AMERICAN INT'L LINE, INC.<br>147-38 182ND STREET<br>JAMAICA, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | | SUNNY/JEANS | BENJAMIN |
| | | Pick-Up Date/Time | |
| | | WED. 11/21/2007 1-5PM | |
| Deliver To : | | Delivery Ref. No. | Delivery Contact |
| MALLAH BROTHER<br>303 INKSTER ROAD<br>INKSTER, MI 48141<br>MAHMMOUD/SUNNY<br>TEL :313-357-8270   FAX :212-779-2409 | | SUNNY/JEANS/MALLAH | MAHMMOUD/SUNNY |
| | | Delivery Date/Time | |
| | | ~~WED~~ MON. 11/26/07 9AM-4PM | |
| Bill To : | | Billing Reference No. | Carrier |
| AMERICAN INT'L LINE, INC.<br>147-38 182ND STREET<br>JAMAICA, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | | | |
| | | MBL No / MAWB No | VSL & VOY No / Flt No |
| | | | |
| | | HBL No / HAWB No | |
| | | | |
| | | Port of Discharge | E.T.A |
| | | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 107 CTNS | 5136 LBS | |

ON 5 PLTS
( 48" x 45" x 65" x 4 PLTS
( 48" x 45" x 50" x 1 PLT

5 SKIDS
T. JEANS

SPECIAL INSTRUCTION :

AIL 0072

# AMERICAN INTERNATIONAL LINE, INC.

147-38 182ND STREET, JAMAICA, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: ail@ailnyc.com

## PICK-UP & DELIVERY INSTRUCTION

2/2

| To Trucking Co. | Date | By |
|---|---|---|
| S.M.T.C.<br>188-04 64TH AVE., APT#12D<br>FRESH MEADOWS, NY 11365<br>TEL: 347-922-1777<br>FAX: 718-454-6154<br>MR.YOU | 09/13/2007 | Yoona |
| | Commodity | Total Pkgs. |
| | JEAN | |
| Pick-Up At:<br>KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. PAUL HAN/JOSHUA<br>TEL :201-643-1048  FAX :201-865-1706<br>Han CP#201-600-4161 | Pick-Up Ref. No.<br>BALANCE CTNS:ABOUT 100 | Pick-Up Contact<br>MR. PAUL HAN/JOSHUA |
| | Pick-Up Date/Time<br>THURS. 09/13/07 | |
| Deliver To :<br>AMERICAN INT'L LINE, INC.<br>147-38 182ND STREET<br>JAMAICA, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060  FAX :718-995-7065<br>benjamin@ailnyc.com | Delivery Ref. No.<br>PETER FRANK | Delivery Contact<br>YOONA |
| | Delivery Date/Time<br>ASAP | |
| Bill To :<br>AMERICAN INT'L LINE, INC.<br>147-38 182ND STREET<br>JAMAICA, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060  FAX :718-995-7065<br>benjamin@ailnyc.com | Billing Reference No. | Carrier |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | HBL No / HAWB No | |
| | Port of Discharge | E.T.A |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 9/13/07 | | ABOUT 100 CTN | | |

1 PM

SPECIAL INSTRUCTION :

AIL 0145

3/2007 15:41 FAX  1-718-995-7065      AIL-TMMAA/NEW YORK/USA                    ☐001/001

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: ail@ailnyc.com

## PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| Z. GLOBAL  718-995-8198 | 06/13/2007 | YOONA CHOI |
| | Commodity | Total Pkgs. |
| | JEAN | 250 CTNS |

| Pick-Up At: | Pick-Up Ref. No. | Pick-Up Contact |
|---|---|---|
| KOREA EXPRESS U.S.A. INC.  Joshua | AIL/125CTNS | MR. PAUL HAN/JOSHUA |
| 901 CASTLE ROAD | Pick-Up Date/Time | |
| SECAUCUS, NJ 07094 | | |
| MR. PAUL HAN/JOSHUA | 06/13/07 | |
| TEL:201-643-1054  FAX:201-865-1706 | | |
| 863-831W / 830B / 5036 | | |

| Deliver To: | Delivery Ref. No. | Delivery Contact |
|---|---|---|
| SOLUTION/ACTUAL WHSE | AIL/125CTNS | |
| 114-02 15TH AVE. | | |
| COLLEGE POINT, NY 11356 | Delivery Date/Time | |
| JOHN | | |
| TEL 646-407-2199 | 6/14 THURS 10 AM | |

| Bill To: | Billing Reference No. | Carrier |
|---|---|---|
| AMERICAN INT'L LINE, INC./NYC | MCN00675 | |
| 230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 | | |
| SPRINGFIELD GARDENS, NY 11413 | MBL No / MAWB No | VSL & VOY No / Flt No |
| MR. BENJAMIN YOON | | |
| TEL:718-995-7060  FAX:718-995-7065 | KOREA EXPRESS/250CTN | |
| benjamin@ailnyc.com | | |

| Container No.: | HBL No / HAWB No | |
|---|---|---|
| | SOLUTION WHSE | |
| | Port of Discharge | E.T.A  06/13/2007 |
| | Place of Delivery | E.T.A |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| P/up | WED. 6/13  (F) Skid | 250 CTNS | 0 KGS  0 LBS  6650LB | 0 CBM  0 CFT |

4:30PM ~ 5PM. P/up

Received 125 Boxes
One Hundred Twenty five

SPECIAL INSTRUCTION:
973-405-6744

AIL 0074