# EXHIBIT O

| MERCURY LINE, INC. | DATE | OUR REF NO |
|---|---|---|
| 230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SRINGFIELD GARDENS, NY 11413 718-995-7060 | 09/25/2006 | OIN00996 |

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS:

# DELIVERY ORDER

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HD/NYC | | MANILA,PHILIPPINES |

| B/L OR AWB NO. | ARR./DEPT. DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| HDMUBUWB4070676 | 09/19/2006 | | 3 WIN INC. |

| | HOUSE NO. | ENTRY-B/L NO. | CUST.REF.NO |
|---|---|---|---|
| HDMU6076113/40' HC/147348 | BARONYC06081357 | V1461585138 | |

| FOR DELIVERY TO | ROUTE |
|---|---|
| MR. KIM - STORAGE 29-00 REVIEW AVE. LONG ISLAND CITY NY MR. KIM'S CP TEL :201-218-0360 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 869 CTNS 40' HC x 1 | 100% COTTON MEN'S WOVEN PANTS | 19577.00 KGS 43159.45 LBS | |

ORIGINAL DELIVERY ORDER

**INLAND FREIGHT**

| PREPAID / COLLECT |
|---|
| COLLECT |

Received in Good Order
By :

PER:   Yoona

ORIGINAL DELIVERY ORDER

**DELIVERY CLERK:  DELIVER TO CARRIER SHOWN ABOVE**

AIL 0005

| MERCURY              . LINE, INC.<br>230-59 INT'L AIRPORT CENTER BLVD.,<br>SUITE 281<br>SRINGFIELD GARDENS, NY 11413<br>718-995-7060 | DATE | OUR REF NO. |
|---|---|---|
| | 09/25/2006 | OIN00997 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

# DELIVERY ORDER

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HD/NYC | | MANILA,PHILIPPINES |

| B/L OR AWB NO | ARR./DEPT. DATE | FREE TIME EXP | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| HDMUBUWB4070677 | 09/19/2006 | | 3 WIN INC. |

| | HOUSE NO. | ENTRY-B/L NO | CUST.REF NO. |
|---|---|---|---|
| HDMU6345866/40' HC/305975 | BARONYC06081358 | V1461585138 | |

| FOR DELIVERY TO | ROUTE |
|---|---|
| 29-00 REVIEW AVE.<br>LONG ISLAND CITY, NY<br>CP#201-218-0360 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 873 CTNS<br>40' HC x 1 | 100% COTTON MEN'S WOVEN PANTS | 18866.70 KGS<br>41593.53 LBS | |

ORIGINAL DELIVERY ORDER

**INLAND FREIGHT** ➡  | PREPAID / COLLECT<br>**COLLECT** |

Received in Good Order
By :

| PER:   Yoona |
|---|

ORIGINAL DELIVERY ORDER

**DELIVERY CLERK:  DELIVER
TO CARRIER SHOWN ABOVE**

| MERCURY          LINE, INC. | DATE | OUR REF NO |
|---|---|---|
| 230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SRINGFIELD GARDENS, NY 11413 718-995-7060 | 09/25/2006 | OIN00998 |

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS:

# DELIVERY ORDER

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HD/NYC | | MANILA,PHILIPPINES |

| B/L OR AWB NO. | ARR /DEPT. DATE | FREE TIME EXP | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| HDMUBUWB4070678 | 09/19/2006 | | 3 WIN INC. |

| HDMU6189207/40' HC/306077 | HOUSE NO. BARONYC06081359 | ENTRY-B/L NO. V1461585138 | CUST REF.NO |
|---|---|---|---|

| FOR DELIVERY TO | ROUTE |
|---|---|
| MR. KIM - STORAGE 29-00 REVIEW AVE. LONG ISLAND CITY NY MR. KIM'S CP TEL :201-218-0360 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 804 CTNS 40' HC x 1 | 100% COTTON MEN'S WOVEN PANTS | 16884.00 KGS 37222.47 LBS | |

ORIGINAL DELIVERY ORDER

**INLAND FREIGHT** ⇄

| PREPAID / COLLECT |
|---|
| COLLECT |

Received in Good Order
By :

| PER:   Yoona |
|---|

ORIGINAL DELIVERY ORDER

**DELIVERY CLERK:  DELIVER TO CARRIER SHOWN ABOVE**

AIL 0029

```
, MERCURY          LINE, INC.
230-59 INT'L AIRPORT CENTER BLVD.,
SUITE 281
SRINGFIELD GARDENS, NY 11413
718-995-7060
```

| DATE | OUR REF NO |
|------|------------|
| 09/25/2006 | OIN01006 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

# DELIVERY ORDER

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---------|----------|-------------------------|
| HD/NYC | | MANILA, PHILIPPINES |

| B/L OR AWB NO | ARR /DEPT. DATE | FREE TIME EXP | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---------------|-----------------|---------------|-----------------------------------------------------------|
| HDMUBUWB4071262 | 09/21/2006 | | 3 WIN INC. |

| | HOUSE NO | ENTRY-B/L NO | CUST REF NO |
|---|----------|--------------|-------------|
| HDMU6454384/40' HC/159499 | BARONYC06081362 | V1461586888 | |

| FOR DELIVERY TO | ROUTE |
|-----------------|-------|
| MR. KIM - STORAGE<br>29-00 REVIEW AVE.<br>LONG ISLAND CITY<br>NY<br>MR. KIM'S CP<br>TEL :201-218-0360 | |

| NO. OF PKGS | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|-------------|------------------------------------------------------|--------|------------|
| 899 CTNS<br>40' HC x 1 | 100% COTTON MEN'S WOVEN PANTS | 21178.00 KGS<br>46689.02 LBS | |

