# EXHIBIT Q

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: all@ailnyc.com

*Revised*

## PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| 3 WIN INC.<br>147-29 183RD STREET, SUITE# 201<br>JAMAICA, NY 11413<br>TEL: 718-656-8760<br>FAX:718-656-8764<br>MIKE   *ALL-IN-4 $50* | 04/10/2007 | Yoona |
| | Commodity | Total Pkgs. |
| | JEANS/450CTNS | |

| Pick-Up At: | Pick-Up Ref. No. | Pick-Up Contact |
|---|---|---|
| KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. PAUL HAN<br>TEL :201-643-1034   FAX :201-863-5036 | AIL/450CTNS | MR. PAUL HAN OR JOSHUA |
| | Pick-Up Date/Time | |
| | *4/12/07 THURS, 11 AM* | |

| Deliver To: *WESTY STORAGE*<br>*65 WEST JOHN ST.*<br>*HICKSVILLE, NY 11801*<br>MIKE  *CR MARIO*  *(516) 433-5500*<br>TEL :646-288-8878  *Cty - Ipak* | Delivery Ref. No.<br>AIL/450 CTNS | Delivery Contact<br>MIKE |
|---|---|---|
| | Delivery Date/Time<br>*4/12/07 THURS 3 PM* | |

| Bill To: | Billing Reference No. | Carrier |
|---|---|---|
| AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060   FAX :718-995-7065<br>benjamin@ailnyc.com | | |
| | MBL No / MAWB No | VSL & VOY No / Flt No |
| | HBL No / HAWB No | |
| | Port of Discharge | E.T.A |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 450 CTNS / *BCD*<br>*KOREA EXPRESS LIST* | | |

*4/11/07 WED*
*3 WIN - 40 EMPTY PICK AT KOREA EXPRESS*

SPECIAL INSTRUCTION :                                           AIL 0078

**AMERICAN INTERNATIONAL LINE, INC.**
230-59 INT'L AIRPORT CENTER BLVD.,
SUITE 281
SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: all@ailnyc.com

# INVOICE

| INVOICE NO | INVOICE DATE |
|---|---|
| NINV004474 | Jun-13-2007 |
| TERMS | DUE DATE |
|  | Jun-13-2007 |

| BILL TO | SHIP TO | CUSTOMER ID : 3771 |
|---|---|---|
| PETER FRANK OF NEW YORK<br>1239 BROADWAY RM 810<br>NEW YORK, NY 10001<br>TEL : 212-684-4372  FAX : 212-684-4373<br>ATTN : WESTY/450CTNS/04/12/07 | PETER FRANK OF NEW YORK<br>1239 BROADWAY RM 810<br>NEW YORK, NY 10001<br>TEL : 212-684-4372  FAX : 212-684-4373 | |

| | | | |
|---|---|---|---|
| OUR REF. NO | : MCN00672 | FLT NO | : |
| YOUR REF. NO | : KOREA EXPRESS/WESTY/450CTNS | P.O.L. / ETD | : KOREA EXPRESS/NJ / 04-12-2007 |
| MBL/MAWB NO | : KOREA EXPRESS USA | P.O.D. / ETA | : WESTY STORAGE/HICKSVILLE / 04-12-2007 |
| HBL/HAWB NO | : WESTY/450 CTNS | F. DEST. / ETA | : / |
| SHIPPER | : PETER FRANK/SOLUTION | COMMODITY | : JEAN |
| CONSIGNEE | : WESTY STORAGE | PKGS | : 450 CTNS |
| NOTIFY | : | KGS / LBS | : 0.00 / 0.00 |
| | | CBM / CFT | : 0.000 / 0 |
| CARRIER | : | Carrier Book# | : |

| DESCRIPTION OF CHARGES | RATE | QTY | AMOUNT |
|---|---|---|---|
| TRUCKING CHARGE/450CTNS | | | 775.00 |
| PALLETIZING & WRAPPING:$5/PLTX15PLTS | | | 75.00 |
| SORTING ($.50/CTN) | | | 225.00 |
| H/FEE | | | 50.00 |

|  |  |
|---|---|
| TOTAL DUE | 1,125.00 |
| PAID AMOUNT | 0.00 |
| PLEASE PAY THIS AMOUNT | 1,125.00 |

MEMO :

REMARK : * Bank Information:   Nara Bank, N.A./Flushing, New York Branch
138-02  Northern Blvd., Flushing, NY 11354
* Bank Routing #:0260-13246  * Account #: 08610-44401 *Account Name: American Int'l Line, Inc.

AIL 0086

Thank you for using our service !

04/24/2007 12:33 FAX 1+718+995+7065    AIL-TMMAA/NEW YORK/USA    @001/003

# AMERICAN INTERNATIONAL LINE, INC.

230-59 INT'L AIRPORT CENTER BLVD., SUITE 281 SPRINGFIELD GARDENS, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: ail@ailnyc.com

## PICK-UP & DELIVERY INSTRUCTION

| To Trucking Co. | Date | By |
|---|---|---|
| 3 WIN INC.<br>147-29 183RD STREET, SUITE# 201<br>JAMAICA, NY 11413<br>JAY<br>TEL :718-656-8760   FAX :718-656-8764 | 04/24/2007 | YOONA CHOI |
| | Commodity | Total Pkgs. |
| | JEAN | 723 CTNS |
| Pick-Up At :<br>KOREA EXPRESS U.S.A. INC.<br>901 CASTLE ROAD<br>SECAUCUS, NJ 07094<br>MR. PAUL HAN/JOSHUA<br>TEL :201-643-1054   FAX :201-865-1706 | Pick-Up Ref. No.<br>AIL/JEAN/723CTNS | Pick-Up Contact<br>JOSHUA |
| | Pick-Up Date/Time<br>TUES. 04/24/2007 | |
| Deliver To :<br>WESTY STORAGE<br>85 WEST JOHN ST.<br>HICKSVILLE, NY 11801<br>MIKE<br>TEL :646-288-8878 | Delivery Ref. No.<br>AIL/JEAN/723CTNS | Delivery Contact<br>MIKE OR MARIO |
| | Delivery Date/Time<br>TUES. 04/24/2007 | |
| Bill To :<br>AMERICAN INT'L LINE, INC./NYC<br>230-59 INT'L AIRPORT CENTER BLVD., SUITE 281<br>SPRINGFIELD GARDENS, NY 11413<br>MR. BENJAMIN YOON<br>TEL :718-995-7060  FAX :718-995-7065<br>benjamin@ailnyc.com | Billing Reference No.<br>MCN00648 | Carrier |
| | MBL No / MAWB No<br>KOREA EXPRESS | VSL & VOY No / Flt No |
| | HBL No / HAWB No<br>PETER FRANK | |
| | Port of Discharge | E.T.A<br>04/25/2007 |
| | Place of Delivery | E.T.A. |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | 1X40STD. | 723 CTNS | 0 KGS<br>0 LBS | 0 CBM<br>0 CFT |

HJCU4154800

Joshua 님

Equip size 정함 팩스바람.
감사합니다.

Received 723 Box
MARIO BROWN
3:15 PM
M 4-26-07  du  4/25
7834

SPECIAL INSTRUCTION :

AIL 0087