# EXHIBIT R

**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, NEXXON TRADING, INC., SOLUTION USA, INC., GAVIN FASHION, INC., KOREA EXPRESS USA, JKM USA, CORP., WESTY STORAGE CENTERS, jointly and severally,<br><br>Defendants. | Civil Action No. 07-CV-03907-BSJ<br><br><br><br>ECF CASE |

**CERTIFICATION OF KENT (KEAN WAI) WONG IN SUPPORT OF THE OPPOSITION OF PLAINTIFF EASYTEX CORPORATION LIMITED TO THE MOTION FOR SUMMARY JUDGMENT AND OTHER RELIEF OF DEFENDANT AMERICAN INTERNATIONAL LINE, INC.**

I, KENT (KEAN WAI) WONG, hereby certify, under penalty of perjury, that:

12656_3

1. I am the director of Plaintiff Easytex Corporation Limited ("Easytex").

2. I make this certification in support of the opposition of Easytex to the Motion for Summary Judgment and Other Relief of Defendant American International Line, Inc. ("Defendant AIL").

3. Easytex currently has twenty-two (22) employees.

4. Easytex's gross revenue for 2006 was 57,914,422 Hong Kong Dollar (HKD) or 7,416,228.52 US Dollar (USD).[1]

5. Easytex's gross revenue for 2007 was 83,922,896 Hong Kong Dollar (HKD) or 10,748,597.04 US Dollar (USD).

6. Easytex's assets for 2006 was 9,575,390 Hong Kong Dollar (HKD) or 1,226,387.71 US Dollar (USD).

7. Easytex's assets for 2007 was 14,138,668 Hong Kong Dollar (HKD) or 1,810,838.90 US Dollar (USD).

8. I also verify that the facts set forth in the First Amended Verified Complaint are true and correct to the best of my knowledge, except as to matters therein stated upon information and belief, and as to these matters, I believe them to be true; the sources of my information and the grounds of my belief are documents in the possession of Easytex and reports made to me by officers, employees, representatives and agents of Easytex.

NAME: WONG KEAN WAI
TITLE: DIRECTOR

Dated: September ____, 2008

---

[1] 1 US Dollar (USD) = 7.8078 Hong Kong Dollar (HK), as of September 2, 2008; see http://www.bloomberg.com/invest/calculators/currency.html.

12656_3