# EXHIBIT S

**AMERICAN INTERNATIONAL LINE, INC.**
147-38 182ND STREET, JAMAICA, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: all@ailnyc.com

# INVOICE

| INVOICE NO | INVOICE DATE |
|---|---|
| NINV003220 | Sep-15-2006 |
| TERMS | DUE DATE |
|  | Sep-15-2006 |

| BILL TO |
|---|
| PETER FRANK OF NEW YORK |
| 1239 BROADWAY RM 810 |
| NEW YORK, NY 10001 |
| TEL : 212-684-4372  FAX : 212-684-4373 |
| ATTN : WILLIAM KIM |

| SHIP TO | CUSTOMER ID  : 3771 |
|---|---|
| PETER FRANK OF NEW YORK | |
| 1239 BROADWAY RM 810 | |
| NEW YORK, NY 10001 | |
| TEL : 212-684-4372  FAX : 212-684-4373 | |

| | | | |
|---|---|---|---|
| OUR REF. NO | : OIN00997 | VESSEL NO | : HD INDEPENDENCE 104E |
| YOUR REF. NO | : | P.O.L. / ETD | : MANILA,PHILIPPINES / 08-19-2006 |
| MASTER B/L NO | : HDMUBUWB4070677 | P.O.D. / ETA | : LONG BEACH,CA / 09-07-2006 |
| HOUSE B/L NO | : BARONYC06081358 | F. DEST. / ETA | : NEW YORK, NY / 09-19-2006 |
| SHIPPER | : ALL ASIA GARMENT INDUSTRIES | COMMODITY | : 100% COTTON MEN'S WOVEN PANTS |
| CONSIGNEE | : NEXXON TRADING INC | PKGS | : 873 CTNS |
| NOTIFY | : SAME AS CONSIGNEE | KGS / LBS | : 18,866.70 / 41,593.53 |
| | | CBM / CFT | : 58.000 / 2.048 |
| CARRIER | : HD/NYC | Carrier Book# | : |

| DESCRIPTION OF CHARGES | RATE | QTY | AMOUNT |
|---|---|---|---|
| CUSTOMS:ENTRY | | | 125.00 |
| CUSTOMS:TITLE TRANSFER FEE | | | 100.00 |
| CUSTOMS:DUTY, FEES | | | 21,447.23 |
| HANDLING CHARGE | | | 100.00 |
| TRUCKING CHARGEN (LIC & BKLYN) | | | 1,150.00 |
| DEMURAGE | | | 475.00 |
| DEMURAGE GURANTEE BY 3 WIN | | | 75.00 |
| 3 WIN STORAGE | | | 100.00 |

| | |
|---|---|
| TOTAL DUE | 23,572.23 |
| PAID AMOUNT | 23,572.23 |
| PLEASE PAY THIS AMOUNT | 0.00 |

MEMO :

REMARK : * Bank Information:    Nara Bank, N.A./Flushing, New York Branch
                                 138-02  Northern Blvd., Flushing, NY 11354
         * Bank Routing #:0260-13246
         *Account Name: American Int'l Line, Inc.        * Account Number: 08610-44401

AIL 0021

Thank you for using our service !

YOONA CHOI
AMERICAN INTERNATIONAL LINE, INC.                 PREPARED BY

**AMERICAN INTERNATIONAL LINE, INC.**
147-38 182ND STREET, JAMAICA, NY 11413
TEL: 718-995-7060  FAX: 718-995-7065
EMAIL: ail@ailnyc.com

# INVOICE

| INVOICE NO | INVOICE DATE |
|---|---|
| NINV003227 | Sep-15-2006 |
| TERMS | DUE DATE |
|  | Sep-15-2006 |

| BILL TO | SHIP TO | CUSTOMER ID : 3771 |
|---|---|---|
| PETER FRANK OF NEW YORK<br>1239 BROADWAY RM 810<br>NEW YORK, NY 10001<br>TEL : 212-684-4372  FAX : 212-684-4373<br>ATTN : WILLIAM KIM | PETER FRANK OF NEW YORK<br>1239 BROADWAY RM 810<br>NEW YORK, NY 10001<br>TEL : 212-684-4372  FAX : 212-684-4373 | |

| | | | | |
|---|---|---|---|---|
| OUR REF. NO | : OIN00998 | VESSEL NO | : | HD INDEPENDENCE 104E |
| YOUR REF. NO | : | P.O.L. / ETD | : | MANILA, PHILIPPINES / 08-19-2006 |
| MASTER B/L NO | : HDMUBUWB4070678 | P.O.D. / ETA | : | LONG BEACH, CA / 09-07-2006 |
| HOUSE B/L NO | : BARONYC06081359 | F. DEST. / ETA | : | NEW YORK, NY / 09-19-2006 |
| SHIPPER | : ALL ASIA GARMENT INDUSTRIES | COMMODITY | : | 100% COTTON MEN'S WOVEN PANTS |
| CONSIGNEE | : GAVIN FASHION INC | PKGS | : | 804 CTNS |
| NOTIFY | : SAME AS CONSIGNEE | KGS / LBS | : | 16,884.00 / 37,222.47 |
| | | CBM / CFT | : | 58.000 / 2,048 |
| CARRIER | : HD/NYC | Carrier Book# | : | |

| DESCRIPTION OF CHARGES | RATE | QTY | AMOUNT |
|---|---|---|---|
| CUSTOMS:ENTRY | | | 125.00 |
| CUSTOMS:TITLE TRANSFER FEE | | | 100.00 |
| CUSTOMS:DUTY, FEES | | | 19,750.26 |
| HANDLING CHARGE | | | 100.00 |
| TRUCKING CHARGE (LIC & BKLYN & CANCEL) | | | 1,450.00 |
| 3 WIN STORAGE | | | 250.00 |

| | |
|---|---|
| TOTAL DUE | 21,775.26 |
| PAID AMOUNT | 21,775.26 |
| PLEASE PAY THIS AMOUNT | 0.00 |

MEMO :

REMARK : * Bank Information:  Nara Bank, N.A./Flushing, New York Branch
138-02 Northern Blvd., Flushing, NY 11354
* Bank Routing #:0260-13246
*Account Name: American Int'l Line, Inc.        * Account Number: 08610-44401

Thank you for using our service !

YOONA CHOI

AMERICAN INTERNATIONAL LINE, INC.                                PREPARED BY

AIL 0031-A