# EXHIBIT T

# AMERICAN INTERNATIONAL LINE, INC.   BILL OF LADING

| | |
|---|---|
| **Shipper:** JOINT WELL GARMENTS (HK) LTD<br>BLOCK D, 21/F, LUK HOP IND., BLDG,<br>8 LUK HOP ST., SANPOKONG, KLN, H.K | **Document Number:**<br>**Export References:** 4-1 |
| **Consignee:** NEXCON TRADING INC<br>7-13 124 STREET COLLEGE POINT NY 11356<br>TEL:917-577-1477 FAX:718-961-0254 | AMERICAN INTERNATIONAL LINE INC<br>230-59 INT'L AIRPORT CENTER BLVD<br>SUIT 201 SPRINGFIELD GARDENS NY11413 |
| **Notify:** SAME AS CONSIGNEE | |
| **Carrier:** HYUNDAI PATRIOT 063E | **Port of Loading:** MANILA, PHILIPPINES |
| **Place of Delivery:** TACOMA, USA | **Port of Discharge:** NEW YORK, U.S.A |

| Marks | No. of Cartons | Description | Gross Weight | CBM |
|---|---|---|---|---|
| STYLE:<br>COLOR:<br>CTN:<br>MADE IN PHILIPPINES<br><br>HDMU8454384 / 15949 | 899 CARTONS | SHIPPERS LOAD AND COUNT<br>SAID TO CONTAIN<br><br>100% MEN'S COTTON JEAN LONG PANTS<br><br>FREIGHT COLLECT<br><br>**SURRENDER**<br><br>SAY: ONE(1) X 40HQ CONTAINER ONLY | 21,178.00<br><br>ON BOARD DATE<br>JUL. 22, 2006 | 58.000<br><br>CY/CY |

| Prepaid | Collect |
|---|---|
| OCEAN FREIGHT(COLLECT) | AS ARRANGED |

ACTING AS A CARRIER
AMERICAN INTERNATIONAL LINE, INC.

DATE: JUL. 22, 2006
THREE/3   SEOUL, KOREA

B/L NO. OW061011