# EXHIBIT U

Case 1:07-cv-03907-BSJ-JCF    Document 111-21    Filed 09/04/2008    Page 1 of 2

**EXHIBIT U**

Case 1:07-cv-03907-BSJ-JCF   Document 21   Filed 09/04/2008   Page 2 of 2

| About Us | myManta | FAQ | View Cart

Login: 
Not a member? Learn more.

New! Manta Featured Listings. 30-Day Free Trial

**COMPANIES:** U.S., U.S. Public, Australia, Canada, U.K., Worldwide
**RESOURCES:** Jobs, Market Research, News, Vendor Quotes, Free Magazines

Enter U.S. Company Name     Search

**BUSINESS CENTERS:** Small Business, Travel, Career, Tech

Company Profiles > Find Companies > Jamaica, NY > Consumer Products & Services > Passenger Car Leasing > Arrangement of Transportation of Freight and Cargo > Freight transportation arrangement > American International Line (Nyc), Inc Company Profile

# American International Line (Nyc), Inc (Mercury Logistics) Is This Your Company?

14738 182nd St Ste 1, Jamaica, NY 11413-4060, United States  (Map)
**Phone:** (718) 995-7060
**Also Does Business As:** Mercury Logistics
**SIC:** Arrangement of Transportation of Freight and Cargo
**Line of Business:** Freight Transportation Arrangement

Add Company To List
Add/View Note
Add Contact
View Contacts
Add to Company Profile
Set Company Alert
>> go to myManta

Ads by Google

**Find** Jobs in Jamaica, NY

Intl Ocean Freights Great Service At Low Costs. Intl Shipping Only. Free Quotes!

Freight Services Managed Transportation Solutions Efficient & Economical Distribution

Freight Forwarding Find Customs Brokers & Freight Forwarding Services on Business.com

The ads are not affiliated with American International Line (Nyc), Inc

### Detailed American International Line (Nyc), Inc Company Profile

This company profile is for the private company American International Line (Nyc), Inc, located in Jamaica, NY. Mercury Logistics's line of business is freight transportation arrangement.

**Company Profile: American International Line (Nyc), Inc**

**Year Started:** 2004
**State of Incorporation:** NY
**URL:** N/A
**Location Type:** Single Location
**Stock Symbol:** N/A
**Stock Exchange:** N/A
**Also Does Business As:** Mercury Logistics
**NAICS:** N/A
**SIC #Code:** 4731
**Est. Annual Sales:** $2,500,000
**Est. Employees:** 5
**Est. Employees at Location:** 5
**Contact Name:** Benjamin Yoon
**Contact Title:** President

**Intl Ocean Freights**
Great Service At Low Costs. Intl Shipping Only. Free Quotes!
www.AllisonShipping.com

**Freight Services**
Managed Transportation Solutions Efficient & Economical Distribution
tlcforfreight.com

**Shipping services**
Ocean export, Air export & Trucking Domestic heavyweight Air Freight
www.jccinternational.com

Ads by Google

*Data above provided by D&B.*

**Additional American International Line (Nyc), Inc Company Information**