# EXHIBIT V



# AMERICAN INTERNATIONAL LINE, INC.

IATA CARGO AGENCY/FMC NVOCC/FREIGHT FORWARDER

CHICAGO(HQ) . LOS ANGELES . SAN FRANCISCO . NEW YORK . ATLANTA . TORONTO

NEW YORK/EASTERN REGIONAL OFFICE
230-59 INT'L AIRPORT CENTER BLVD., SUITE 281, SPRINGFIELD GARDENS, NY 11413, U.S.A.
TEL: 1-718-995-7060, FAX: 1-718-995-7065, E-MAIL: ail@ailnyc.com

| TO: | | DATE: | 10/26/06 |
|---|---|---|---|
| ATTN: | | FROM: | Yoona |
| CC: | | PAGE: Total | page(s) including this cover sheet |
| RE: | | | |

안녕하세요, 김 부장님!

10월 26일자로 OFF-LOAD 하신 FTL & 1 X 40HC 물량의 CARGO 관련 PC COUNT/EQUIP 부탁드리고 CTN 에 적혀있는 STYLE 별로 SEGREGATE 부탁드리며, SEGREGATE 된 LIST 를 보내주시면, 화주의 DELIVERY INSTRUCTION 에 따라 TRUCKING 또한 귀사에 의뢰하도록 하겠읍니다.

상기 말씀드린 CARGO RECEIPT 와 SEGREGATED LIST 는 가능한 한 CARGO 가 배달되는 당일날 폐사로 보내주시면, 신속히 진행해야되는 PARTIAL DELIVERY PLAN 에 많은 도움이 되겠읍니다.

감사합니다.

유나드림.

AIL 0096