**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, WESTY STORAGE CENTERS, jointly and severally,<br><br>Defendants. | **Civil Action No. 07-CV-03907 (BSJ) (JCF)**<br><br><br><u>**ECF CASE**</u><br><br><br><u>**PROPOSED ORDER**</u> |

The Motion for Summary Judgment and Other Relief by Defendant American International Line, Inc. ("Defendant AIL") against Plaintiff Easytex Corporation Limited ("Plaintiff") come on for hearing before this Court. After consideration of the briefs and

12663_2

2

arguments of counsel and all other matters presented to the Court, and for good cause shown, it is on this _____ day of _____, 2008:

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment of Defendant AIL is denied;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant AIL's request for bond pursuant to S.D.N.Y. Local Civ. R. 54.2 is denied;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant AIL's request for stay of discovery is denied;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff be awarded costs and fees including attorney's fees pursuant to Fed. R. Civ. P. 56(g);

IT IS FURTHER ORDERED, ADJUDGED and DECREED that counsel for Plaintiff shall serve a copy of this Order upon all parties in accordance with Fed. R. Civ. P. 5(b) within _____ days of receipt of same.

_____
Hon. Barbara S. Jones U.S.D.J