**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, WESTY STORAGE CENTERS, jointly and severally,<br>Defendants. | **Civil Action No. 07-CV-03907 (BSJ) (JCF)**<br><br><u>ECF CASE</u><br><br><u>CERTIFICATION OF SERVICE</u> |

    I, Hyun Suk Choi, hereby certify that:

    1.    Memorandum of Law in Support of Plaintiff's Opposition to the Motion for Summary Judgment and Other Relief by Defendant American International Line, Inc. ("Defendant AIL"); Rule 56.1 Counterstatement of Plaintiff in Support of Plaintiff's Opposition

12684

to the Motion for Summary Judgment of Defendant AIL; Declaration of Hyun Suk Choi, Esq. in Support of Plaintiff's Opposition to the Motion for Summary Judgment and Other Relief by Defendant AIL; and a proposed form of Order (collectively, "Motion Papers") are being filed through the ECF system within the time set forth in the court rules with the:

>Clerk of Court
>United States District Court
>Southern District of New York
>Daniel Patrick Moynihan
>United States Courthouse
>500 Pearl Street
>1st Floor
>New York, New York 10007-1312; and

    2.    A courtesy copy of the Motion Papers is being forwarded to the Honorable James C. Francis by overnight mail to:

>Honorable James C. Francis
>United States Magistrate Judge
>United States District Court
>Southern District of New York
>Daniel Patrick Moynihan
>United States Courthouse
>500 Pearl Street, Room 1960
>New York, New York 10007

    3.    A copy of the Motion Papers is being served upon all counsel of record through the electronic filing system within the time set forth in the court rules.

                                              By:

                                              /s/ Hyun Suk Choi
                                              Hyun Suk Choi

Dated: September 4, 2008