UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
EASYTEX CORPORATION LIMITED
vs.
Defendant
PETER & FRANK OF NY, CORP., ET AL.,

Case No.: 07-CV-03907 (BSJ)(JCF)
Hearing Date:
Attorney of Record:

### AFFIDAVIT OF SERVICE

Received this on _____

I, MARK McCLOSKY, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jul 25 2008 2:00PM, I executed service of SUMMONS; FIRST AMENDED VERIFIED COMPLAINT on SOLUTION USA, INC. at DEPARTMENT OF STATE, 99 WASHINGTON Avenue ONE COMMERCE PLAZA, ALBANY, Albany County, NY 12231

By Personal Service to: DONNA CHRISTIE, REGISTERED AGENT, A white female approx. 45-55 years of age 5'2"-5'4" in height weighing 120-140 lbs with blonde hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on Jul 25, 2008

_____
MARK McCLOSKY

State of New York County of _____
Subscrbied and sworn to before me, a notary public on Jul 25, 2008

_____
Notary Public

FOR: THE PARK LAW GROUP, LLC

Order No. 5281463 SEA

KAREN E. ROCK
Notary Public, State of New York
Qualified in Schenectady County
No. 01RO6065213
Commission Expires 10/09/2009