UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
EASYTEX CORPORATION LIMITED
vs.
**Defendant**
PETER & FRANK OF NY, CORP., ET AL.,

Case No.: 07-CV-03907 (BSJ)(JCF)
Hearing Date:
Attorney of Record:

### AFFIDAVIT OF SERVICE

Received this on _____

I, JOHN SAVAGE, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jun 16 2008 1:26PM, I executed service of SUMMONS; FIRST AMENDED VERIFIED COMPLAINT on WESTY STORAGE CENTERS at 65 W JOHN Street, HICKSVILLE, Nassau County, NY 11801

By Personal Service to: TIM MINCIN, DISTRICT DIRECTOR, A white male approx. 40-45 years of age 5'10"-6'0" in height weighing 260-280 lbs with black, GRAY hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on Jul 17, 2008

_____
JOHN SAVAGE, SUFFOLK, NY

State of New York County of ___Suffolk___
Subscrbied and sworn to before me, a notary public on Jul 17, 2008

_____
Notary Public

FOR: THE PARK LAW GROUP, LLC

DIANNE GONZALEZ PRINGLE
Notary Public, State of New York
No. 01GO6025621
Qualified in Suffolk County
Commission Expires June 1, 20__

Order No. 5281467 SEA