SH2_Mot1SJM_PROPOSED_ORDER.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                      :     ECF CASE

**EASYTEX CORPORATION LIMITED,**         :     07 CV 3907 (BSJ) (JCF)

                    **Plaintiff,**      :
        -against-                           :     **PROPOSED ORDER**

**PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, NEXXON TRADING, INC., SOLUTION USA, INC., GAVIN FASHION, INC., KOREA EXPRESS USA, JKM USA, CORP., WESTY STORAGE CENTERS, jointly and severally,**

                      **Defendants.**

------------------------------------------------------------------------x

      The motion American International Line, Inc. ("American") for summary judgment, a bond under Local Civil Rule 54.2, a stay and other relief came on for hearing (by submission) before this Court. After consideration of the arguments presented by American and the Plaintiff, and for good cause shown,

      **IT IS ORDERED** that the American's motion for summary judgment is granted with prejudice and with the costs of this action;

**IT IS FURTHER ORDERED** that, this Court having determined that there is no just reason for any delay, the claims against American are severed and the Court is directed to enter a final judgment in favor of American with prejudice and with the costs of this action;

**IT IS FURTHER ORDERED** that the Plaintiff is required to post a bond under Local Civil Rule 54.2 in the amount of $ _____ to cover the costs of all defendants in this action;

**IT IS FURTHER ORDERED** that until the Plaintiff posts such bond the action is stayed;

**IT IS FURTHER ORDERED** that the Plaintiff's request for attorneys' fees is denied; and

**IT IS FURTHER ORDERED** that counsel for American shall serve a copy of this Order upon the attorneys for all parties in accordance with Fed. R. Civ. P. 5(b) within \_\_\_\_\_ days of the receipt of this Order.

SO ORDERED:

_____
           U.S.D.J.

## CERTIFICATE OF SERVICE

It is hereby certified that on September 9, 2008 a true and correct copy of the foregoing **Proposed Order** was served on the respective attorneys for the Plaintiff and Co-Defendants by causing the same to be delivered by first class mail, postage pre-paid to:

| | |
|---|---|
| Chull S. Park, Esq.        [Pltf]<br>Hyun Suk Choi, Esq.<br>The Park Law Group, LLC<br>23 S. Warren Street - 2nd Floor<br>Trenton NJ   08608 | Jeffrey S. Stephens, Esq. [Westy]<br>Jeffrey S. Stephens, P.C.<br>14 Duncan Drive<br>Greenwich CT  06831 |
| Hendrick Vandamme, Esq.  [Stop&Stor]<br>Patrick Joseph Maloney, Esq.<br>Law Offices of Harvey & Vandamme<br>90 Broad Street – Suite 2202<br>New York NY  10004 | John Cooper Lane, Esq.  [Korea]<br>Law Offices of John C. Lane<br>191 Godwin Avenue<br>Wyckoff NJ 07481 |
| David Yita Loh, Esq. [Hong, incl Hong's CrossCl]<br>Cozen O'Connor<br>45 Broadway Atrium – Suite 1600<br>New York NY  10006 | Peter Caccamo-Bobchin, Esq. [Westy]<br>Law Offices of John C. Lane<br>140 Broadway – 46th Fl. PMB46103<br>New York NY  10005 |
| Henry P. Gonzalez, Esq.  [GFA]<br>Rodriguez O'Donnell Gonzalez & Williams, P.C.<br>1211 Connecticut Avenue, N.W. – Suite 800<br>Washington DC  20036 | |

**Dated:   September 9, 2008**

_____
**Carl E. Person (CP 7637)**