SH2_Proof_of_Service_PROPOSED_ORDER.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x

| | |
|---|---|
| EASYTEX CORPORATION LIMITED, : | ECF CASE |
| : | |
| Plaintiff, : | 07 CV 3907 (BSJ) (JCF) |
| -against- : | |
| : | **PROOF OF SERVICE** |
| PETER & FRANK OF NY, CORP., et al., : | |
| : | |
| Defendants. : | |
| : | |

-------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

It is hereby certified that on September 9, 2008 a true and correct copy of the foregoing **Proposed Order** was served on the respective attorneys for the Plaintiff and Co-Defendants by causing the same to be delivered by first class mail, postage pre-paid to:

Chull S. Park, Esq.        [Pltf]
Hyun Suk Choi, Esq.
The Park Law Group, LLC
23 S. Warren Street - 2nd Floor
Trenton NJ   08608

Jeffrey S. Stephens, Esq. [Westy]
Jeffrey S. Stephens, P.C.
14 Duncan Drive
Greenwich CT  06831

Hendrick Vandamme, Esq. [Stop&Stor]
Patrick Joseph Maloney, Esq.
Law Offices of Harvey & Vandamme
90 Broad Street – Suite 2202
New York NY  10004

John Cooper Lane, Esq.  [Korea]
Law Offices of John C. Lane
191 Godwin Avenue
Wyckoff NJ 07481

David Yita Loh, Esq. [Hong, incl Hong's CrossCl]
Cozen O'Connor
45 Broadway Atrium – Suite 1600
New York NY  10006

Peter Caccamo-Bobchin, Esq. [Westy]
Law Offices of John C. Lane
140 Broadway – 46th Fl. PMB46103
New York NY  10005

Henry P. Gonzalez, Esq.  [GFA]
Rodriguez O'Donnell Gonzalez & Williams, P.C.
1211 Connecticut Avenue, N.W. – Suite 800
Washington DC  20036

**Dated:   September 9, 2008**

_____
 **Carl E. Person (CP 7637)**