**THE PARK LAW GROUP, LLC**
Attorneys for Plaintiff Easytex Corporation Limited
Chull S. Park, Esq. (CP2061)
Hyun Suk Choi, Esq. (HC4208)
23 S. Warren Street
2nd Floor
Trenton, New Jersey 08608

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYTEX CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PETER & FRANK OF NY, CORP., CHUL KYU KIM a/k/a KIM CHUL KYU a/k/a CHUK CHUL KIM a/k/a ROBERT CHUL KIM a/k/a CHUL KYOO KIM a/k/a CHULKYOO KIM a/k/a KIM K. CHUL, BARO SHIPPING CO., LTD., TOP TEN TRANS, INC., GFA, INC., 3 WIN INC., MERCURY, AMERICAN INTERNATIONAL LINE, INC., SOON CHAN HONG a/k/a SOON C. HONG a/k/a SOONCHAN C. HONG a/k/a SOON CHAN HONG a/k/a CHAN S. HONG a/k/a HONG S. CHAN a/k/a HONG SOON CHANG d/b/a SOONCHAN HONG CUSTOM HOUSE BROKER, STOP & STOR, WESTY STORAGE CENTERS, jointly and severally,<br><br>Defendants. | Civil Action No. 07-CV-03907-BSJ<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF AND COUNTER DEFENDANT, EASYTEX CORPORATION LIMITED, TO COUNTERCLAIMS OF DEFENDANT HICKSVILLE PROJECT, LLC s/h/a WESTY STORAGE CENTERS**<br><br>**ECF CASE** |

Plaintiff and Counter Defendant, Easytex Corporation Limited ("Easytex"), by way of Answer to Counterclaims of Defendant Hicksille Project, LLC sued herein as Westy Storage Centers ("Westy"), states:

### FIRST COUNT OF COUNTERCLAIM AGAINST PLAINTIFF

159. Easytex denies Westy's allegations in this paragraph that Easytex' claims against Westy are frivolous and sanctionable.

12446_3

WHEREFORE, Easytex demands dismissal of the Counterclaims of Westy and for an award of counsel fees and costs and for such other and further relief as the Court may deem just and proper. Easytex reserves a right to file an appropriate motion to dismiss the Counterclaims of Westy.

### AFFIRMATIVE DEFENSES

1. With respect to the Counterclaims, Westy fails to state a claim upon which relief can be granted.

2. Westy did not incur any damages as a result of Easytex' alleged conduct, which conduct is denied.

3. The Counterclaims are barred by the doctrine of unclean hands.

4. The Counterclaims are barred by the doctrine of estoppel.

5. Westy is barred from relief due to its failure to mitigate any alleged damages suffered by Westy.

WHEREFORE, Easytex demands dismissal of the Counterclaims of Westy and for an award of counsel fees and costs and for such other and further relief as the Court may deem just and proper. Easytex reserves a right to file an appropriate motion to dismiss the Counterclaims of Westy.

Dated: September 10, 2008

/s/ Hyun Suk Choi
Hyun Suk Choi, Esq. (HC4208)
THE PARK LAW GROUP, LLC
Attorneys for Plaintiff
**Easytex Corporation Limited**
23 S. Warren Street, 2nd Floor
Trenton, New Jersey 08608
Tel.: 609.396.2800
Fax: 609.396.2801

12446_3

2

## CERTIFICATION OF SERVICE

I hereby certify that:

1. Answer of Plaintiff and Counter Defendant, Easytex Corporation Limited, to Counterclaims of Defendant Westy Storage Centers ("Westy") is being filed through the ECF system within the time set forth in the court rules with the:

>Clerk of Court
>United States District Court
>Southern District of New York
>Daniel Patrick Moynihan
>United States Courthouse
>500 Pearl Street
>1st Floor
>New York, New York 10007-1312; and

2. Pursuant to Section 1.E of the Individual Practices of Judge Barbara S. Jones, Answer of Plaintiff and Counter Defendant, Easytex Corporation Limited, to Counterclaims of Westy, is being forwarded to the Judge's Chamber by regular mail that is located as follows:

>Honorable Barbara S. Jones
>United States District Court
>Southern District of New York
>Daniel Patrick Moynihan
>United States Courthouse
>500 Pearl Street
>New York, New York 10007

3. Answer of Plaintiff and Counter Defendant, Easytex Corporation Limited, to Counterclaims of Westy, is being served upon the attorneys on the attached service list through the Electronic Court Filing system within the time set forth in the court rules.

By:

/s/ Hyun Suk Choi
Hyun Suk Choi, Esq.

Dated: September 10, 2008

12446_3

3