ORIGINAL DELIVERY ORDER

**INLAND FREIGHT** →

| PREPAID / COLLECT |
|-------------------|
| COLLECT |

Received in Good Order
By :

PER:   Yoona

ORIGINAL DELIVERY ORDER

**DELIVERY CLERK:  DELIVER
TO CARRIER SHOWN ABOVE**

AIL 0038

| MERCURY          . LINE, INC.<br>230-59 INT'L AIRPORT CENTER BLVD.,<br>SUITE 281<br>SRINGFIELD GARDENS, NY 11413<br>718-995-7060 | DATE<br>09/25/2006 | OUR REF NO<br>OIN01007 |
|---|---|---|

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

# DELIVERY ORDER

| CARRIER<br>HD/NYC | LOCATION | ORIGIN/DESTINATION PORT<br>MANILA,PHILIPPINES |
|---|---|---|
| B/L OR AWB NO<br>HDMUBUWB4071263 | ARR /DEPT DATE<br>09/21/2006 | FREE TIME EXP | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO)<br>3 WIN INC. |

| HDMU6454358/40' HC/159536 | HOUSE NO.<br>BARONYC06081363 | ENTRY-B/L NO<br>V1461586888 | CUST REF NO |
|---|---|---|---|

| FOR DELIVERY TO | ROUTE |
|---|---|
| MR. KIM - STORAGE<br>29-00 REVIEW AVE.<br>LONG ISLAND CITY<br>NY<br>MR. KIM'S CP<br>TEL :201-218-0360 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 965 CTNS<br>40' HC x 1 | 100% COTTON MEN'S WOVEN PANTS | 20645.00 KGS<br>45513.97 LBS | |

ORIGINAL DELIVERY ORDER

**INLAND FREIGHT** ➡

| PREPAID / COLLECT<br>COLLECT |
|---|

Received in Good Order
By :

| PER·  Yoona |
|---|

**DELIVERY CLERK:  DELIVER
TO CARRIER SHOWN ABOVE**

ORIGINAL DELIVERY ORDER

AIL 0048

| | DATE | OUR REF NO |
|---|---|---|
| | 09/25/2006 | OIN01004 |

MERCURY          LINE, INC.
230-59 INT'L AIRPORT CENTER BLVD.,
SUITE 281
SRINGFIELD GARDENS, NY 11413
718-995-7060

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

# DELIVERY ORDER

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HD/NYC | | MANILA,PHILIPPINES |

| B/L OR AWB NO | ARR /DEPT DATE | FREE TIME EXP | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| HDMUBUWB4071257 | 09/21/2006 | | 3 WIN INC. |

| HDMU6454390/40' HC/159584 | HOUSE NO | ENTRY-B/L NO | CUST REF NO |
|---|---|---|---|
| | BARONYC06081361 | V1461586888 | |

| FOR DELIVERY TO | ROUTE |
|---|---|
| MR. KIM - STORAGE<br>29-00 REVIEW AVE.<br>LONG ISLAND CITY<br>NY<br>MR. KIM'S CP<br>TEL :201-218-0360 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 920 CTNS<br>40' HC x 1 | 100% COTTON MEN'S WOVEN PANTS | 19738.00 KGS<br>43514.39 LBS | |

ORIGINAL DELIVERY ORDER

**INLAND FREIGHT**  →

| PREPAID / COLLECT |
|---|
| COLLECT |

Received in Good Order
By :

| PER: Yoona |
|---|

ORIGINAL DELIVERY ORDER

**DELIVERY CLERK:  DELIVER
TO CARRIER SHOWN ABOVE**

AIL 0058

| MERCURY          LINE, INC.<br>230-59 INT'L AIRPORT CENTER BLVD.,<br>SUITE 281<br>SRINGFIELD GARDENS, NY 11413<br>718-995-7060 | DATE | OUR REF NO |
|---|---|---|
| | 09/25/2006 | OIN01005 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND/OR FORWARDED
AS FOLLOWS:

# DELIVERY ORDER

| CARRIER | LOCATION | ORIGIN/DESTINATION PORT |
|---|---|---|
| HD/NYC | | MANILA,PHILIPPINES |

| B/L OR AWB NO | ARR /DEPT. DATE | FREE TIME EXP | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| HDMUBUWB4071256 | 09/21/2006 | | 3 WIN INC. |

| | HOUSE NO. | ENTRY-B/L NO. | CUST REF NO. |
|---|---|---|---|
| HDMU6369277/40' HC/147353 | BARONYC06081360 | V1461586888 | |

| FOR DELIVERY TO | ROUTE |
|---|---|
| MR. KIM - STORAGE<br>29-00 REVIEW AVE.<br>LONG ISLAND CITY<br>NY<br>MR. KIM'S CP<br>TEL :201-218-0360 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 793 CTNS<br>40' HC x 1 | 100% COTTON MEN'S WOVEN PANTS | 17045.00 KGS<br>37577.41 LBS | |

ORIGINAL DELIVERY ORDER

**INLAND FREIGHT**

| PREPAID / COLLECT |
|---|
| COLLECT |

Received in Good Order
By : _____

| PER:    Yoona |
|---|

ORIGINAL DELIVERY ORDER

**DELIVERY CLERK:  DELIVER
TO CARRIER SHOWN ABOVE**

04/11/2007 17:05 FAX  1+718+995+7065 ~    AIL-12 MAA/NEW YORK/USA                              ✗001/001

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: all@ailnyc.com

*Revised*

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co.<br>3 WIN INC.<br>147-29 183RD STREET, SUITE# 201<br>JAMAICA, NY 11413<br>TEL: 718-656-8760<br>FAX:718-656-8764<br>MIKE          *430* | Date<br>04/10/2007 | By<br>Yoona |
|---|---|---|
| | Commodity<br>JEANS/450CTNS | Total Pkgs. |
| Pick-Up At :<br>KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. PAUL HAN<br>TEL :201-643-1034   FAX :201-863-5930 | Pick-Up Ref. No.<br>AIL/450CTNS | Pick-Up Contact<br>MR. PAUL HAN OR<br>JOSHUA |
| | Pick-Up Date/Time<br>*4/12/07  THURS   11 AM* | |
| Deliver To :  *WESTY STORAGE*<br>*866-1706*<br>*65 WEST JOHN ST.*<br>*HICKSVILLE, NY 11801*<br>.MIKE    OR MARIO   *(516) 433 - 5500*<br>TEL :646-288-8878 | Delivery Ref. No.<br>AIL/450.CTNS. | Delivery Contact<br>MIKE |
| | Delivery Date/Time<br>*4/12/07  THURS   3 PM* | |
| Bill To :<br>AMERICAN INT'L LINE, INC./NYC<br>230-59  INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | Billing Reference No. | Carrier |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | HBL No / HAWB No | |
| | Port of Discharge | E.T.A. |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 450 CTNS  /  *B.C.D.* | | |

*KOREA EXPRESS LIST*

*4/11/07 WED*
*3 WIN — 40' EMPTY DROP AT KOREA EXPRESS*

*TTNU5649876*

SPECIAL INSTRUCTION :

AIL 0077

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: all@ailnyc.com

*Revised*

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | | Date | By |
|---|---|---|---|
| 3 WIN INC.<br>147-29 183RD STREET, SUITE# 201<br>JAMAICA, NY 11413<br>TEL: 718-656-8760<br>FAX:718-656-8764<br>MIKE    ALL-IN-8 USD | | 04/10/2007 | Yoona |
| | | Commodity | Total Pkgs. |
| | | JEANS/450CTNS | |
| **Pick-Up At :** | | Pick-Up Ref. No. | Pick-Up Contact |
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. PAUL HAN<br>TEL :201-643-1034    FAX :201-863-5036 | | AIL/450CTNS | MR. PAUL HAN OR<br>JOSHUA |
| | | Pick-Up Date/Time<br>4/12/07  THURS,  11 AM | |
| **Deliver To :**  WESTY STORAGE<br>65 WEST JOHN ST.<br>HICKSVILLE, NY 11801<br>MIKE   OR MARIO   (516) 433 - 5500<br>TEL :646-288-8878 | | Delivery Ref. No.<br>AIL/450 CTNS | Delivery Contact<br>MIKE |
| | | Delivery Date/Time<br>4/12/07  THURS  3 PM | |
| **Bill To :** | | Billing Reference No. | Carrier |
| AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | | | |
| | | MBL No / MAWB No | VSL & VOY No / Flt No |
| | | HBL No / HAWB No | |
| | | Port of Discharge | E.T.A |
| | | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 450 CTNS / B.C.D.<br>KOREA EXPRESS LIST | | |

4/11/07 WED
3 WIN - 40' EMPTY PREP AT KOREA EXPRESS

SPECIAL INSTRUCTION :

04/24/2007 12:33 FAX 1+718+995+7065    AIL-TMMAA/NEW YORK/USA    @001/003

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060 FAX: 718-995-7065
EMAIL: all@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| 3 WIN INC.<br>147-29 183RD STREET, SUITE# 201<br>JAMAICA, NY 11413<br>JAY<br>TEL :718-658-8760    FAX :718-656-8764 | 04/24/2007 | YOONA CHOI |
| | Commodity | Total Pkgs. |
| | JEAN | 723 CTNS |
| Pick-Up At : | Pick-Up Ref. No. | Pick-Up Contact |
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. PAUL HAN/JOSHUA<br>TEL :201-643-1054    FAX :201-865-1706 | AIL/JEAN/723CTNS | JOSHUA |
| | Pick-Up Date/Time | |
| | TUES. 04/24/2007 | |
| Deliver To : | Delivery Ref. No. | Delivery Contact |
| WESTY STORAGE<br>85 WEST JOHN ST.<br>HICKSVILLE, NY 11801<br>MIKE<br>TEL :646-288-8678 | AIL/JEAN/723CTNS | MIKE OR MARIO |
| | Delivery Date/Time | |
| | TUES. 04/24/2007 | |
| Bill To : | Billing Reference No. | Carrier |
| AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7080    FAX :718-995-7065<br>benjamin@ailnyc.com | MCN00648 | |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | KOREA EXPRESS | |
| | HBL No / HAWB No | |
| | PETER FRANK | |
| | Port of Discharge | E.T.A<br>04/25/2007 |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | 1X40STD . | 723 CTNS | 0 KGS<br>0 LBS | 0 CBM<br>0 CFT |

*(handwritten:)* HJCU4154800

*(handwritten notes:)* Joshua 님
Equip size 문의중 번경불가.
제작불가.
급함

REceived
MARIO BRDW 723 Box

---

SPECIAL INSTRUCTION :

AIL 0087

*(handwritten:)* Mi 4-26-07 dve  4/25 3:15 pm  3834.

Received                    Oct 19 2006 04:14pm
10/19/2006 16:11 FAX  1+718+995+7065    AIL-TMMLA/NEW YORK/USA                    ☑001/001

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060 FAX: 718-995-7065
EMAIL: all@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. *ACCELERATED* *(#718 - 953 - 2081)* | Date 10/19/2006 | By Yoona |
|---|---|---|
| | Commodity WEARING APPARELS | Total Pkgs. |
| Pick-Up At : MR. MUSSA - WHSE 534-63TH ST. BROOKLYN, NY MUSSA CP TEL :646-623-7030 | Pick-Up Ref. No. MR. RYU'S CTNS | Pick-Up Contact MUSSA |
| | Pick-Up Date/Time FRI. 10/20  ① 11:30 AM  ② 2:30 PM | |
| Deliver To : *TRUCKER'S WHSE* | Delivery Ref. No. AIL CTNS | Delivery Contact MARYANN |
| | Delivery Date/Time FRI. 10/20 NOON | |
| Bill To : AMERICAN INT'L LINE, INC./NYC 230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413 MR. BENJAMIN YOON TEL :718-995-7060  FAX :718-995-7065 benjamin@ailnyc.com | Billing Reference No. | Carrier |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | HBL No / HAWB No | |
| | Port of Discharge                    E.T.A | |
| | Place of Delivery                    E.T.A. | |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | *About* 920 CTNS | 43,000LBS | |

*1 FTL   FRI.   11:30 AM*

*2 FTLS*

*1 FTL   FRI.   2:30 PM*

*Quote: $700/FTL (NO O/T charge*
*$100/WK - STORAGE*

SPECIAL INSTRUCTION :                                                    AIL 0090

ACCELERATED TRANSPORT  Fax 17185538672    Oct 25 2006 04:18pm P001/001
10/25/2006 12:58 FAX 1+718-995+7065    AIL-TMCA/NEW YORK/USA    @001/001

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: ail@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| ACCELERATED TRANSPORTATION INC./NCD<br>146-35 187TH STREET, SUITE# 202<br>JAMAICA, NY 11430<br>TEL: 718-553-8672<br>FAX:718-553-2881<br>BOB | 10/25/2006 | Yoona |
| | **Commodity**<br>GARMENTS | **Total Pkgs.** |
| **Pick-Up At :**<br>NCD TRANSPORT<br>19-C PICONE BLVD.<br>FARMINGDALE, NY 11735<br>CHARLIE | **Pick-Up Ref. No.**<br>TRUCK#5321 SEAL#102590 | **Pick-Up Contact** |
| | **Pick-Up Date/Time** (REVISED)<br>WED.10/25 OR THURS. 10/26 | |
| **Deliver To :**<br>KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. KIM, CHANGYUL<br>TEL :201-863-7505/6   FAX :201-863-5036 | **Delivery Ref. No.**<br>AIL | **Delivery Contact**<br>MR. KIM, CHANGYUL |
| | **Delivery Date/Time**<br>WED. 10/25 OR THURS.10/26 | |
| **Bill To :**<br>AMERICAN INT'L LINE, INC./NYC<br>230-59  INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | **Billing Reference No.** | **Carrier** |
| | **MBL No / MAWB No** | **VSL & VOY No / Flt No** |
| (ATTN: YOONA) | **HBL No / HAWB No** | 10-25-06 |
| | **Port of Discharge** | E.T.A. |
| | **Place of Delivery** | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 48 FTL | ABOUT 43,000# | |

NCD would like the following
for the first Truck Load:                    AIL 0091
*REVISED*                          $650
                                   $400 — PU/Whse. (Brooklyn, NY)
                                   $100 - Storage (1 week)
                                   $150 — Del. to Secaucus, NJ
                                   $600  (includes 2 Hours free
                                          ON Delivery
Please advise !!

**SPECIAL INSTRUCTION :** ATTN: KOREA EXPRESS:
NEED STORAGE, INVENTORY UPON DELIVERY & SORTING, DELIVERY PER CNEE'S REQUEST.
BOB/Accelerated

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060 FAX: 718-995-7065
EMAIL: all@ailnyc.com

## PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| ACCELERATED TRANSPORTATION INC./NCD<br>146-35 167TH STREET, SUITE# 202<br>JAMAICA, NY 11430<br>TEL: 718-553-8672<br>FAX:718-553-2881<br>BOB | 10/25/2006 | Yoona |
| | Commodity | Total Pkgs |
| | GARMENTS | |

| Pick-Up At : | Pick-Up Ref. No. | Pick-Up Contact |
|---|---|---|
| NCD TRANSPORT<br>19-C PICONE BLVD.<br>FARMINGDALE, NY 11735<br>CHARLIE | TRUCK#5321 SEAL#102590 | |
| | Pick-Up Date/Time | |
| | WED.10/25 OR THURS. 10/26 | |

| Deliver To : | Delivery Ref. No. | Delivery Contact |
|---|---|---|
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. KIM, CHANGYUL<br>TEL :201-863-7505/6   FAX :201-863-5036 | AIL | MR. KIM, CHANGYUL |
| | Delivery Date/Time | |
| | WED. 10/25 OR THURS.10/26 | |

| Bill To : | Billing Reference No. | Carrier |
|---|---|---|
| AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | | |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | HBL No / HAWB No | |
| | Port of Discharge | E.T.A |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 48'FTL | ABOUT 43,000# | |

*(handwritten)* 48' FTL    ABOUT 1,045 CTNS

*(handwritten)* 2 FTLS BY NCD
TOTAL PCS : 2090 CTNS/
MUSSA.

AIL 0093

SPECIAL INSTRUCTION    ATTN: KOREA EXPRESS:
NEED STORAGE, INVENTORY UPON DELIVERY & SORTING, DELIVERY PER CNEE'S REQUEST.

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: ail@ailnyc.com

## PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co | | Date | By |
|---|---|---|---|
| ACCELERATED TRANSPORTATION INC./NCD<br>146-35 167TH STREET, SUITE# 202<br>JAMAICA, NY 11430<br>TEL: 718-553-8672<br>FAX:718-553-2881<br>BOB | | 10/25/2006 | Yoona |
| | | Commodity | Total Pkgs |
| | | GARMENTS | |
| Pick-Up At :<br>NCD TRANSPORT<br>19-C PICONE BLVD.<br>FARMINGDALE, NY 11735<br>CHARLIE | | Pick-Up Ref. No.<br>TRUCK#5321 SEAL#102590 | Pick-Up Contact |
| | | Pick-Up Date/Time<br>WED.10/25 OR THURS. 10/26 | |
| Deliver To :<br>KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. KIM, CHANGYUL<br>TEL :201-863-7505/6   FAX :201-863-5036 | | Delivery Ref. No.<br>AIL | Delivery Contact<br>MR. KIM, CHANGYUL |
| | | Delivery Date/Time<br>WED. 10/25 OR THURS.10/26 | |
| Bill To :<br>AMERICAN INT'L LINE, INC./NYC<br>230-59  INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | | Billing Reference No. | Carrier |
| | | MBL No / MAWB No | VSL & VOY No / Flt No |
| | | HBL No / HAWB No | |
| | | Port of Discharge | E.T.A |
| | | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 48'FTL | ABOUT 43,000# | |

AIL 0093

10/27/2006 17:53 FAX 1+718+995+7065        AIL-TMMAA, NEW YORK/USA                    ☑001/001

# AMERICAN INTERNATIONAL LINE, INC.
230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060 FAX: 718-995-7065
EMAIL: ail@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>TEL: 201-863-7505 X1057<br>FAX:201-863-5036  83114<br>MR. YANG SEUNG HO | 10/27/2006 | Yoona |
|  | Commodity<br><br>GARMENTS | Total Pkgs. |
| Pick-Up At :<br>SOLUTION/ACTUAL WHSE<br>114-02 15TH AVE.<br>COLLEGE POINT, NY 11356<br>MR. JOHN RYU<br>TEL :646-407-2199  (CP) | Pick-Up Ref. No.<br>26' & 20' TRUCK | Pick-Up Contact<br>MR. JOHN RYU |
|  | Pick-Up Date/Time<br>MON. 10/30 AT 10AM  & NOON |  |
| Deliver To :<br>KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. YANG SEUNG HO<br>TEL :201-863-7505 X1057   FAX :201-863-5036 | Delivery Ref. No.<br>AIL | Delivery Contact |
|  | Delivery Date/Time<br>MON. 10/30 | TR8548 AI |
| Bill To :<br>AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | Billing Reference No. | Carrier |
|  | MBL No / MAWB No | VSL & VOY No / Flt No |
|  | HBL No / HAWB No |  |
|  | Port of Discharge | E.T.A |
|  | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|

26'  @  10:00 AM  )  ABOUT
20'  @  12PM       )  1793 CTNS  ,  37,577LBS

CCNT #  ZIMU 242631-3
10/30/06

SPECIAL INSTRUCTION :                                          AIL 0104

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060 FAX: 718-995-7065
EMAIL: all@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>TEL: 201-863-7505 X1057<br>FAX:201-863-5036<br>MR. YANG SEUNG HO | 10/27/2006 | Yoona |
| | Commodity | Total Pkgs. |
| | GARMENTS | |
| **Pick-Up At :** | Pick-Up Ref. No. | Pick-Up Contact |
| SOLUTION/ACTUAL WHSE<br>114-02 15TH AVE.<br>COLLEGE POINT, NY 11356<br>MR. JOHN RYU<br>TEL :646-407-2199 (CP) | 26' & 20' TRUCK | MR. JOHN RYU |
| | Pick-Up Date/Time | |
| | MON. 10/30 AT 10AM  & NOON | |
| **Deliver To :** | Delivery Ref. No. | Delivery Contact |
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. YANG SEUNG HO<br>TEL :201-863-7505 X1057   FAX :201-863-5036 | AIL | |
| | Delivery Date/Time | |
| | MON. 10/30 | |
| **Bill To :** | Billing Reference No. | Carrier |
| AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | | |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | | |
| | HBL No / HAWB No | |
| | Port of Discharge | E.T.A |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|

26'  @  10:00 AM  )  ABOUT
20'  @  12 PM  )  1793 CTNS , 30,577 LBS

SPECIAL INSTRUCTION :

AIL 0105

? 2/3     53FT.     INVOICE#TRB53LLAL ?

ACCELERATED TRANSPORT  Fax 17185538672
AIL-TIDLAA/NEW YORK/USA                Oct 25 2006 04:45pm P002/002
?? ??/ ???? ?? ?? ?? ?AI + 1=718=995=7065                    @001/001
                                                              16215$

# AMERICAN INTERNATIONAL LINE, INC.
230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL 718-995-7050 FAX 718-995-7065
EMAIL: ail@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. ACCELERATED TRANSPORTATION INC./NCO 148-35 182TH STREET, SUITE 202 JAMAICA, NY 11430 TEL 718-995-8672 FAX 718-995-6081 NCO (REF #D-18089-A) | Date 10/25/2006 | By Yoona |
| Pick Up At: NCO TRANSPORT 1621 RIDGE BLVD FARMINGDALE, NY 11735 CHARLIE | Commodity GARMENTS | Total Pkgs. |
| | Pick-Up Ref. No. TRUCK#5321 SEAL#102590 | Pick-Up Contact |
| | Pick-Up Date/Time WED.10/25 OR THURS. 10/26 | |
| Deliver To: KOREA EXPRESS U.S.A. INC. 901 CASTLE ROAD SECAUCUS NJ 07094 MR. KIM, CHANGYUL TEL 201-863-7505 FAX 201-863-8035 | Delivery Ref. No. AIL | Delivery Contact MR. KIM, CHANGYUL |
| | Delivery Date/Time WED. 10/25 OR THURS.10/26 | |
| Bill To: AMERICAN INT'L LINE, INC NYC 230-59 INT'L AIRPORT CENTER BLVD, SUITE 281 SPRINGFIELD GARDENS, NY 11413 MR. BENJAMIN YOON TEL 718-995-7050 FAX 718-995-7065 ail@ailnyc.com | Billing Reference No. | Carrier |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | HBL No / HAWB No | |
| | Port of Discharge | E.T.A |
| | Place of Delivery | E.T.A |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|------|-------------|------|--------|-------------|
| | | 46 FTL | ABOUT 43,000# | |

TRL # 5321

START 9:00 AM
FINISH 2:15 PM

OK to DEL.

AIL 0106

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: all@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co.<br>ACCELERATED TRANSPORTATION INC.<br>146-35 167TH STREET, SUITE# 202<br>JAMAICA, NY 11430<br>TEL: 718-553-8672<br>FAX:718-553-2881<br>BOB | Date<br>10/26/2006 | By<br>Yoona |
|---|---|---|
| | Commodity<br>GARMENTS | Total Pkgs. |
| Pick-Up At :<br>NCD TRANSPORT<br>19-C PICONE BLVD.<br>FARMINGDALE, NY 11735<br>CHARLIE | Pick-Up Ref. No.<br>TRUCK#  ? | Pick-Up Contact |
| | Pick-Up Date/Time<br>FRI. 10/27 | |
| Deliver To :<br>KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. KIM, CHANGYUL<br>TEL :201-863-7505/6   FAX :201-863-5036 | Delivery Ref. No.<br>AIL | Delivery Contact<br>MR. KIM, CHANGYUL |
| | Delivery Date/Time<br>FRI. 10/27  9:30AM   MON. 10/30  9:30AM | |
| Bill To :<br>AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX:718-995-7065<br>benjamin@ailnyc.com | Billing Reference No. | Carrier |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | HBL No / HAWB No | |
| | Port of Discharge | E.T.A |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 1/4' FTL  ABOUT 43,000#<br>1,045 CTNS | | |

AIL 0107

SPECIAL INSTRUCTION :   ATTN: KOREA EXPRESS:
                        NEED STORAGE, INVENTORY UPON DELIVERY & SORTING, DELIVERY PER CNEE'S REQUEST.

01/12/2007 15:12 FAX 1+718+995+7065    AIL-TMMAA/NEW YORK/USA    ☑001/001

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: all@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. PAUL LEE<br>TEL :201-643-1056   FAX :201-865-1706 | 01/12/2007 | YOONA CHOI |
| | Commodity<br><br>JEAN CTNS | Total Pkgs. |
| Pick-Up At :<br>KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. PAUL LEE<br>TEL :201-643-1056   FAX :201-865-1706 | Pick-Up Ref. No.<br><br>AIL/PETER FRANK | Pick-Up Contact<br><br>MR. CHANG Y. KIM |
| | Pick-Up Date/Time<br><br>READY ON TUES. 01/16/07 | |
| Deliver To :<br>COLLEGE POINT/SELF STORAGE<br>20-20 129TH ST.<br>COLLEGE POINT, NY<br>MR. KIM<br>TEL :917-560-1212 | Delivery Ref. No.<br><br>AIL/PETER FRANK | Delivery Contact<br><br>MR. KIM |
| | Delivery Date/Time<br><br>WED.01/17/07 10AM | |
| Bill To :<br>AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | Billing Reference No.<br><br>MCN00601 | Carrier |
| | MBL No / MAWB No<br><br>PETER FRANK | VSL & VOY No / Flt No |
| | HBL No / HAWB No | |
| | Port of Discharge | E.T.A |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | 0 KGS<br>0 LBS | 0 CBM<br>0 CFT |

Q CTNS EACH FROM (TOTAL : 3910 CTNS)

STYLE REF#
BOUT 135 CTNS
136 CTNS

MA#1  EV#1
MA#2  EV#2
MA#3  EV#3
EN#1  OM#1
EN#2  OM#2
EN#3  RO#1
EN#4  RO#2
       RO#3
LR#1  RO#4
SE#1  RO#5
AK#1

NOTE :
Delivered ___136___ CTNS
ON 1/17/07 .
KOREA EXPRESS
Sign :
MR. KIM @ SELF STORAGE
Sign :

SPECIAL INSTRUCTION :

AIL 0110

136.

Mar. 27. 2007  3:33PM
11/06/2006 11:25 FAX  1+718+995+7065    AIL-TXXAA/NEW YORK/USA    No. 3689   P. 2
☑001/001

# AMERICAN INTERNATIONAL LINE, INC.
230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: ail@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>TEL: 201-863-7505 X1057<br>FAX:201-863-8314<br>MR. YANG SEUNG HO | 11/06/2006 | Yoona |
|  | Commodity | Total Pkgs. |
|  | GARMENTS |  |

| Pick-Up At : | Pick-Up Ref. No. | Pick-Up Contact |
|---|---|---|
| SOLUTION/ACTUAL WHSE<br>114-02 15TH AVE.<br>COLLEGE POINT, NY 11356<br>MR. JOHN RYU<br>TEL :646-407-2199 (CP) | 40' | JOHN RYU |
|  | Pick-Up Date/Time |  |
|  | MON. 11/06 12:30 - 1PM |  |

| Deliver To : | Delivery Ref. No. | Delivery Contact |
|---|---|---|
| MR. KIM - STORAGE<br>29-00 REVIEW AVE.<br>LONG ISLAND CITY<br>NY<br>MR. JOHN RYU<br>TEL:646-407-2199 (CP) | 40' | JOHN RYU |
|  | Delivery Date/Time |  |
|  | MON. 11/06  3PM |  |

| Bill To : | Billing Reference No. | Carrier |
|---|---|---|
| AMERICAN INT'L LINE, INC./NYC<br>230-59  INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com |  |  |
|  | MBL No / MAWB No | VSL & VOY No / Flt No |
|  | HBL No / HAWB No |  |
|  | Port of Discharge | E.T.A |
|  | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|

*TR8583AI*

SPECIAL INSTRUCTION :

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: all@ailnyc.com

*MR. KIM* or
*그 회사*

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| SOLUTION USA, INC<br>132-05 11TH AVE., 1ST FL.<br>COLLEGE POINT, NY 11356<br>KYLE & DAVID<br>TEL :718-961-6254   FAX :718-961-6254<br>solutionusa@Empal.com | 01/12/2007 | YOONA CHOI |
| | Commodity | Total Pkgs. |
| | JEAN | |

| Pick-Up At : | Pick-Up Ref. No. | Pick-Up Contact |
|---|---|---|
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. YANG SEUNG HO<br>TEL :201-863-7505 X1057    FAX :201-863-8314 | AIL/PETER FRANK | MR. CHANG Y. KIM |
| | Pick-Up Date/Time | |
| | FRI. 01/12/2007 | |

| Deliver To : | Delivery Ref. No. | Delivery Contact |
|---|---|---|
| COLLEGE POINT/SELF STORAGE<br>20-20 129TH ST.<br>COLLEGE POINT, NY<br>MR. KIM<br>TEL :917-560-1212 | AIL/PETER FRANK | JOHN RYU |
| | Delivery Date/Time | |
| | FRI. 01/12/2007 | |

| Bill To : | Billing Reference No. | Carrier |
|---|---|---|
| AMERICAN INT'L LINE, INC./NYC<br>230-59  INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | MCN00601 | |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | PETER FRANK | |
| | HBL No / HAWB No | |
| | Port of Discharge | E.T.A |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 0 KGS | | 0 CBM |
| | | 0 LBS | | 0 CFT |

*(handwritten)*

1 CTN  EACH  FROM (TOTAL : 3910 TNS)
CIYLE  REF# /MA#1    EN#1
3BENT 16~17CTNS  MA#2    EN#2
MA#3    EN#3
EN#1    OM#1
EN#2    OM#2
EN#3    RC#1
EN#4    RC#2
LR#1    RC#3
SE#1    RC#4
AK#1    RC#5

NOTE :
PICKED UP    CTNS
ON  1/12/2007.
KOREA  EXPRESS

Sign :

KYLE+ DAVID

Sign :

**SPECIAL INSTRUCTION :**

Thank You.

AIL 0125

03/27... 2S. 2007 2:55PM18+995+7065    AIL-TMMAA/NEW YORK/USA    No. 3715    P. 1/1301

# AMERICAN INTERNATIONAL LINE, INC.
### 230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
### TEL: 718-995-7060 FAX: 718-995-7065
### EMAIL: ail@ailnyc.com

1/3

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| 3 WIN INC. <br> 718-656-8760 / 718-656-8764 | 03/27/2007 | YOONA CHOI |
| | **Commodity** <br> JEAN | **Total Pkgs.** <br> 710 CTNS |

| Pick-Up At : | Pick-Up Ref. No. | Pick-Up Contact |
|---|---|---|
| KOREA EXPRESS U.S.A. INC. <br> 901 CASTLE ROAD <br> SECAUCUS, NJ 07094 <br> MR. PAUL HAN <br> TEL :201-843-1034 . FAX :201-863-5036 <br> 201-646-1854  201-865-1706  *Joshua 4/* | JEAN032807 | JOSHUA |
| | **Pick-Up Date/Time** <br> WED. 03/28/07 ⟶ 9AM .  *DROP OFF : TUES. 3/27/07* | |

| Deliver To : | Delivery Ref. No. | Delivery Contact |
|---|---|---|
| STORAGE QUARTERS INC. <br> 31-40 WHITESTONE EXPRESS WAY <br> COLLEGE POINT, NY 11354 <br> CONTACT : CAMILLE @ BIG ROCK <br> 718-786-8592 | JEAN032807 | CAMILLE |
| | **Delivery Date/Time** <br> WED. 03/28/07 ⟹ 10AM | |

| Bill To : | Billing Reference No. | Carrier |
|---|---|---|
| AMERICAN INT'L LINE, INC./NYC <br> 230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 <br> SPRINGFIELD GARDENS, NY 11413 <br> MR. BENJAMIN YOON <br> TEL :718-995-7060  FAX :718-995-7065 <br> benjamin@ailnyc.com | MCN00632 | |
| | **MBL No / MAWB No** <br> KOREA EXPRESS | **VSL & VOY No / Flt No** |
| | **HBL No / HAWB No** <br> PETER FRANK | |
| | **Port of Discharge** | **E.T.A** <br> 03/28/2007 |
| | **Place of Delivery** | **E.T.A** |

| DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| | 710 CTNS | 17712.96 KGS <br> 39050 LBS | 0 CBM <br> 0 CFT |

FROM KOREA EXPRESS LIST C & D

SEAL#02698385

CONTAINER # HJCU9041657

3W 4/ 3/28

68734 PA  12:50PA

**SPECIAL INSTRUCTION :**

AIL 0126

## AMERICAN INTERNATIONAL LINE, INC.
230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060 FAX: 718-995-7065
EMAIL: ail@ailnyc.com

3.12.776

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | | Date | By |
|---|---|---|---|
| DAYBREAK FAST FREIGHT, INC. *1165*<br>599 AVENUE P<br>NEWARK, NJ 07105-4902<br>SCOTT<br>TEL :973-589-5931   FAX :973-589-3782<br>daybreakXpress@aol.com | | 03/22/2007 | YOONA CHOI |
| | | Commodity | Total Pkgs. |
| | | JEAN | 60 CTNS |
| Pick-Up At : | | Pick-Up Ref. No. | Pick-Up Contact |
| KOREA EXPRESS U.S.A. INC.   DOCK AVAILABLE<br>901 CASTLE ROAD   ATTN: JOSHUA<br>SECAUCUS, NJ 07094<br>MR. PAUL HAN<br>TEL :201-843-1034   FAX :201-863-5036 | | JEAN/032207 | JOSHUA |
| | | Pick-Up Date/Time | |
| | | FRI. 03/23 1PM-4PM | |
| Deliver To : | | Delivery Ref. No. | Delivery Contact |
| MALLAH BROTHER   NO DOCK<br>305 INKSTER ROAD   CNEE WILL UNLOAD<br>INKSTER, MI 48141<br>MAHMMOUD/SUNNY<br>TEL :313-357-8270   FAX :212-779-2409 | | JEAN/032207 | MAHMMOUD |
| | | Delivery Date/Time | |
| | | MON. 03/26 9AM-4PM | |
| Bill To : | | Billing Reference No. | Carrier |
| AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | | MCN00529 | |
| | | MBL No / MAWB No | VSL & VOY No / Flt No |
| | | KOREA EXPRESS | |
| | | HBL No / HAWB No | |
| | | PETER FRANK | |
| | | Port of Discharge | E.T.A<br>03/23/2007 |
| | | Place of Delivery | E.T.A. |

| | | 60 CTNS | 0 KGS<br>3000 LBS | 0 CBM<br>0 CFT |
|---|---|---|---|---|

*Bec 60 CTNS on 2 Skids*
*Eni 32307  1400*

*Mahmod Mallah*

SPECIAL INSTRUCTION :

AIL 0135

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060 FAX: 718-995-7065
EMAIL: all@ailnyc.com

# PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| KOREA EXPRESS U.S.A. INC. 901 CASTLE ROAD SECAUCUS, NJ 07094 TEL: 201-863-7505 X1057 FAX:201-863-8314 MR. YANG SEUNG HO | 11/29/2006 | Yoona |

| | Commodity | Total Pkgs. |
|---|---|---|
| | GARMENTS | |

| Pick-Up At : | Pick-Up Ref. No. | Pick-Up Contact |
|---|---|---|
| COUS DISTRIBUTION CENTER, INC. 1 REMSEN PLACE RIDGEFIELD, NJ 07657 MS. YOUNG TEL :201-313-9960`9962   FAX :201-313-9919 | 4X40' | MS. YOUNG |

Pick-Up Date/Time: THURS.11/30 9AM-5PM

| Deliver To : | Delivery Ref. No. | Delivery Contact |
|---|---|---|
| KOREA EXPRESS U.S.A. INC. 901 CASTLE ROAD SECAUCUS, NJ 07094 MR. YANG SEUNG HO TEL :201-863-7505 X1057   FAX :201-863-8314 | 4X40' | MR. YANG |

Delivery Date/Time: THURS 11/30 9AM-5PM

Bill To : AMERICAN INT'L LINE, INC./NYC 230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413 MR. BENJAMIN YOON TEL :718-995-7060   FAX :718-995-7065 benjamin@ailnyc.com

Billing Reference No. / Carrier / MBL No / MAWB No / VSL & VOY No / Flt No / HBL No / HAWB No / Port of Discharge / E.T.A / Place of Delivery / E.T.A.

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|

TOTAL PCS : 2677PCS / 4 CNTRS.

4x40' Qty
Per attached docs (6 pages)

YMLU 5023506
MOLU 1112973

TR8706AI
1-4
5

SPECIAL INSTRUCTION :

AIL 0151

You are requested to inform us immediately of any occurrence.